**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
MAY 1 2007
U.S. COURT OF FEDERAL CLAIMS

Wolverine World Wide, Inc.,

Plaintiff,

v.

United States of America,

Defendant.

No. 07-274 C

**PLAINTIFF'S RCFC 7.1 DISCLOSURE STATEMENT**

I, the undersigned counsel of record for Wolverine World Wide, Inc. ("Wolverine"), certify to the best of my knowledge and belief, that (i) Wolverine has no parent company and (ii) no publicly held corporation owns 10% or more of Wolverine's stock.

Respectfully submitted,

Philip A. Nacke
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4086
Facsimile 202.672.5399

*Counsel of Record for Plaintiff Wolverine Worldwide, Inc.*

OF COUNSEL:
David T. Ralston, Jr.
Steven C. Lambert
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.672.5300
Facsimile 202.672.5399

Dated: May 1, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2007, a true and correct copy of the foregoing Plaintiff's RCFC 7.1 Disclosure Statement was served by e-mail upon the following:

David Levitt, Esq.
United States Department of Justice
Suite 11138
1100 L Street, N.W.
Washington, D.C. 20001
Telephone: (202) 307-0309
Facsimile: (202) 514-7965
E-mail: David.Levitt@usdoj.gov

Philip A. Nacke