IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
MAY 1 2007
U.S. COURT OF FEDERAL CLAIMS

**WOLVERINE WORLD WIDE, INC.,**
9341 Courtland Drive, N.E.
Rockford, MI 49351

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant.**

No. 07-274 C

## PLAINTIFF'S MOTION FOR ENTRY OF A PROTECTIVE ORDER

Plaintiff, Wolverine World Wide, Inc. ("Wolverine"), by its undersigned attorneys, hereby moves the Court pursuant to Appendix C, Rule 17 of the Rules of the Court of Federal Claims ("RCFC") for entry of a protective order in the above-captioned proceeding.

In support of this Motion, Wolverine states as follows:

1. The pleadings and supporting documents filed by Wolverine in this proceeding contain detailed information regarding the contents of Wolverine's technical proposals for two solicitations, as well as detailed information regarding the Defense Supply Center Philadelphia's evaluation and scoring of Wolverine's technical proposals. Such information regarding the contents and evaluation of Wolverine's technical proposal constitutes confidential, proprietary, or competition-sensitive information which requires protection from public scrutiny, lest Wolverine be substantially prejudiced by invoking its right to pursue a bid protest before this Court.

2. Moreover, the documents that will comprise the Administrative Record in this proceeding will also contain substantial amounts of confidential, proprietary, or competition-sensitive information regarding Wolverine, other offerors, and the source selection process in the procurement at issue, which information requires protection from public scrutiny.

3. Under the Rules of this Court, a protective order is the principal vehicle relied upon by the Court to ensure protection of sensitive information. Accordingly, Wolverine respectfully requests that the Court grant this Motion and enter a protective order consistent with the sample protective order found at RCFC, Appendix of Forms, Form 8.

WHEREFORE, Plaintiff requests that its Motion be granted.

Respectfully submitted,

Philip A. Nacke
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4086
Facsimile 202.672.5399

OF COUNSEL:
David T. Ralston, Jr.
Steven C. Lambert
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.672.5300
Facsimile 202.672.5399

Date: May 1, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2007, a true and correct copy of the foregoing Plaintiff's Motion For Entry Of A Protective Order was served by e-mail upon the following:

David Levitt, Esq.
United States Department of Justice
Suite 11138
1100 L Street, N.W.
Washington, D.C. 20001
Telephone: (202) 307-0309
Facsimile: (202) 514-7965
E-mail: David.Levitt@usdoj.gov

Philip A. Nacke