ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
MAY 1 2007
U.S. COURT OF FEDERAL CLAIMS

**WOLVERINE WORLD WIDE, INC.,**
9341 Courtland Drive, N.E.
Rockford, MI 49351

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant.**

No. 07-274 C

**PLAINTIFF'S MOTION FOR**
**LEAVE TO FILE COMPLAINT UNDER SEAL**

Plaintiff, Wolverine World Wide, Inc. ("Wolverine"), by its undersigned attorneys, hereby moves the Court pursuant to Appendix C, Rule 4 of the Rules of the Court of Federal Claims ("RCFC") for leave to file its Complaint under seal.

In support of this Motion, Wolverine states as follows:

1. Wolverine's Complaint contains detailed information regarding the contents of Wolverine's technical proposals for two solicitations, as well as detailed information regarding the Defense Supply Center Philadelphia's evaluation and scoring of Wolverine's technical proposals. Such information regarding the contents and evaluation of Wolverine's technical proposal constitutes confidential, proprietary, or competition-sensitive information which requires protection from public scrutiny, lest Wolverine be substantially prejudiced by invoking its right to pursue a bid protest before this Court. Accordingly, Wolverine respectfully requests that the Court grant this Motion and allow Wolverine to file its Complaint under seal and issue

an appropriate protective order in order to ensure the protection of the confidential, proprietary, or competition-sensitive information contained therein.

2. In accordance with the Court's Rules, Wolverine has attached a redacted version of its Complaint which omits confidential, proprietary or competition-sensitive information and is therefore available for public scrutiny.

WHEREFORE, Plaintiff requests that its Motion be granted.

Respectfully submitted,

Philip A. Nacke
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4086
Facsimile 202.672.5399

OF COUNSEL:
David T. Ralston, Jr.
Steven C. Lambert
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.672.5300
Facsimile 202.672.5399

Date: May 1, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2007, a true and correct copy of the foregoing Plaintiff's Motion For Leave To File Complaint Under Seal was served by e-mail upon the following:

David Levitt, Esq.
United States Department of Justice
Suite 11138
1100 L Street, N.W.
Washington, D.C. 20001
Telephone: (202) 307-0309
Facsimile: (202) 514-7965
E-mail: David.Levitt@usdoj.gov

Philip A. Nacke

Philip A. Nacke