**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **WOLVERINE WORLD WIDE, INC.,** <br> **Plaintiff,** <br> **v.** <br> **UNITED STATES OF AMERICA,** <br> **Defendant.** | **REDACTED COPY** <br> No. 07-274C <br> (Hewitt, E.) |

**DECLARATION OF RON WOZNICK**

1. I am Vice President and General Manager of Wolverine World Wide, Inc.'s ("Wolverine's") Bates Uniform Footwear Division.

2. A true and accurate copy of Solicitation SP0100-06-R-0007, issued by the Defense Supply Center Philadelphia ("DSCP"), as amended through Amendment 0002 dated June 21, 2006, is attached hereto as Exhibit 1.

3. Attached hereto as Exhibits 2 and 3 respectively are true and accurate copies of Amendment 0003 to Solicitation SP0100-06-R-0007, dated July 18, 2006, and Amendment 0004 to Solicitation SP0100-06-R-0007, dated July 24, 2006.

4. A true and accurate copy of Purchase Description ("PD") 06-10 for "Boot, Combat, Hot Weather, Army," dated 19 June 2006, is attached hereto as Exhibit 4.

5. A true and accurate copy of PD 06-33 for "Boot, Combat, Hot Weather, Army, Black," dated 19 June 2006, is attached hereto as Exhibit 5.

**REDACTED COPY**

6. Wolverine timely submitted its proposal in response to Solicitation SP0100-06-R-0007. Wolverine's proposal included pricing data for Contract Line Items ("CLINs") 0001, 0002, 0006, 0007, and 0008. The document attached hereto as Exhibit 6 is a true and accurate copy of the written materials in Wolverine's technical proposal under Solicitation SP0100-06-R-0007 relating to the submission of the Product Demonstration Models ("PDMs") required by the Solicitation. The document attached hereto as Exhibit 7 is a true and accurate copy of relevant excerpts of Wolverine's technical proposal under Solicitation SP0100-06-R-0007 pertaining to Wolverine's submission in response to the experience/past performance evaluation factor.

7. I received notification of Wolverine's exclusion from the competitive range and, therefore, exclusion from further consideration for award under Solicitation SP0100-06-R-0007 through receipt of a letter from DSCP Contracting Officer Thomas Darcy dated February 5, 2007. A true and accurate copy of Mr. Darcy's February 5, 2007 letter notifying me of Wolverine's exclusion from the competitive range is attached hereto as Exhibit 8.

8. Following submission of its proposal under Solicitation SP0100-06-R-0007, Wolverine responded to another DSCP solicitation (SP0100-06-R-0044) for military footwear. That proposal, for Navy safety flight deck boots, was submitted November 1, 2006. The document attached hereto as Exhibit 9 is a true and accurate copy of relevant excerpts from Wolverine's technical proposal submitted to DSCP in response to Solicitation SP0100-06-R-0044. The document attached hereto as Exhibit 10 is a true and accurate copy of relevant excerpts from Solicitation SP0100-06-R-0044, issued by DSCP for the acquisition of Navy safety flight deck boots.

9. [redacted]

**REDACTED COPY**

[redacted]

10. [redacted]

11. [redacted]

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2007.

RON WOZNICK