**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **WOLVERINE WORLD WIDE, INC.,** **Plaintiff,** v. **UNITED STATES OF AMERICA,** **Defendant.** | ) | **REDACTED COPY** No. 07-274C (Hewitt, E.) |

## DECLARATION OF BRENDA VUGTEVEEN

1. I am a Contract Administrator for Wolverine World Wide, Inc. ("Wolverine").

2. I attended the pre-award telephone debriefing provided to Wolverine by Mr. Thomas Darcy of the Defense Supply Center Philadelphia ("DSCP") on February 7, 2007 in connection with Solicitation SP0100-06-R-0007. Attached hereto as Exhibit 11 is a true and accurate copy of the summary of the content of the debriefing I prepared on February 8, 2007 based on my contemporaneous notes taken during the February 7, 2007 debriefing. [redacted]

3. I also attended the post-award telephone debriefing provided to Wolverine by Mr. Thomas Darcy of DSCP on March 1, 2007 in connection with Solicitation SP0100-06-R-0044.

**REDACTED COPY**

Attached hereto as Exhibit 12 is a true and accurate copy of the summary of the content of the debriefing I prepared on March 1, 2007 based on my contemporaneous notes taken during the debriefing.

4. Following the pre-award debriefing Wolverine received on February 7, 2007, I submitted a written request to Mr. Darcy seeking the return to Wolverine of the Product Demonstration Models ("PDMs") Wolverine had submitted as part of its proposal for Solicitation SP0100-06-R-0007. My request for the return of the PDMs was submitted to Mr. Darcy via electronic mail at 4:10 p.m. on February 7, 2007. Mr. Darcy responded to my request in an e-mail dated February 8, 2007, in which he advised me that Wolverine's PDMs would not be returned until after award.

5. On April 9, 2007, I submitted a second request to Mr. Darcy via e-mail for return of Wolverine's PDMs. [redacted] Mr. Darcy responded to my second request for the return of Wolverine's PDMs via an e-mail dated April 9, 2007. Mr. Darcy's April 9, 2007 e-mail reiterated his previous response that DSCP would not return Wolverine's PDMs until after award had been made.

**REDACTED COPY**

6. [redacted]

7. [redacted]

| [redacted] | [redacted] | [redacted] | [redacted] |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

**REDACTED COPY**

| | | | |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of April, 2007.

______________________________

Brenda Vugteveen