**REDACTED**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **WOLVERINE WORLD WIDE, INC.,** | **FILED UNDER SEAL** |
| **Plaintiff,** | |
| **v.** | No. 07-274C<br>(Hewitt, E.) |
| **UNITED STATES OF AMERICA,** | Protected Material to be Disclosed Only In Accordance With Court of Federal Claims Protective Order |
| **Defendant.** | |

# APPENDIX

OF COUNSEL:
David T. Ralston, Jr.
Steven C. Lambert
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.672.5300
Facsimile 202.672.5399

Philip A. Nacke
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4086
Facsimile 202.672.5399

*Counsel of Record for Plaintiff Wolverine World Wide, Inc.*

Dated May 2, 2007

**REDACTED**

# TABLE OF CONTENTS


| | | Page No. |
|---|---|---|
| Exhibit 1 | Solicitation SP0100-06-R-0007, amendment/modification 0002 (6/21/2006) | 1-91 |
| Exhibit 2 | Solicitation SP0100-06-R-0007, amendment/modification 0003 (7/18/2006) | 92-93 |
| Exhibit 3 | Solicitation SP0100-06-R-0007, amendment/modification 0004 (7/24/2006) | 94-95 |
| Exhibit 4 | Purchase Description 06-10, Boot, Combat, Hot Weather, Army (6/19/2006) | 96-127 |
| Exhibit 5 | Purchase Description 06-33, Boot, Combat, Hot Weather, Army, Black (6/19/2006) | 128-159 |
| Exhibit 6 | Wolverine Technical Proposal, Product Demonstration Models, Solicitation SP0100-06-R-0007 (8/2/2006) **(REDACTED)** | 160-62 |
| Exhibit 7 | Wolverine Technical Proposal, Past Performance/Experience, Solicitation SP0100-06-R-0007 (8/2/2006) **(REDACTED)** | 163-241 |
| Exhibit 8 | Letter from Thomas Darcy to Ron Woznick (2/5/2007) **(REDACTED)** | 242 |
| Exhibit 9 | Wolverine Technical Proposal, Past Performance/Experience, Solicitation SP0100-06-R-0044 (8/31/2006) **(REDACTED)** | 243-320 |
| Exhibit 10 | Excerpts of Solicitation SP0100-06-R-0044 | 321-25 |
| Exhibit 11 | E-mail authored by Brenda Vugteveen summarizing debriefing results with respect to SP0100-06-R-0007 (2/8/2007) **(REDACTED)** | 326-27 |
| Exhibit 12 | E-mail authored by Brenda Vugteveen summarizing debriefing results with respect to SP0100-06-R-0044 (3/1/2007) **(REDACTED)** | 328 |