# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE 1 OF PAGES 91 |
|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| 0002 | 6/21/06 | VARIOUS | |

6. ISSUED BY CODE SP0100

DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE, BLDG. 6D
PHILADELPHIA, PA 19111
BUYER: TOM DARCY/DSCP-CRFA
TEL: 215-737-3068

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

(X) 9A. AMENDMENT OF SOLICITATION NO.

☒ SP0100-06-R-0007

9B. DATED *(SEE ITEM 11)*

5/18/06

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

CODE FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☒ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ONE copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

ITEM: ARMY COMBAT BOOT HW & BOOT, HOT WEATHER BLACK

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc).* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ONE copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

A. Subject solicitation is hereby re-opened and a new closing date of July 24, 2006 3:00 PM is established.

B. Pages 1-110 of subject solicitation are hereby deleted and replaced with pages 2-91 of this Amendment.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* THOMAS DARCY | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

PerFORM (DLA)

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SP0100-06-R-0007



**SOLICITATION/CONTRACT/ORDER FOR COMMERICAL ITEMS**

**OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24 & 30**

1.REQUISITION NUMBER

PAGE

2. CONTRACT NO.

3.AWARD/EFFECTIVE DATE

4.ORDER NUMBER

5.SOLICITATION NUMBER: **SP0100-06-R-0007**

6.SOLICITATION ISSUE DATE: **18 MAY 2006**

**7.FOR SOLICITATION INFORMATION CALL:**

a. NAME: **THOMAS DARCY, CRFA**

b. TELEPHONE NUMBER (No collect calls): **215-737-3068**

8.OFFER DUE DATE/ LOCAL TIME: **24JULY2006/3:00PM**

9.ISSUED BY CODE **SP0100**

DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE, BLDG 6D
PHILADELPHIA, PA 19111
POC: THOMAS DARCY, DSCP-CRFA, PHONE 215-737-3068

**CODE:**

10.THIS ACQUISITION IS
☒UNRESTRCTED
☒SET ASIDE:*See Block 20

☒SMALL BUSINESS
☒HUBZONE SMALL BUS
☐8(A)

NAICS:316211
SIZE STANDARD: 500

11.DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
☐ SEE SCHEDULE

12.DISCOUNT TERMS

☒ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS(15 CFR 700)

13b. RATING D0-C9

14.METHOD OF SOLICITATION
☐RFQ ☐IFB ☒RFP

15.DELIVER TO CODE

16.ADMINISTERED BY CODE

17a.CONTRACTOR/ OFFEROR CODE FACILITY CODE

TELEPHONE NO.

18a.PAYMENT WILL BE MADE BY CODE

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADRESS IN OFFER

18b.SUMMIT INVOICES TO ADDRESS SHOWN IN BLCOK 18a UNLESS BLOCK BELOW IS CHECKED. ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **ARMY COMBAT BOOT HW & BOOT HW BLACK** | | | | |
| | *(Use Reverse and/or Attach Additional Sheet as Necessary)* | | | | |

25.ACCOUNTING AND APPRORIATION DATA

26.TOTAL AWARD AMOUNT (For Govt. Use Only)

☒27a.SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4, FAR 52.212-3 AND 52.212-5 ARE ATTACHED☒ ARE☐ ARE NOT ATTACHED.
☐27b.CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4, FAR 52.212-5 IS ATTACHED. ADDENDA ☐ARE ☐ARE NOT ATTACHED.

28.CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPY
☒ TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29.AWARD OF CONTRACT: REFERENCE SP0100-04-R-0184 OFFER
☐ DATED 10 NOV 2005. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDES ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a.SIGNATURE OF OFFEROR/CONTRACTOR

31a.UNITED STATES OF AMERICA(SIGNATURE OF CONTRACTING OFFICER)

30b.NAME AND TITLE OF SIGNER *(Type or Print)*

30c.DATE SIGNED

31b.NAME OF CONTRACTING OFFICER *(Type or print)*
THOMAS DARCY

31c.DATE SIGNED

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

**STANDARD FORM 1449 (REV 4/2002)**
Prescribed by GSA - FAR (48CFR) 53.212

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | *This Acquisition is | | | | |
| | X UNRESTRICTED (Line Items 0001, 0002, 0006, 0007 and 0008 only) | | | | |
| | X SET-ASIDE: | | | | |
| | X Small Business (Line Items 0003 & 0004) | | | | |
| | X HUBZONE Small Business (Line Item 0005) | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN
☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 33d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPPRESENTATIVE

32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE

| 33. SHIP NUMBER ☐PARTIAL ☐FINAL | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT ☐ COMPLETE ☐ PARTIAL ☐ FINAL | 37. CHECK NUMBER |
|---|---|---|---|---|

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

| 41b. SIGNAUTRE AND TITLE OF CERTIFYING OFFICER | 41c. DATE |
|---|---|

42a. RECEIVED BY (Print)

42b. RECEIVED AT (Location)

| 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |
|---|---|

**STANDARD FORM 1449 (REV 4/2002)** BACK

## SOLICITATION RESPONSE SHEET FOR NO OFFER

FOR: Army Combat Boot, Hot Weather and Boot, Hot Weather, Black
OFFER DUE DATE/LOCAL TIME: 24 JULY 2006

NO OFFER SUBMITTED FOR REASON(S) CHECKED

[ ] CANNOT COMPLY WITH SPECIFICATION

[ ] CANNOT MEET DELIVERY REQUIREMENT

[ ] NO OPEN PRODUCTION CAPACITY AT PLANT

[ ] DO NOT REGULARLY MANUFACTURE OR SELL TYPE OF ITEMS INVOLVED

[ ] OTHER (SPECIFY)

[ ] WE DO [ ] WE DO NOT DESIRE TO BE RETAINED ON THE MAILING LIST FOR FUTURE PROCUREMENT OF THE TYPE OF ITEM(S) INVOLVED

NAME AND ADDRESS OF FIRM (INCLUDE ZIP CODE)

TYPE OR PRINT NAME AND TITLE OF SIGNER

SIGNATURE

**ADDENDUM TO STANDARD FORM 1449**

**1. Block 8**
Offer Due Date/Local Time: 24 July 2006

**2. Block 9 (continued)**

**Mailed offers should be sent to:** Defense Supply Center Philadelphia
Post Office Box 56667
Philadelphia, PA 19111-6667

**Handcarried offers, *including delivery by commercial carrier*, should be delivered to:**

Defense Supply Center Philadelphia
Business Opportunities Office
Bldg. 36, 2nd Floor, Wing E
700 Robbins Avenue
Philadelphia, PA 19111-5092

Note: All handcarried offers are to be delivered between 8:00 a.m. and 5:00 p.m., Monday through Friday, except for legal federal holidays as set forth in 5 USC 6103. Offerors using a commercial carrier service must ensure that the carrier service "handcarries" the package to the depository specified above for handcarried offers prior to the scheduled opening/closing time. **Package must be plainly marked ON THE OUTSIDE OF THE COMMERCIAL CARRIER'S ENVELOPE with the solicitation number, date, and time set forth for receipt of offers as indicated in Block 8 of the Standard Form 1449.**

**Facsimile offers (if authorized; see "Addendum" to 52.212-1 (b)) or offer modifications/withdrawals should be transmitted to:** (215) 737-9300, 9301, 9302 or 9303

**3. Block 17a: Offeror's assigned DUNS Number:**______________________.
(If you do not have a DUNS number, contact the individual identified in Block 7a or see 52.212-1, Instructions to Offerors—Commercial Items (paragraph j) for information on contacting Dun and Bradstreet.)

**4. Block 17b: Remittance Address:** (if different from Contractor/Offeror address in block 17a.)
______________________________
______________________________
______________________________
______________________________

(Note: The Government will mail checks to this address only in the event of an Electronic Funds Transfer (EFT) failure, pursuant to 52.232-33 (which is incorporated by reference at 52.212-5(b)(24)).

**5. CAGE Number:** __________

**6. Are you registered with the Central Contractor Registration (CCR) database?**
Yes [ ] No [ ]
*(If you have not registered or your registration has expired, please visit the website at www.ccr.gov)*

## SECTION "B" – SUPPLIES/SERVICES

### UNRESTRICTED PORTION
### LINE ITEM 0001 – ACB & BOOT HW BLACK
#### ARMY COMBAT BOOT (ACB), HOT WEATHER

| | MIN QTY | MAX QTY | UNIT PRICE | TOTAL $ VALUE | SPECIAL MEASURE |
|---|---|---|---|---|---|
| BASE YEAR | 101,499 PR | 412,208 PR | $________ | $________ | $________ |
| OPTION I | 75,456 PR | 377,278 PR | $________ | $________ | $________ |
| OPTION II | 75,456 PR | 377,278 PR | $________ | $________ | $________ |
| OPTION III | 75,456 PR | 377,278 PR | $________ | $________ | $________ |
| OPTION IV | 75,456 PR | 377,278 PR | $________ | $________ | $________ |

#### BOOT, HOT WEATHER BLACK

| | MIN QTY | MAX QTY | UNIT PRICE | TOTAL $ VALUE | SPECIAL MEASURE |
|---|---|---|---|---|---|
| BASE YEAR | 6,552 PR | 32,760 PR | $________ | $________ | $________ |
| OPTION I | 7,500 PR | 37,500 PR | $________ | $________ | $________ |
| OPTION II | 7,500 PR | 37,500 PR | $________ | $________ | $________ |
| OPTION III | 7,500 PR | 37,500 PR | $________ | $________ | $________ |
| OPTION IV | 7,500 PR | 37,500 PR | $________ | $________ | $________ |

**Destination:** Awardee will be required to ship to the following locations - DD New Cumberland (W25G1U), DD Tracy (W62G2T), Lion Vallen (SC0102), Travis Association for the Blind (SD0131) and Peckam Vocational Industries (SD0119)

This solicitation includes a requirement for sizes outside the normal size tariff. Please see sizes listed in the next section. These sizes will only be ordered by/shipped to Army Recruit Centers by Direct Vendor Delivery (DVD)(See DVD Statement of Work).

| **Out of Tariff** | UNIT PRICE |
|---|---|
| BASE YEAR | $________ |
| OPTION I | $________ |
| OPTION II | $________ |
| OPTION III | $________ |
| OPTION IV | $________ |

While these boots have established minimum/maximum quantities per item, the Government reserves the right to change the quantities per item as demands dictate. However, the combined minimum and maximum quantity of 108,051 / 444,968 Base & 82,956 / 414,778 Opts will not change.

## SECTION "B" – SUPPLIES/SERVICES

### UNRESTRICTED
### LINE ITEM 0002

#### ARMY COMBAT BOOT, HOT WEATHER

| | MIN QTY | MAX QTY | UNIT PRICE | TOTAL $ VALUE | SPECIAL MEASURE |
|---|---|---|---|---|---|
| BASE YEAR | 83,045 PR | 337,261 PR | $________ | $__________ | $________ |
| OPTION I | 61,737 PR | 308,682 PR | $________ | $__________ | $________ |
| OPTION II | 61,737 PR | 308,682 PR | $________ | $__________ | $________ |
| OPTION III | 61,737 PR | 308,682 PR | $________ | $__________ | $________ |
| OPTION IV | 61,737 PR | 308,682 PR | $________ | $__________ | $________ |

**Destination:** Awardee will be required to ship to the following locations - DD New Cumberland (W25G1U), DD Tracy (W62G2T), Lion Vallen (SC0102), Travis Association for the Blind (SD0131) and Peckam Vocational Industries (SD0119)

This solicitation includes a requirement for sizes outside the normal size tariff. Please see sizes listed in the next section. These sizes will only be ordered by/shipped to Army Recruit Centers by Direct Vendor Delivery (DVD)(See DVD Statement of Work).

| **Out of Tariff** | UNIT PRICE |
|---|---|
| BASE YEAR | $________ |
| OPTION I | $________ |
| OPTION II | $________ |
| OPTION III | $________ |
| OPTION IV | $________ |

## SECTION "B" – SUPPLIES/SERVICES

### SMALL BUSINESS SET-ASIDE
### LINE ITEM 0003

**ARMY COMBAT BOOT, HOT WEATHER**

| | MIN QTY | MAX QTY | UNIT PRICE | TOTAL $ VALUE | SPECIAL MEASURE |
|---|---|---|---|---|---|
| BASE YEAR | 84,731 PR | 346,837 PR | $________ | $________ | $________ |
| OPTION I | 64,156 PR | 320,780 PR | $________ | $________ | $________ |
| OPTION II | 64,156 PR | 320,780 PR | $________ | $________ | $________ |
| OPTION III | 64,156 PR | 320,780 PR | $________ | $________ | $________ |
| OPTION IV | 64,156 PR | 320,780 PR | $________ | $________ | $________ |

**Destination:** Awardee will be required to ship to the following locations - DD New Cumberland (W25G1U), DD Tracy (W62G2T), Lion Vallen (SC0102), Travis Association for the Blind (SD0131) and Peckam Vocational Industries (SD0119)

## SECTION "B" – SUPPLIES/SERVICES

### SMALL BUSINESS SET-ASIDE
### LINE ITEM 0004

**ARMY COMBAT BOOT, HOT WEATHER**

| | MIN QTY | MAX QTY | UNIT PRICE | TOTAL $ VALUE | SPECIAL MEASURE |
|---|---|---|---|---|---|
| BASE YEAR | 59,312 PR | 242,786 PR | $________ | $___________ | $________ |
| OPTION I | 44,909 PR | 224,546 PR | $________ | $___________ | $________ |
| OPTION II | 44,909 PR | 224,546 PR | $________ | $___________ | $________ |
| OPTION III | 44,909 PR | 224,546 PR | $________ | $___________ | $________ |
| OPTION IV | 44,909 PR | 224,546 PR | $________ | $___________ | $________ |

**Destination:** Awardee will be required to ship to the following locations - DD New Cumberland (W25G1U), DD Tracy (W62G2T), Lion Vallen (SC0102), Travis Association for the Blind (SD0131) and Peckam Vocational Industries (SD0119)

## SECTION "B" – SUPPLIES/SERVICES

**TOTAL HUBZONE SMALL BUSINESS SET-ASIDE***

**LINE ITEM 0005**

***ONLY CERTIFIED HUBZONE SMALL BUSINESSES ARE PERMITTED TO OFFER ON THIS LINE ITEM**

**ARMY COMBAT BOOT, HOT WEATHER**

| | MIN QTY | MAX QTY | UNIT PRICE | TOTAL $ VALUE | SPECIAL MEASURE |
|---|---|---|---|---|---|
| BASE YEAR | 25,419 PR | 104,051 PR | $________ | $__________ | $________ |
| OPTION I | 19,247 PR | 96,234 PR | $________ | $__________ | $________ |
| OPTION II | 19,247 PR | 96,234 PR | $________ | $__________ | $________ |
| OPTION III | 19,247 PR | 96,234 PR | $________ | $__________ | $________ |
| OPTION IV | 19,247 PR | 96,234 PR | $________ | $__________ | $________ |

**Destination:** Awardee will be required to ship to the following locations - DD New Cumberland (W25G1U), DD Tracy (W62G2T), Lion Vallen (SC0102), Travis Association for the Blind (SD0131) and Peckam Vocational Industries (SD0119)

## SECTION "B" – SUPPLIES/SERVICES

**UNRESTRICTED**
**LINE ITEM 0006**
**ARMY COMBAT BOOT, HOT WEATHER**

**(REPRESENTS REQUIREMENT OF LINE ITEM 0003 – WILL BE CONSIDERED ONLY IF LINE ITEM 0003 IS NOT AWARDED)**

| | MIN QTY | MAX QTY | UNIT PRICE | TOTAL $ VALUE | SPECIAL MEASURE |
|---|---|---|---|---|---|
| BASE YEAR | 84,731 PR | 346,837 PR | $_______ | $_________ | $_______ |
| OPTION I | 64,156 PR | 320,780 PR | $_______ | $_________ | $_______ |
| OPTION II | 64,156 PR | 320,780 PR | $_______ | $_________ | $_______ |
| OPTION III | 64,156 PR | 320,780 PR | $_______ | $_________ | $_______ |
| OPTION IV | 64,156 PR | 320,780 PR | $_______ | $_________ | $_______ |

**Destination:** Awardee will be required to ship to the following locations - DD New Cumberland (W25G1U), DD Tracy (W62G2T), Lion Vallen (SC0102), Travis Association for the Blind (SD0131) and Peckam Vocational Industries (SD0119)

## SECTION "B" – SUPPLIES/SERVICES

### UNRESTRICTED
### LINE ITEM 0007
### ARMY COMBAT BOOT, HOT WEATHER

**(REPRESENTS REQUIREMENT OF LINE ITEM 0004 – WILL BE CONSIDERED ONLY IF LINE ITEM 0004 IS NOT AWARDED)**

| | MIN QTY | MAX QTY | UNIT PRICE | TOTAL $ VALUE | SPECIAL MEASURE |
|---|---|---|---|---|---|
| BASE YEAR | 59,312 PR | 242,786 PR | $________ | $____________ | $_________ |
| OPTION I | 44,909 PR | 224,546 PR | $________ | $____________ | $_________ |
| OPTION II | 44,909 PR | 224,546 PR | $________ | $____________ | $_________ |
| OPTION III | 44,909 PR | 224,546 PR | $________ | $____________ | $_________ |
| OPTION IV | 44,909 PR | 224,546 PR | $________ | $____________ | $_________ |

**Destination:** Awardee will be required to ship to the following locations - DD New Cumberland (W25G1U), DD Tracy (W62G2T), Lion Vallen (SC0102), Travis Association for the Blind (SD0131) and Peckam Vocational Industries (SD0119)

## SECTION "B" – SUPPLIES/SERVICES

**UNRESTRICTED**
**LINE ITEM 0008**
**ARMY COMBAT BOOT, HOT WEATHER**

**(REPRESENTS REQUIREMENT OF LINE ITEM 0005 – WILL BE CONSIDERED ONLY IF LINE ITEM 0005 IS NOT AWARDED)**

| | MIN QTY | MAX QTY | UNIT PRICE | TOTAL $ VALUE | SPECIAL MEASURE |
|---|---|---|---|---|---|
| BASE YEAR | 25,419 PR | 104,051 PR | $________ | $__________ | $________ |
| OPTION I | 19,247 PR | 96,234 PR | $________ | $__________ | $________ |
| OPTION II | 19,247 PR | 96,234 PR | $________ | $__________ | $________ |
| OPTION III | 19,247 PR | 96,234 PR | $________ | $__________ | $________ |
| OPTION IV | 19,247 PR | 96,234 PR | $________ | $__________ | $________ |

**Destination:** Awardee will be required to ship to the following locations - DD New Cumberland (W25G1U), DD Tracy (W62G2T), Lion Vallen (SC0102), Travis Association for the Blind (SD0131) and Peckam Vocational Industries (SD0119)

**Universal Product Codes**
ARMY COMBAT BOOT, HOT WEATHER

| UPC | NSN | Size |
|---|---|---|
| 718020528205 | 8430015144935 | 2N |
| 718020573069 | 8430015144939 | 2R |
| 718020478340 | 8430015144941 | 2W |
| 718020090986 | 8430015144943 | 2XW |
| 718020577937 | 8430015144946 | 2.5N |
| 718020587134 | 8430015144950 | 2.5R |
| 718020593968 | 8430015144955 | 2.5W |
| 718020492612 | 8430015144965 | 2.5XW |
| 718020098500 | 8430015144966 | 3N |
| 718020450155 | 8430015144968 | 3R |
| 718020580302 | 8430015144970 | 3W |
| 718020064642 | 8430015144975 | 3XW |
| 718020566528 | 8430015144984 | 3.5N |
| 718020199603 | 8430015144985 | 3.5R |
| 718020087412 | 8430015145003 | 3.5W |
| 718020544991 | 8430015145012 | 3.5XW |
| 718020461342 | 8430015145007 | 4N |
| 718020447704 | 8430015145006 | 4R |
| 718020085388 | 8430015145016 | 4W |
| 718020499109 | 8430015145014 | 4XW |
| 718020198897 | 8430015145021 | 4.5N |
| 718020535623 | 8430015145019 | 4.5R |
| 718020593302 | 8430015145023 | 4.5W |
| 718020474786 | 8430015145026 | 4.5XW |
| 718020109541 | 8430015145027 | 5N |
| 718020532288 | 8430015145029 | 5R |
| 718020482033 | 8430015145032 | 5W |
| 718020078281 | 8430015145033 | 5XW |
| 718020463292 | 8430015145034 | 5.5N |
| 718020101651 | 8430015145036 | 5.5R |

| | | |
|---|---|---|
| 718020593357 | 8430015145037 | 5.5W |
| 718020092874 | 8430015145039 | 5.5XW |
| 718020481135 | 8430015145040 | 6N |
| 718020111384 | 8430015145041 | 6R |
| 718020439402 | 8430015145043 | 6W |
| 718020111889 | 8430015145045 | 6XW |
| 718020093024 | 8430015145046 | 6.5N |
| 718020558271 | 8430015145047 | 6.5R |
| 718020569475 | 8430015145049 | 6.5W |
| 718020554099 | 8430015145050 | 6.5XW |
| 718020464558 | 8430015145052 | 7N |
| 718020515366 | 8430015145065 | 7R |
| 718020588179 | 8430015145064 | 7W |
| 718020464770 | 8430015145066 | 7XW |
| 718020530970 | 8430015145067 | 7.5N |
| 718020456584 | 8430015145069 | 7.5R |
| 718020519340 | 8430015145068 | 7.5W |
| 718020111803 | 8430015145077 | 7.5XW |
| 718020446424 | 8430015145081 | 8N |
| 718020590776 | 8430015145083 | 8R |
| 718020073101 | 8430015145084 | 8W |
| 718020469607 | 8430015145086 | 8XW |
| 718020505459 | 8430015145088 | 8.5N |
| 718020196961 | 8430015145134 | 8.5R |
| 718020452111 | 8430015145136 | 8.5W |
| 718020528182 | 8430015145135 | 8.5XW |
| 718020112930 | 8430015145139 | 9N |
| 718020492056 | 8430015145137 | 9R |
| 718020433943 | 8430015145138 | 9W |
| 718020481838 | 8430015145142 | 9XW |
| 718020566603 | 8430015145141 | 9.5N |
| 718020463537 | 8430015145143 | 9.5R |

| | | |
|---|---|---|
| 718020546513 | 8430015145144 | 9.5W |
| 718020136462 | 8430015145147 | 9.5XW |
| 718020529561 | 8430015145146 | 10N |
| 718020113036 | 8430015145148 | 10R |
| 718020560106 | 8430015145149 | 10W |
| 718020478531 | 8430015145150 | 10XW |
| 718020566122 | 8430015145151 | 10.5N |
| 718020596754 | 8430015145152 | 10.5R |
| 718020564975 | 8430015145155 | 10.5W |
| 718020478098 | 8430015145153 | 10.5XW |
| 718020066790 | 8430015145156 | 11N |
| 718020489513 | 8430015145157 | 11R |
| 718020115863 | 8430015145158 | 11W |
| 718020506937 | 8430015145160 | 11XW |
| 718020491301 | 8430015145161 | 11.5N |
| 718020530239 | 8430015145162 | 11.5R |
| 718020528656 | 8430015145164 | 11.5W |
| 718020069227 | 8430015145165 | 11.5XW |
| 718020531915 | 8430015145166 | 12N |
| 718020196770 | 8430015145168 | 12R |
| 718020070629 | 8430015145171 | 12W |
| 718020523927 | 8430015145169 | 12XW |
| 718020533056 | 8430015145172 | 12.5N |
| 718020598369 | 8430015145173 | 12.5R |
| 718020084978 | 8430015145174 | 12.5W |
| 718020541402 | 8430015145176 | 12.5XW |
| 718020458427 | 8430015145175 | 13N |
| 718020438146 | 8430015145177 | 13R |
| 718020443911 | 8430015145180 | 13W |
| 718020460499 | 8430015145178 | 13XW |
| 718020066370 | 8430015145182 | 13.5N |
| 718020555003 | 8430015145181 | 13.5R |

| | | |
|---|---|---|
| 718020457697 | 8430015145184 | 13.5W |
| 718020061382 | 8430015145185 | 13.5XW |
| 718020433479 | 8430015145186 | 14N |
| 718020466200 | 8430015145187 | 14R |
| 718020502014 | 8430015145188 | 14W |
| 718020580722 | 8430015145192 | 14XW |
| 718020100913 | 8430015145238 | 14.5N |
| 718020496122 | 8430015145239 | 14.5R |
| 718020511849 | 8430015145240 | 14.5W |
| 718020540771 | 8430015145241 | 14.5XW |
| 718020494401 | 8430015145242 | 15N |
| 718020477794 | 8430015145243 | 15R |
| 718020472348 | 8430015145244 | 15W |
| 718020463919 | 8430015145246 | 15XW |
| 718020536422 | 8430015145247 | 15.5N |
| 718020583792 | 8430015145248 | 15.5R |
| 718020097381 | 8430015145249 | 15.5W |
| 718020199399 | 8430015145250 | 15.5XW |
| 718020130941 | 8430015145252 | 16N |
| 718020509389 | 8430015145253 | 16R |
| 718020498669 | 8430015145254 | 16W |
| 718020069968 | 8430015145255 | 16XW |

| **Out of Tariff** | | **Sizes*** |
|---|---|---|
| 718020591308 | 8430015265601 | 1W |
| 718020071411 | 8430015265603 | 1 1/2W |
| 718020514178 | 8430015265604 | 1XW |
| 718020589480 | 8430015265606 | 2XXW |
| 718020085159 | 8430015265611 | 2 1/2XXW |
| 718020440798 | 8430015265613 | 3XXW |
| 718020496870 | 8430015265615 | 3 1/2XXW |
| 718020445076 | 8430015265617 | 4XXW |

| | | |
|---|---|---|
| 718020199696 | 8430015265616 | 4 1/2XXW |
| 718020457765 | 8430015265618 | 5XXW |
| 718020466088 | 8430015265619 | 5 1/2XXW |
| 718020553139 | 8430015265620 | 6 1/2XXW |
| 718020504582 | 8430015265622 | 6XXW |
| 718020199542 | 8430015265623 | 7XXW |
| 718020581521 | 8430015265625 | 7 1/2XXW |
| 718020556093 | 8430015265628 | 8XXW |
| 718020447568 | 8430015265626 | 16 1/2N |
| 718020095387 | 8430015265630 | 16 1/2W |
| 718020109435 | 8430015265631 | 16 1/2XW |
| 718020457369 | 8430015265632 | 18R |
| TBA | 8430015394738 | 9XXW |
| TBA | 8430015394739 | 9 1/2XXW |
| TBA | 8430015394740 | 10XXW |
| TBA | 8430015394741 | 10 1/2XXW |
| TBA | 8430015394742 | 11XXW |
| TBA | 8430015394744 | 11 1/2XXW |
| TBA | 8430015394745 | 12XXW |
| TBA | 8430015394746 | 12 1/2XXW |
| TBA | 8430015394748 | 13XXW |
| TBA | 8430015394749 | 13 1/2XXW |
| TBA | 8430015394750 | 14XXW |
| TBA | 8430015394751 | 14 1/2XXW |
| TBA | 8430015399417 | 16XXW |
| TBA | 8430015399420 | 15 1/2XXW |
| TBA | 8430015399410 | 15XXW |
| TBA | 8430015399408 | 8 1/2XXW |
| TBA | 8430015399404 | 1 1/2XXW |
| TBA | 8430015399403 | 1 1/2XW |
| TBA | 8430015399401 | 1 1/2R |
| TBA | 8430015399398 | 1 1/2N |

*Out of Tariff (OOT) sizes will be produced by the awardees of Line Items 0001 & 0002 only. Awardees of Line Items 0001 & 0002 will be required to make the out of tariff sizes listed above, and ship in accordance with the DVD Statement of Work contained at the end of this solicitation. If you plan on having another firm produce the OOT sizes, please include that firms' name, address and previous experience.

**Universal Product Codes**

BOOTS, HOT WEATHER, BLACK (Applies to offerors/awardee of Line Item 0001 only)

| UPC | NSN | Size |
|---|---|---|
| 718020514512 | 8430015151307 | 2N |
| 718020192994 | 8430015151317 | 2R |
| 718020069814 | 8430015151318 | 2W |
| 718020114866 | 8430015151328 | 2XW |
| 718020520704 | 8430015151329 | 2.5N |
| 718020473239 | 8430015151336 | 3N |
| 718020139487 | 8430015151334 | 2.5W |
| 718020068657 | 8430015151335 | 2.5XW |
| 718020102566 | 8430015151338 | 2.5R |
| 718020587707 | 8430015151342 | 3R |
| 718020505923 | 8430015151343 | 3W |
| 718020434018 | 8430015151344 | 13R |
| 718020073262 | 8430015151347 | 3.5N |
| 718020507477 | 8430015151349 | 3.5R |
| 718020057019 | 8430015151346 | 3XW |
| 718020107554 | 8430015151353 | 3.5XW |
| 718020480442 | 8430015151354 | 4N |
| 718020577654 | 8430015151357 | 3.5W |
| 718020595900 | 8430015151358 | 4W |
| 718020073309 | 8430015151360 | 4XW |
| 718020454689 | 8430015151359 | 4R |
| 718020196879 | 8430015151369 | 5N |
| 718020441283 | 8430015151367 | 4.5W |
| 718020061931 | 8430015151362 | 4.5N |
| 718020091655 | 8430015151373 | 5XW |

| | | |
|---|---|---|
| 718020458946 | 8430015151370 | 5R |
| 718020529080 | 8430015151368 | 4.5XW |
| 718020510231 | 8430015151374 | 5.5W |
| 718020542546 | 8430015151375 | 5.5N |
| 718020195575 | 8430015151372 | 5W |
| 718020465609 | 8430015151379 | 6R |
| 718020068923 | 8430015151377 | 5.5XW |
| 718020076270 | 8430015151376 | 5.5R |
| 718020574257 | 8430015151384 | 6.5XW |
| 718020508528 | 8430015151381 | 6W |
| 718020553696 | 8430015151380 | 6N |
| 718020487113 | 8430015151387 | 4.5R |
| 718020521114 | 8430015151383 | 6.5R |
| 718020522388 | 8430015151388 | 6.5W |
| 718020107769 | 8430015151393 | 6.5N |
| 718020068398 | 8430015151395 | 7N |
| 718020499222 | 8430015151399 | 7.5N |
| 718020066110 | 8430015151400 | 7.5R |
| 718020528922 | 8430015151397 | 7XW |
| 718020056807 | 8430015151402 | 7R |
| 718020068671 | 8430015151414 | 8N |
| 718020092249 | 8430015151401 | 7.5W |
| 718020098227 | 8430015151411 | 7.5XW |
| 718020112749 | 8430015151416 | 7W |
| 718020507514 | 8430015151472 | 8R |
| 718020492322 | 8430015151412 | 6XW |
| 718020465791 | 8430015151474 | 8XW |
| 718020569093 | 8430015151479 | 8.5N |
| 718020446578 | 8430015151473 | 8W |
| 718020495316 | 8430015151478 | 8.5W |
| 718020438245 | 8430015151484 | 9W |
| 718020106427 | 8430015151477 | 8.5R |

| | | |
|---|---|---|
| 718020526621 | 8430015151483 | 9R |
| 718020058344 | 8430015151485 | 8.5XW |
| 718020482354 | 8430015151489 | 9N |
| 718020434421 | 8430015151491 | 9.5N |
| 718020522074 | 8430015151492 | 9.5R |
| 718020073798 | 8430015151490 | 9XW |
| 718020547183 | 8430015151493 | 9.5XW |
| 718020597355 | 8430015151494 | 10N |
| 718020106700 | 8430015151495 | 10R |
| 718020457246 | 8430015151498 | 10W |
| 718020551104 | 8430015151501 | 10XW |
| 718020576893 | 8430015151497 | 9.5W |
| 718020553993 | 8430015151510 | 10.5R |
| 718020059419 | 8430015151511 | 10.5W |
| 718020584553 | 8430015151500 | 10.5N |
| 718020500706 | 8430015151514 | 11N |
| 718020451497 | 8430015151515 | 11R |
| 718020501611 | 8430015151513 | 10.5XW |
| 718020570655 | 8430015151521 | 11XW |
| 718020482828 | 8430015151519 | 11.5N |
| 718020522340 | 8430015151516 | 11W |
| 718020472966 | 8430015151523 | 11.5W |
| 718020103556 | 8430015151818 | 11.5XW |
| 718020558783 | 8430015151813 | 11.5R |
| 718020440194 | 8430015151823 | 12R |
| 718020585819 | 8430015151830 | 12W |
| 718020570129 | 8430015151820 | 12N |
| 718020514338 | 8430015151831 | 12.5N |
| 718020115016 | 8430015151833 | 12.5R |
| 718020473284 | 8430015151824 | 12XW |
| 718020117874 | 8430015151834 | 12.5XW |
| 718020495712 | 8430015151838 | 13N |

| | | |
|---|---|---|
| 718020569284 | 8430015151832 | 12.5W |
| 718020063959 | 8430015151837 | 13W |
| 718020511559 | 8430015151844 | 13.5W |
| 718020063096 | 8430015151841 | 13.5N |
| 718020110295 | 8430015151843 | 13.5R |
| 718020536668 | 8430015151855 | 14R |
| 718020585789 | 8430015151847 | 13.5XW |
| 718020580104 | 8430015151848 | 14N |
| 718020457871 | 8430015151889 | 14.5N |
| 718020597607 | 8430015151858 | 14W |
| 718020565705 | 8430015151867 | 14XW |
| 718020535739 | 8430015151892 | 14.5XW |
| 718020158181 | 8430015151890 | 14.5R |
| 718020482958 | 8430015151893 | 14.5W |
| 718020545820 | 8430015151922 | 15W |
| 718020538938 | 8430015151918 | 15N |
| 718020487779 | 8430015151919 | 15R |
| 718020582429 | 8430015151987 | 13XW |
| 718020453521 | 8430015151925 | 15XW |
| 718020198651 | 8430015151988 | 15.5N |
| 718020136738 | 8430015151990 | 15.5R |
| 718020577647 | 8430015151993 | 16R |
| 718020434032 | 8430015151991 | 15.5XW |
| 718020081489 | 8430015151992 | 16N |
| 718020593906 | 8430015151996 | 15.5W |
| 718020514451 | 8430015151994 | 16W |
| 718020087818 | 8430015151995 | 16XW |

**CAUTION NOTICE**

This acquisition features a pricing structure, which requires the offeror to provide an offered price for the item being acquired; the price offered is the Total Unit Price offered to the Government, which includes Manufacturing costs and Transportation cost to the various locations.

Offerors shall offer a Total Unit Price for the Base Period as well as the option periods. Acceptance of the option provisions contained herein is mandatory. (See Clause 52.217-9P12 and 52.217-9P13).

OFFERS THAT DO NOT INCLUDE ACCEPTANCE OF THE OPTION PROVISIONS OR DO NOT CONTAIN OFFERS ON THE OPTIONS WILL BE CONSIDERED UNACCEPTABLE.

Offerors for Line Item 0001 must offeror on both the Army Combat Boot Hot Weather and the Boot Hot Weather Black. The successful awardee of Line Item 0001 will be required to supply both boots under the resultant contract. If an offeror does not submit prices for both boots on Line Item 0001, their offer will not be considered for award under that Line Item.

Line Items 0001 & 0002 include certain out of tariff sizes to be produced by the awardees. Offerors on these Line Items must include prices for these sizes with their offer. Awardees of Line Items 0001 & 0002 will be required to make the out of tariff sizes listed in the solicitation, and ship in accordance with the DVD Statement of Work contained at the end of this solicitation. The estimated total yearly requirement for these sizes is approximately 225-300 prs per year. The actual quantities ordered will be dictated by customer demand and may be more or less than the estimated quantities listed above.

Small business concerns are invited to submit offers on both unrestricted and set-aside portions but are again cautioned that no one firm will receive more than one award.

Special Measurement footwear is a provision that is required under this contract. Special Measurements are sizes, outside of the item's size range. It is estimated that the quantity of special measurement footwear required in a one-year period is approximately 100 pair. Delivery for special measurement shipments required at the Recruit Induction Centers shall be 21 days; for delivery to all other locations, delivery shall be 60 days.

Although the special measurement unit price must be determined fair and reasonable before an award can be made, the special measurement unit price will not be considered in determining an offeror's overall evaluated dollar value.

Offerors are to base their prices on the maximum quantities cited and an FOB Destination basis.

Palletization of supplies is required.

NOTE: THE DEPARTMENT OF DEFENSE IS PROHIBITED BY THE PROVISIONS OF THE BERRY AMENDMENT FROM PROCURING ITEMS OF CLOTHING THE HAVE NOT BEEN GROWN OR PRODUCED IN THE UNITED STATES OR ITS POSSESSIONS. Section 833 of the National Defense Authorization Act for Fiscal Year 2006 Act added language to 10 U.S.C. 2533a (Berry Amendment) requiring that all articles or items of "clothing", **including the materials and components thereof**, purchased by the Department of Defense be grown, reprocessed, reused, or produced in the United States, other than sensors, electronics, or other items added to, and not normally associated with, clothing (and the materials and components thereof).

**OFFERORS MAY NOT RECEIVE MORE THAN ONE AWARD/LINE ITEM.**

52.212-4 CONTRACT TERMS AND CONDITIONS -- COMMERCIAL ITEMS (SEPT 05)

*This clause is now incorporated by reference. The full text may be accessed electronically at www.dla.mil/j-3/j-336/icps.htm. Once you arrive at this website, click on the Hill AFB FAR link, then click on 52.000 (located on the left-hand side of the page). Scroll down until you reach 52.212-4.*

**ADDENDUM TO 52.212-4**

**1. Addenda to 52.212-4(e), Definitions. Add the following notice at the end of the paragraph.**

**REFERENCE TO UCF IN COMMERCIAL ACQUISITIONS**

**Acquisitions for commercial items under FAR Part 12 procedures do not follow the Uniform Contract Format (UCF). Therefore, whenever a clause in this solicitation references a UCF section, it will be construed to mean the following:**

| | |
|---|---|
| Sections B, C | The schedule |
| Sections F, G, I, L | FAR clauses 52.212-1 or –4 |
| Section K | FAR clause 52.212-3 |
| Section M | FAR clause 52.212-2 |

**2. Addenda to 52.212-4(g), Invoice.**

**The invoicing and payment office for orders/contracts issued by DSCP-Clothing and Textiles shall be as follows:**

**Normal Mail Delivery:** DFAS-Columbus Center
ATTN: DFAS-BVDPII\CC
P.O. BOX 182317
COLUMBUS, OHIO 43218-6248

**Overnight Delivery:** DFAS-Columbus Center
ATTN: DFAS-BVDPII\CC
3990 EAST BROAD STREET
BUILDING 21
COLUMBUS, OH 43213-1152

**ADDENDUM TO 52.212-4 (continued)**

# Caution Notice
# Electronic Invoicing

**The Directorate of Clothing and Textiles (C&T) requires electronic invoicing on all contracts unless another method is mutually agreed to by the Contractor, the Contracting Officer, the contract administration office, and the payment office.**

UTILIZATION OF WIDE AREA WORKFLOW – RECEIPTS AND ACCEPTANCE (WAWF-RA) IN CONJUNCTION WITH DFARS 252.232-7003, Electronic Submission of Payment Requests (Jan 2004)

The Directorate of Clothing and Textiles utilizes **VIM-ASAP,** which is short for DLA Virtual Item Manager ARN Supply-Chain Automated Processing, to transmit data to **WAWF-RA**. VIM-ASAP is the only authorized method to electronically process requests for payment to WAWF-RA for the Directorate of Clothing and Textiles. VIM-ASAP will give you visibility of contract information, track production status and print labels. VIM-ASAP pre-populates contract data on your invoices, such as unit price, contract numbers, item numbers, addresses, and many other fields that will save you labor and time.

**Please contact the VIM-ASAP help desk at 888-940-7348 to get started today!**

**For questions about sending Electronic Data Interchange invoices (810-invoice transactions), contact Mr. Bud Wellens at** 1-215-737-2778

For questions about paper invoice preparation, just call the DFAS Customer Service Resource Center at **1-800-756-4571**, or

Call **DSCP DFAS liaisons** listed below for assistance:
Camille Conaway **1-215-737-4406**

**Check out these resources:**

- **http://www.dfas.mil/money/vendor/** …. the *DFAS Contract Payment Booklet… an* excellent desk reference for contractor Accounts Receivable personnel, as well as the status of outstanding invoices.
- **http://www.dfas.mil/** …. information regarding bill paying process and additional points of contact

**ADDENDUM TO 52.212-4 (continued)**

**3. Addenda to 52.212-4(j), Risk of Loss. Add the following notices at the end of the paragraph.**

***NOTICE TO DLA SUPPLIERS***

This solicitation contains DFARS clause 252.211-7006, Radio Frequency Identification (NOV 2005). This clause requires the successful awardee(s) to affix passive RFID tags, at the case and palletized unit load levels. The successful awardee(s) is also required to electronically submit advance shipment notices to DOD, to permit association of the passive RFID tag data with the corresponding shipment.

Procurement Technical Assistance Centers (PTACS) are available to deliver passive RFID assistance to DOD suppliers. See http://www.dla.mil/db/procurem.htm to identify your local PTAC and obtain information on upcoming workshops and other training/outreach services.

**The following notice is applicable to deliveries to New Cumberland depot only.**

**STOP SHIPMENT DELAYS AND REJECTIONS!**

**For deliveries to New Cumberland depot, ensure your Government or Commercial Bills of Lading are correctly annotated with the following information in the description of articles:**

- Weight
- Pieces
- National Stock Number(s) (NSNs)
- Contract Number
- Door #s 113-134 – Mission Delivery (storage)

  ***-- or --***

  Door #s 135-168 – Container Consolidation Point (CCP) Delivery (OCONUS)

  ***(whichever applies to your freight)***

**Your truckers/dispatchers/ brokers/etc. should have this information readily available when they phone 717.770.6969 for a delivery appointment to Pre-Lodge.**

**ADDENDUM TO 52.212-4 (continued)**

## 3. CONTRACT CLAUSES INCORPORATED BY REFERENCE:

This contract incorporates one or more clauses by reference with the same force and effect as if they were given in full text. The full text of any FAR, DFARS, DLAD, and DSCP solicitation clause may be accessed electronically at www.dla.mil/j-3/j-336/icps.htm or obtained from the Contracting Officer. The clauses listed below are incorporated by reference only when checked.

| CLAUSE NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| [X] 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions | JUNE 2003 | FAR |
| [X] 52.204-7 | Central Contractor Registration | OCT 2003 | FAR |
| [X] 252.204-7003 | Control of Government Personnel Work Product | APR 1992 | DFARS |
| [X] 252.204-7004 | Alternate A | NOV 2003 | DFARS |
| [X] 52. 209-6 | Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment | JUL 1995 | FAR |
| [X] 252.209-7004 | Subcontracting with Firms That Are Owned or Controlled by the Government of a Terrorist Country | MAR 1998 | DFARS |
| [X] 52.211-16 | Variation in Quantity | APR 1984 | FAR |

Paragraph (b): The permissible variation shall be limited to:

____2%____Percent increase ____2%____Percent decrease

____0%____Percent increase ____0%____Percent decrease – DVD OOT Sizes

This increase or decrease shall apply to:

[X] 1. Each contract sub-line item number (e.g., 0001AA)
[ ] 2. The following contract sub-line item numbers:

| | | | |
|---|---|---|---|
| [X] 52.211-9004 | Priority Rating For Various Longterm Contracts | MAR 2000 | DLAD |
| [X] 52.215-9006 | Javits-Wagner-O'Day Entity Support - Contractor Reporting | DEC 1997 | DLAD |

**ADDENDUM TO 52.212-4 (continued)**

| CLAUSE NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| [X] 252.217-7001 | Surge Option (a)(1) ___*___% | AUG 1992 | DFARS |

* To be determined at time of exercise of this option based on the successful awardee's surge and sustainment capacity plan. The Government will consider the offeror's surge and sustainment capacity in the award evaluation. The maximum quantity which may be acquired, however, will not exceed the parameters set forth in paragraph (c) ( 3) of this clause. In addition, paragraph (b)(2) of this clause applies. By submission of its offer, the offeror agrees to accelerate deliveries under the terms of this clause up to the maximum surge production delivery schedule furnished with their offer.

| | | | |
|---|---|---|---|
| [ ] 52.217-9006 | Limitations on Surge and Sustainment (S&S) Investments | JUL 1999 | DLAD |
| [X] 52.227-2 | Notice and Assistance Regarding Patent and Copyright Infringement | AUG 1996 | FAR |
| [X] 52.232-17 | Interest | JUN 1996 | FAR |
| [X] 252.232-7010 | Levies on Contract Payments | SEP 2005 | DFARS |
| [X] 52.242-13 | Bankruptcy | JUL 1995 | FAR |

**ADDENDUM TO 52.212-4 (continued)**

**4. THE FOLLOWING ADDITIONAL CLAUSES ARE INCORPORATED IN FULL TEXT:**

**252.211-7006 RADIO FREQUENCY IDENTIFICATION (NOV 2005)**

(a) Definitions. As used in this clause—

"Advance shipment notice" means an electronic notification used to list the contents of a shipment of goods as well as additional information relating to the shipment, such as order information, product description, physical characteristics, type of packaging, marking, carrier information, and configuration of goods within the transportation equipment.

"Bulk commodities" means the following commodities, when shipped in rail tank cars, tanker trucks, trailers, other bulk wheeled conveyances, or pipelines:

(1) Sand.
(2) Gravel.
(3) Bulk liquids (water, chemicals, or petroleum products).
(4) Ready-mix concrete or similar construction materials.
(5) Coal or combustibles such as firewood.
(6) Agricultural products such as seeds, grains, or animal feed.

"Case" means either a MIL-STD-129 defined exterior container within a palletized unit load or a MIL-STD-129 defined individual shipping container.

"Electronic Product Code™ (EPC)" means an identification scheme for universally identifying physical objects via RFID tags and other means. The standardized EPC data consists of an EPC (or EPC identifier) that uniquely identifies an individual object, as well as an optional filter value when judged to be necessary to enable effective and efficient reading of the EPC tags. In addition to this standardized data, certain classes of EPC tags will allow user-defined data. The EPC tag data standards will define the length and position of this data, without defining its content.

"EPCglobal™" means a joint venture between EAN International and the Uniform Code Council to establish and support the EPC network as the global standard for immediate, automatic, and accurate identification of any item in the supply chain of any company, in any industry, anywhere in the world.

"Exterior container" means a MIL-STD-129 defined container, bundle, or assembly that is sufficient by reason of material, design, and construction to protect unit packs and intermediate containers and their contents during shipment and storage. It can be a unit pack or a container with a combination of unit packs or intermediate containers. An exterior container may or may not be used as a shipping container.

**ADDENDUM TO 52.212-4 (continued)**

**252.211-7006 (continued)**

"Palletized unit load" means a MIL-STD-129 defined quantity of items, packed or unpacked, arranged on a pallet in a specified manner and secured, strapped, or fastened on the pallet so that the whole palletized load is handled as a single unit. A palletized or skidded load is not considered to be a shipping container. A loaded 463L System pallet is not considered to be a palletized unit load. Refer to the Defense Transportation Regulation, DoD 4500.9-R, Part II, Chapter 203, for marking of 463L System pallets.

"Passive RFID tag" means a tag that reflects energy from the reader/interrogator or that receives and temporarily stores a small amount of energy from the reader/interrogator signal in order to generate the tag response. Acceptable tags are—

(1) EPC Class 0 passive RFID tags that meet the EPCglobal Class 0 specification; and
(2) EPC Class 1 passive RFID tags that meet the EPCglobal Class 1 specification.

"Radio Frequency Identification (RFID)" means an automatic identification and data capture technology comprising one or more reader/interrogators and one or more radio frequency transponders in which data transfer is achieved by means of suitably modulated inductive or radiating electromagnetic carriers.

"Shipping container" means a MIL-STD-129 defined exterior container that meets carrier regulations and is of sufficient strength, by reason of material, design, and construction, to be shipped safely without further packing (e.g., wooden boxes or crates, fiber and metal drums, and corrugated and solid fiberboard boxes).

(b)(1) Except as provided in paragraph (b)(2) of this clause, the Contractor shall affix passive RFID tags, at the case and palletized unit load packaging levels, for shipments of items that—

(i) Are in any of the following classes of supply, as defined in DoD 4140.1-R, DoD Supply Chain Materiel Management Regulation, AP1.1.11:

(A) Subclass of Class I - Packaged operational rations.

(B) Class II - Clothing, individual equipment, tentage, organizational tool kits, hand tools, and administrative and housekeeping supplies and equipment.

(C) Class VI - Personal demand items (non-military sales items).

(D) Class IX – Repair parts and components including kits, assemblies and subassemblies, reparable and consumable items required for maintenance support of all equipment, excluding medical-peculiar repair parts; and

(ii) Are being shipped to—

(A) Defense Distribution Depot, Susquehanna, PA: DoDAAC W25G1U or SW3124; or

(B) Defense Distribution Depot, San Joaquin, CA: DoDAAC W62G2T or SW3224.

**ADDENDUM TO 52.212-4 (continued)**

**252.211-7006 (continued)**

(2) Bulk commodities are excluded from the requirements of paragraph (b)(1) of this clause.

(c) The Contractor shall ensure that—

(1) The data encoded on each passive RFID tag are unique (i.e., the binary number is never repeated on any and all contracts) and conforms to the requirements in paragraph (d) of this clause;

(2) Each passive tag is readable at the time of shipment in accordance with MIL-STD-129 (Section 4.9.1.1) readability performance requirements; and

(3) The passive tag is affixed at the appropriate location on the specific level of packaging, in accordance with MIL-STD-129 (Section 4.9.2) tag placement specifications.

(d) Data syntax and standards. The Contractor shall use one or more of the following data constructs to write the RFID tag identification to the passive tag, depending upon the type of passive RFID tag being used in accordance with the tag construct details located at http://www.dodrfid.org/tagdata.htm (version in effect as of the date of the solicitation):

(1) Class 0, 64 Bit Tag – EPCglobal Serialized Global Trade Item Number (SGTIN), Global Returnable Asset Identifier (GRAI), Global Individual Asset Identifier (GIAI), or Serialized Shipment Container Code (SSCC).

(2) Class 0, 64 Bit Tag – DoD Tag Construct.

(3) Class 1, 64 Bit Tag – EPCglobal SGTIN, GRAI, GIAI, or SSCC.

(4) Class 1, 64 Bit Tag – DoD Tag Construct.

(5) Class 0, 96 Bit Tag – EPCglobal SGTIN, GRAI, GIAI, or SSCC.

(6) Class 0, 96 Bit Tag – DoD Tag Construct.

(7) Class 1, 96 Bit Tag – EPCglobal SGTIN, GRAI, GIAI, or SSCC.

(8) Class 1, 96 Bit Tag – DoD Tag Construct.

(e) Receiving report. The Contractor shall electronically submit advance shipment notice(s) with the RFID tag identification (specified in paragraph (d) of this clause) in advance of the shipment in accordance with the procedures at http://www.dodrfid.org/asn.htm.

**52.211-9008 BAR CODING REQUIREMENTS FOR DIRECT VENDOR DELIVERY (DVD) SHIPMENTS – DD FORM 250/250C/COMMERCIAL PACKING LIST (FEB 2004) - DLAD**

(a) This bar coding requirement is applicable only to solicitations and awards issued by DSCC, DSCP, and DSCR that require shipments of material to a location other than a DLA Distribution Depot (i.e., direct vendor delivery (DVD)). This clause requires a linear bar code only.

(b) In addition to other marking requirements in this contract, the following separate lines of bar coded data, with Human Readable Interpretation (HRI) printed directly below the element, shall be provided:

(1) Document number and suffix.

(2) National Stock Number (NSN) (in absence of the NSN, the CAGE and Part Number).

**ADDENDUM TO 52.212-4 (continued)**

**52.211-9008 (continued)**

(3) ICP Routing Identifier Code (RIC), Unit of Issue, quantity, followed by an "A" and eight zeros.

(c) These bar code markings shall either be placed on or printed on labels affixed to either the DD Form 250/250c or the commercial packing list. If used on DD Form 250/250c, it should be in blocks 15, 16,17, etc. In either case, these documents shall be furnished in Packing List Envelopes affixed to the outside of the shipping container.

(d) The bar code symbology shall be Code 3 of 9 (Code 39) in accordance with ISO/IEC-16388.

**NOTES: In bar code element 1 above, the Document Number consists of a 14-character (15 characters when a suffix is included) alphanumeric code. It may be listed on a contract/award as the Requisition Number, Transportation Control Number (TCN), etc.**

In bar code element 2 above, the NSN will appear as a 13-digit code without the dashes.

In bar code element 3 above:

The RIC for each procuring activity is as follows:

S9C - Defense Supply Center Columbus - Construction
S9E - Defense Supply Center Columbus - Electronics
S9G - Defense Supply Center Richmond
S9I - Defense Supply Center Philadelphia – General and Industrial
S9T - Defense Supply Center Philadelphia - Clothing and Textiles
S9M - Defense Supply Center Philadelphia – Medical Materiel
S9P - Defense Supply Center Philadelphia – Perishable Subsistence
S9S - Defense Supply Center Philadelphia – Semi-perishable Subsistence

The appropriate unit of issue (U/I) will appear as a two digit alpha character.
The quantity will appear as a five-position number, including zero fillers on the left.
The above will be followed by an "A" and eight zeros, (i.e. "A00000000").

NO SPACES SHALL SEPARATE THE INDIVIDUAL DATA ELEMENTS WITHIN EACH LINE.

A copy of ISO/IEC-16388 is available from:

The American National Standards Institute
25 West 43rd Street
New York, NY 10036

or through www.ansi.org
or www.iso.ch.

**ADDENDUM TO 52.212-4 (continued)**

**52.211-9010 MILITARY SHIPPING LABEL (MSL) REQUIREMENTS -- MIL-STD-129P (MAR 2004) DLAD**

(a) MIL-STD-129, Revision P, dated December 15, 2002, establishes the requirement for Contractors that ship packaged materiel to the Government to provide both linear and two-dimensional (2-D) bar coding on military shipping labels (MSLs). The new requirements apply to all shipments, which includes either depot (DLA-Direct) or DVD (Customer-Direct) shipments. Linear (Code 3 of 9 or Code 39) bar codes continue to be required on interior packages (unit and intermediate packages) for the National Stock (NSN) and, when applicable, the serial number; and on shipping containers and palletized unit loads for the NSN, Contractor and Government Entity (CAGE) Code, contract number and, when applicable, the serial number. The new requirements do not apply to delivery orders when the basic contract has not been modified to require MIL-STD-129P.

(b) The new MSL replaces former DD Form 1387 and is illustrated in Figures 2a and 2b of MIL-STD-129P. The MSL requires Code 3 of 9 or Code 39 linear bar codes for the Transportation Control Number (TCN), piece number and DODAAC for the ultimate consignee or mark-for address. The 2-D bar code on the MSL must contain the document (requisition) number, NSN, Routing Identifier Code (RIC), Unit of Issue, Quantity, Condition Code, and Unit Price, which are ordinarily included on the DD Form 250 or the DD Form 1348-1A. MIL-STD-129P provides numerous illustrations of what must be bar-coded and the recommended placement of the bar code. When the contract omits any data element required to be bar-coded, the field should be zero-filled.

(c) MIL-STD-129P, sources for conforming labels, and related information are available on the DLA Packaging Web Site at URL: http://www.dscc.dla.mil/offices/packaging/specstdslist.html#STDs.

(d) This clause does not apply to –

(1) Subsistence items procured through full-line food distributors (prime vendors), "market ready" type items such as fresh milk, ice cream, and other fresh dairy products, fresh bread and other fresh bakery products, and all fresh fruits and vegetables, shipped within the Continental United States (CONUS) to customers within CONUS;

(2) Any item for which ownership remains with the vendor until the item is placed in designated locations at the customer location prior to issuance to the customer. Government control begins upon placement of the item by the vendor into the designated location or issuance from the designated location by vendor personnel (i.e., the vendor is required to stock bins at the customer location and/or issue parts from a vendor controlled parts room); or

(3) Bulk purchases of petroleum, oil and lubricant products delivered by (1) pipeline; or (2) tank car, tanker and tank trailer for which the container has (i) a capacity greater than 450 L (119 gallons) as a receptacle for a liquid; (ii) a maximum net mass greater than 400 kg (882 pounds) and a capacity greater than 450 L (119 gallons) as a receptacle for a solid; or (iii) a water capacity greater than 454 kg (1000 poinds) as a receptacle for a gas.

**NOTES: In bar code element 1 above, the Document Number consists of a 14-character (15 characters when a suffix is included) alphanumeric code. It may be listed on a contract/award as the Requisition Number, Transportation Control Number (TCN), etc.**

**ADDENDUM TO 52.212-4 (continued)**

**52.211-9010 (continued)**

In bar code element 2 above, the NSN will appear as a 13-digit code without the dashes.
In bar code element 3 above:
The RIC for each procuring activity is as follows:
S9C - Defense Supply Center Columbus - Construction
S9E - Defense Supply Center Columbus – Electronics
S9F - Defense Energy Support Center
S9G - Defense Supply Center Richmond
S9I - Defense Supply Center Philadelphia – General and Industrial
S9T - Defense Supply Center Philadelphia - Clothing and Textiles S9M - Defense Supply Center Philadelphia – Medical Materiel
S9P - Defense Supply Center Philadelphia – Perishable Subsistence
S9S - Defense Supply Center Philadelphia – Semi-perishable Subsistence
The appropriate unit of issue (U/I) will appear as a two digit alpha character.
The quantity will appear as a five-position number, including zero fillers on the left.
The above will be followed by an "A" and eight zeros, (i.e. "A00000000")
NO SPACES SHALL SEPARATE THE INDIVIDUAL DATA ELEMENTS WITHIN EACH LINE.
A copy of ISO/IEC-16388 is available from:
The American National Standards Institute
25 West 43rd Street
New York, NY 10036
or through www.ansi.org or www.iso.ch.

**52.212-9000 CHANGES--MILITARY READINESS** (MAR 2001) DLAD

The commercial changes clause at FAR 52.212-4(c) is applicable to this contract in lieu of the changes clause at FAR 52.243-l. However, in the event of a Contingency Operation or a Humanitarian or Peace Keeping Operation, as defined below, the contracting officer may, by written order, change 1) the method of shipment or packing, and 2) the place of delivery. If any such change causes an increase in the cost of, or the time required for performance, the contracting officer shall make an equitable adjustment in the contract price, the delivery schedule, or both, and shall modify the contract. The contractor must assert its right to an adjustment within 30 days from the date of receipt of the modification.
"Contingency operation" means a military operation that-
(i) Is designated by the Secretary of Defense as an operation in which members of the armed forces are or may become involved in military actions, operations, or hostilities against an enemy of the United States or against an opposing military force; or
(ii) Results in the call or order to, or retention on, active duty of members of the uniformed services under 10 U.S.C. 688, 12301(a), 12302, 12304, 12305, or 12406, Chapter 15 of U.S.C., or any other provision of law during a war or during an national emergency declared by the President or Congress (10 U.S.C. 101(a)(13)).
"Humanitarian or peacekeeping operation" means a military operation in support of the provision of humanitarian or foreign disaster assistance or in support of peacekeeping

**ADDENDUM TO 52.212-4 (continued)**

**52.212-9000 (Continued)**

operation under Chapter VI or VII of the Charter of the United Nations. The term does not include routine training, force rotation, or stationing. (10 U.S.C. 2302 (8) and 41 U.S.C. 259 (d) (2) (B)). not include routine training, force rotation, or stationing. (10 U.S.C. 2302 (8) and 41 U.S.C. 259 (d) (2) (B)).

**5. <u>WHEN CHECKED, THE FOLLOWING ADDITIONAL CLAUSES ARE INCORPORATED IN FULL TEXT:</u>**

[X] **52.216-18 ORDERING (OCT 1995)**

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from __date of award__ through __one year after award__.

(b All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

NOTE: Ordering Activities:

Defense Supply Center Philadelphia
700 Robbins Avenue, Bldg. 6-D
Philadelphia, PA 19111

**ADDENDUM TO 52.212-4 (continued)**

## [X] 52.216-22 INDEFINITE QUANTITY (OCT 1995)

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum." The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum."

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after 180 days after the effective period of the contract.

## [X] 52.216-9P06 DELIVERY ORDER LIMITATIONS (JAN 1992) DSCP

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than __1 pair__, the Government is not obligated to purchase, nor is the contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The contractor is not obligated to honor -

(1) Any order for single item in excess of __the maximum quantity for the awardees line item__;

(2) Any order for a combination of items in excess of ________________; or

(3) A series of orders from the same ordering office within __30__ days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR), the Government is not required to order a part of any one requirement from the contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within __30 days__ days after issuance, with written notice stating the contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

[ ] (e) The delivery order(s) shall specify delivery(ies) no less than ____________________ from the date of issuance of the delivery order. Changes and/or cancellations to delivery order(s) may be made by giving contractor no less than ____________________ hours notice to be computed from time of receipt by the contractor of the written or oral change(s) or cancellation(s).

**ADDENDUM TO 52.212-4 (continued)**

## [X] 52.217-9P12 OPTION FOR INDEFINITE-DELIVERY, INDEFINITE-QUANTITY CONTRACT TERM EXTENSION (JUL 1998) DSCP

(a) Acceptance of the option provision(s)/clauses contained herein is mandatory. Failure to indicate acceptance of the option by annotating the offeror's option price in the Schedule or elsewhere in the solicitation will be deemed non-acceptance of the option and may result in rejection of the offeror's entire bid/proposal.

(b) Offerors may offer options at unit prices which differ from the unit prices for the base ordering period. These prices may vary with the quantities actually ordered and the dates when ordered.

(c) The contracting officer may extend the term of this contract for __four (4)__ additional __one year__ period(s) by written notice to the contractor within the time specified in the Schedule; provided that the contracting officer shall give the contractor a preliminary written notice of intent to extend at least 60 days before expiration of the contract. The preliminary notice does not commit the Government to an extension.

(d) Performance under the option period shall continue at the same performance level specified for the basic contract.

(e) The option to extend the term of the contract shall be exercised not later than three (3) days before the expiration date of the contract.

(f) The option is deemed exercised when mailed or otherwise furnished to the contractor.

(g) If the contracting officer exercises this option, the extended contract shall be considered to include this option clause and the minimum and maximum quantities specified in the award for that option period will apply. The modification exercising the option will also modify ordering DSCP clause 52.217-9P16, Effective Period of Contract-Indefinite-Delivery to cover the base ordering period and the additional option period(s) exercised to date.

(h) The total duration of any options exercised under this clause, shall not exceed __one year__.

(i) The following provisions apply only to negotiated acquisitions:

(1) If an option has been priced under this solicitation and is to be exercised at time of award of the basic contract, the submission of certified cost or pricing data shall be required prior to award where the combined dollar value of the basic contract and option exceeds $500,000, unless an exemption thereto is appropriate in accordance with FAR 15.403-1.

(2) Prior to the award of any contract which will contain one or more priced options totaling $500,000 or more, the submission of certified cost or pricing data covering the basic contract and the option(s) shall be required regardless of when the option(s) may be exercised, unless an exemption thereto is appropriate in accordance with FAR 15.403-1.

**ADDENDUM TO 52.212-4 (continued)**

[X] **52.217-9P21 VALIDATION OF SURGE AND SUSTAINMENT CAPABILITY (AUG 2002) DSCP**

(a) Definitions. As used in this clause—

(1) "Surge and Sustainment (S&S) Capability" means the ability of the contractor and base suppliers to meet increased quantity/accelerated delivery requirements, using production capability and supplier base capabilities to achieve production requirements, in support of a broad spectrum of possible Department of Defense contingencies. This capability includes both the ability to ramp-up quickly, beyond normal peacetime requirements, to meet early requirements during a contingency (i.e., surge), as well as to sustain an increased production and delivery pace, beyond normal peacetime quantity/accelerated delivery requirements, throughout the contingency(ies) (i.e. sustainment). The spectrum of possible contingencies includes major theatre warfare and smaller-scale contingency operations.

(2) "Surge Option" is an option to support the Industrial Preparedness Production Planning program. A surge option allows the Government, prior to final delivery, to accelerate the contractor's production rate in accordance with a delivery schedule provided by the contractor under the terms of the contract; and purchase additional quantities of supplies or services. Clause 252.217-7001, Surge Option (DFARS), contained in the solicitation/contract, provides specific requirements for the increased contract quantity/accelerated delivery rate, the delivery schedule, and option exercise and pricing.

(3) Surge and Sustainment Capacity" is the ability to augment the peacetime production rate (as cited in section "F" of this solicitation and Ordering Limitation Clause) with additional monthly quantities. As part of their technical proposal, the "offeror is required to provide a surge and sustainment capacity plan (as detailed in Section L, Attachment I), to demonstrate its capability to augment production to deliver the maximum production rate for the Surge Option at the maximum sustainable rate of delivery (see paragraph b below). The Government will consider the offeror's surge and sustainment capacity in the award evaluation.

(4) "Validation of Surge and Sustainment Capability" is the verification, in whole or part, of the contractor's stated capability in their surge and sustainment capacity plan, maximum production rate, and accelerated delivery schedule through some form of validation.

(b) Scope of Requirement. The Contractor agrees to maintain the capability to produce and deliver the maximum production rate for the Surge Option at the maximum sustainable rate of delivery (paragraph b of clause 252.217-7001 as limited by paragraph (c)(3) of same clause) upon incorporation of the Surge Option into the contract. This capability shall be maintained in addition to peacetime level requirements and other existing government and commercial contracts.

**ADDENDUM TO 52.212-4 (continued)**

**52.217-9P21 (continued)**

(1) Notification of S&S Capability Changes. Changes that negatively impact S&S capability shall be reported in writing to the Contracting Officer within ten working days after the contractor becomes aware of such impact. Such notification shall include the Contractor's proposed corrective action plan.

(2) Agreement to Participate in S&S Validation. By submission of an offer, the Contractor agrees to participate in S&S validation as required by the Government to validate the S&S capability at the Contractor/Subcontractor facility through final contract delivery. Validations will be conducted by DSCP Clothing and Textiles, DSCP Contracting and Production Support, and/or Defense Contract Management Activity personnel and will involve randomly selected items. Validation results will be documented in the contract file. Validations may include, but are not limited to, verification that the Contractor/Subcontractor(s) have sufficient equipment, facilities, personnel, stock, pre-positioned raw material, and production capabilities to accommodate the maximum production rate for the Surge Option at the maximum sustainable rate of delivery. This validation will include examination of any in-house work and other contracts that might impact the production of any added or accelerated quantities. The Government reserves the right to require validation using other methodologies when deemed appropriate.

(c) Options to Extend the Contract Term. The Government may consider the Contractor's performance of S&S capability in determining whether exercise of the option is the most advantageous method of meeting the government's need. Factors that may be considered include maintenance of the S&S capability, results of validation, performance during an actual contingency, and other information related to the S&S capability.