**52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS – COMMERCIAL ITEMS (SEPT 2005)**

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) **52.233-3**, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(2) **52.233-4**, Applicable Law for Breach of Contract Claim (OCT 2004) (Pub. L. 108-77, 108-78).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) which the contracting officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

_X_ (1) **52.203-6**, Restrictions on Subcontractor Sales to the Government (JUL 1995), with Alternate I (OCT 1995) (41 U.S.C. 253g and 10 U.S.C. 2402).

_X_ (2) **52.219-3**, Notice of Total HUBZone Small Business Set-Aside (Jan 1999)(15 U.S.C. 657a). **(LINE ITEM 0005 ONLY)**

_X_ (3) **52.219-4**, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (JUL 2005) (if the offeror elects to waive the preference, it shall so indicate in its offer)(15 USC 657a). **(LINE ITEMS 0001 ,0002, 0006, 0007 & 0008)**

___ (4)(i) **52.219-5**, Very Small Business Set-Aside (JUN 2003)(Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994.)

___ (ii) Alternate I (MAR 1999) of 52.219-5.

___ (iii) Alternate II (JUN 2003) of 52.219-5.

_X_ (5) (i) **52.219-6**, Notice of Total Small Business Set-Aside (JUN 2003)(15 USC 644). **(LINE ITEMS 0003 & 0004)**

___ (ii) Alternate I (OCT 1995) of 52.219-6.

___ (iii) Alternate II ( MAR 2004) of 52.219-6.

___ (6) (i) **52.219-7**, Notice of Partial Small Business Set-Aside (JUN 2003)(15 USC 644).

___ (ii) Alternate I (OCT 1995) of 52.219-7.

___ (iii) Alternate II ( MAR 2004) of 52.219-7.

_X_ (7) **52.219-8**, Utilization of Small Business Concerns (MAY 2004)(15 U.S.C. 637 (d)(2) and (3)).

_X_ (8) (i) **52.219-9**, Small Business Subcontracting Plan (JUL 2005)(15 U.S.C. 637 (d)(4)).

___ (ii) Alternate I (OCT 2001) of 52.219-9.

_X_ (iii) Alternate II (OCT 2001) of 52.219-9. **(LINE ITEMS 0001, 0002, 0006, 0007 & 0008)**

___ (9) **52.219-14**, Limitation on Subcontracting (DEC 1996)(15 U.S.C. 637(a)(14)).

**52.212-5 (continued)**

***Paragraphs (10) through (12) are not applicable and have been deleted.***

___ (13) **52.219-27,** Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside (MAY 2004).

_X_ (14) **52.222-3**, Convict Labor (JUN 2003) (E.O. 11755).

_X_ (15) **52.222-19**, Child Labor – Cooperation with Authorities and Remedies (JUN 2004)(E.O. 13126).

_X_ (16) **52.222-21** Prohibition of Segregated Facilities (Feb 1999).

_X_ (17) **52.222-26**, Equal Opportunity (APR 2002)(E.O. 11246).

_X_ (18) **52.222-35**, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001)(38 U.S.C. 4212).

_X_ (19) **52.222-36**, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

_X_ (20) **52.222-37**, Employment Reports on Special Disabled Veterans,Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001)(38 U.S.C. 4212).

_X_ (21) **52.222-39**, Notification of Employee Rights Concerning Payment of Union Dues or Fees (Dec 2004) (E.O. 13201).

___ (22)(i) **52.223-9**, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (AUG 2000)(42 U.S.C. 6962(c)(3)(A)(ii)

___ (ii) Alternate I (AUG 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)

***Paragraphs (23) through (25) are not applicable and have been deleted.***

_X_ (26) **52.225-13**, *Restrictions on Certain Foreign Purchases* (MAR 2005) (E.o.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

***Paragraphs (27) and (28) are not applicable and have been deleted.***

___ (29) **52.232-29**, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 USC 255(f), 10 USC 2307(f)).

___ (30) **52.232-30**, Installment Payments for Commercial Items (OCT 1995) (41 USC 255(f), 10 USC 2307(f)).

_X_ (31) **52.232-33,** Payment by Electronic Funds Transfer – Central Contractor Registration (OCT 2003) (31 U.S.C. 3332).

___ (32) **52.232-34**, Payment by Electronic Funds Transfer—Other Than Central Contractor Registration (May 1999)(31 U.S.C. 3332).

___ (33) **52.232-36**, Payment by Third Party (MAY 1999) (31 U.S.C. 3332.)

___ (34) **52.239-1,** Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a)

___ (35) (i) **52.247-64**, Preference for Privately Owned U.S. Flag Commercial Vessels (APR 2003) (46 U.S.C. 1241 and 10 U.S.C. 2631)

___ (ii) Alternate I (APR 2003) of 52.247-64.

(c) *Deleted – Not Applicable*

**52.212-5 (continued)**

(d) *Comptroller General Examination of Record.*

The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records - Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c) or (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vii) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause—

(i) **52.219-8**, Utilization of Small Business Concerns (MAY 2004) (15 USC 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) **52.222-26**, Equal Opportunity (APR 2002) (E.O. 11246);

(iii) **52.222-35**, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) (38 U.S.C. 4212);

(iv) **52.222-36**, Affirmative Action for Workers with Disabilities (JUN 1998)(29U.S.C.793)

(v) **52.222-39**, Notification of Employee rights Concerning Payment of Union Dues or Fees (Dec 2004) (E.O. 13201).

(vi) **52.221-41**, Service Contract Act of 1965, As Amended (JUL 2005), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, et seq.).

(vii)**52.247-64**, Preference for Privately-Owned U.S.-Flagged Commercial Vessels (APR 2003)(46 U.S.C. Appx 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

**ADDENDUM TO 52.212-5**

**WHEN CHECKED, THE CLAUSE(S) LISTED BELOW ARE INCORPORATED BY REFERENCE WITH THE SAME FORCE AND EFFECT AS IF THEY WERE GIVEN IN FULL TEXT.**

| CLAUSE NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| [X] 52.219-16 | Liquidated Damages – Subcontracting Plan (LINE ITEMS 0001, 0002, 0006, 0007 & 0008) | JAN 1999 | FAR |
| [X] 52.215-21 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data - Modifications | OCT 1997 | FAR |

**ADDENDUM TO 52.212-5 (continued)**

**252.212-7001 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE TO DEFENSE ACQUISITIONS OF COMMERCIAL ITEMS (SEP 2005) [DSCP MODIFIED]**

(a) The Contractor agrees to comply with the following Federal Acquisition Regulation (FAR) clause which, if checked, is included in this contract by reference to implement a provision of law applicable to acquisitions of commercial items or components.

_X__ **52.203-3** Gratuities (APR 1984) (10 U.S.C. 2207)

(b) The Contractor agrees to comply with any clause that is checked on the following list of Defense FAR Supplement clauses, which, if checked, is included in this contract by reference to implement provisions of law or Executive Orders applicable to acquisitions of commercial items or components.

_X_ **252.205-7000** Provision of Information to Cooperative Agreement Holders (DEC 1991) (10 U.S.C. 2416).

_X_ **252.219-7003** Small, Small Disadvantaged Business, and Women-Owned Small Business Subcontracting Plan (DoD Contracts) (APR 1996) (15 U.S.C. 637). **(LINE ITEMS 0001, 0002, 0006, 0007 & 0008)**

___ **252.219-7004** Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (Test Program) (JUN 1997) (15 U.S.C. 637 note).

___ **252.225-7001** Buy American Act and Balance of Payment Program (JUN 2005) (41 U.S.C. 10a-10d, E.O. 10582)

_X_ **252.225-7012** Preference for Certain Domestic Commodities (JUN 2004) (10 U.S.C. 2533a). *For your convenience, the full text of this clause has been incorporated in the Addendum to 52.212-5 in this solicitation.

_X_ **252.225-7014** Preference for Domestic Specialty Metals (JUN 2005) (10 U.S.C. 2533a). *For your convenience, the full text of this clause has been incorporated in the Addendum to 52.212-5 in this solicitation.

___ **252.225-7015** Restriction on Acquistion of Hand or Measuring Tools (JUN 2005)(10 U.S.C. 2533a).

___ **252.225-7016** Restriction on Acquisition of Ball and Roller Bearings (JUN 2005)

____(Alternate I) (APR 2003) (10 USC 2534 and Section 8099 of Pub. L. 104-61 and similar sections in subsequent DoD appropriations acts.)

___ **252.225-7021** Trade Agreements (JUN 2005) (19 U.S.C. 2501-2518 and 19 U.S.C. 3301 note)

___ **252.225-7027** Restriction on Contingent Fees for Foreign Military Sales (APR 2003) (22 U.S.C. 2779)

Para (b)(1): Government(s) of ______________________________

**ADDENDUM TO 52.212-5 (continued)**

**DFARS 252.212-7001 (continued)**

___**252.225-7028** Exclusionary Policies and Practices of Foreign Governments (APR 2003) (22 U.S.C. 2755).

___**252.225-7036** Buy American Act--Free Trade Agreements--Balance of Payments Program (JUN 2005)

____ (Alternate I) (JAN 2005) (41 U.S.C. 10a-10d and 19 U.S.C. 3301 note).

___**252.225-7038** Restriction on Acquisition of Air Circuit Breakers (JUN 2005) (10 U.S.C. 2534(a)(3))

_X_**252.226-7001** Utilization of Indian Organizations, Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns (SEP 2004 ) (Section 8021 of Pub. L. 107-248 and similar sections in subsequent DoD appropriation acts)

___**252.227-7015** Technical Data -- Commercial Items (NOV 1995) (10 U.S.C. 2320).

___**252.227-7037** Validation of Restrictive Markings on Technical Data (SEP 1999) (10 U.S.C. 2321).

_X_**252.232-7003** Electronic Submission of Payment Requests (JAN 2004) (10 USC 2227)

___ **252.237-7019** Training for Contractor Personnel Interacting with Detainees (SEP 2005) (Section 1092 of Pub.L. 108-75)

_X_**252.243-7002** Requests for Equitable Adjustment (MAR 1998) (10 U.S.C. 2410)

_X_**252.247-7023** Transportation of Supplies by Sea (MAY 2002)

____(Alternate I)(MAR 2000)

____(Alternate II)(MAR 2000)

____(Alternate III)(MAY 2002) (10 U.S.C. 2631).

_X_**252.247-7024** Notification of Transportation of Supplies by Sea (MAR 2000) (10 U.S.C. 2631).

**NOTE: Contractor agrees to comply with clause 252.247-7024, which is included in this contract by reference, when it represents in its offer that it does not anticipate that supplies will be transported by sea.**

(c) In addition to the clauses listed in paragraph (e) of the Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items clause of this contract, (FAR 52.212-5), the Contractor shall include the terms of the following clauses, if applicable, in subcontracts for commercial items or commercial components, awarded at any tier under this contract:

**252.225-7014** Preference for Domestic Specialty Metals, Alternate I (APR 2003) (10 U.S.C. 2533a).

**252.237-7019** Training for Contractor Personnel Interacting with Detainees (SEP 2005) (Section 1092 of Pub.L. 108-75)

**252.247-7023** Transportation of Supplies by Sea (MAY 2002) (10 U.S.C. 2631).

**252.247-7024** Notification of Transportation of Supplies by Sea (MAR 2000) (10 U.S.C. 2631).

**ADDENDUM TO 52.212-5 (continued)**

**252.225-7012 PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (JUNE 2004)**

(a) *Definitions.* As used in this clause--

(1) "Component" means any item supplied to the Government as part of an end product or of another component.

(2) "End product" means supplies delivered under a line item of this contract.

(3) "United States" means the 50 States, the District of Columbia, and outlying areas.

(4) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b) The Contractor shall deliver under this contract only such of the following items, either as end products or components, that have been grown, reprocessed, reused, or produced in the United States, its possessions, or Puerto Rico:

(1) Food.

(2) Clothing.

(3) Tents, tarpaulins, or covers.

(4) Cotton and other natural fiber products.

(5) Woven silk or woven silk blends.

(6) Spun silk yarn for cartridge cloth.

(7) Synthetic fabric, and coated synthetic fabric, including all textile fibers and yarns that are for use in such fabrics.

(8) Canvas products.

(9) Wool (whether in the form of fiber or yarn or contained in fabrics, materials, or manufactured articles).

(10) Any item of individual equipment (Federal Supply Class 8465) manufactured from or containing fibers, yarns, fabrics, or materials listed in this paragraph (b).

(c) This clause does not apply—

(1) To items listed in section 25.104(a) of the Federal Acquisition Regulation (FAR), or other items for which the Government has determined that a satisfactory quality and sufficient quantity cannot be acquired as and when needed at U.S. market prices;

(2) To end products incidentally incorporating cotton, other natural fibers, or wool, for which the estimated value of the cotton, other natural fibers, or wool--

(i) Is not more than 10 percent of the total price of the end product; and

(ii) Does not exceed the simplified acquisition threshold in FAR Part 2;

(3) To waste and byproducts of cotton or wool fiber for use in the production of propellants and explosives;

(4) To foods that have been manufactured or processed in the United States, its possessions, or Puerto Rico, regardless of where the foods (and any component if applicable) were grown or produced. Fish, shellfish, or seafood manufactured or processed in the United States and fish, shellfish, or seafood contained in foods manufactured or processed in the United States shall be provided in accordance with paragraph (d) of this clause;

(5) To chemical warfare protective clothing produced in the countries listed in subsection 225.872-1 of the Defense FAR Supplement; or

**ADDENDUM TO 52.212-5 (continued)**

**DFARS 252.225-7012 (continued)**

(6) To fibers and yarns that are for use in synthetic fabric or coated synthetic fabric (but does apply to the synthetic or coated synthetic fabric itself), if—

(i) The fabric is to be used as a component of an end product that is not a textile product. Examples of textile products, made in whole or in part of fabric, include—

(A) Draperies, floor coverings, furnishings, and bedding (Federal Supply Group 72, Household and Commercial Furnishings and Appliances);

(B) Items made in whole or in part of fabric in Federal Supply Group 83, Textile/leather/furs/apparel/findings/tents/flags, or Federal Supply Group 84, Clothing, Individual Equipment and Insignia;

(C) Upholstered seats (whether for household, office, or other use); and

(D) Parachutes (Federal Supply Class 1670); or

(ii) The fibers and yarns are para-aramid fibers and yarns manufactured in the Netherlands.

(d)(1) Fish, shellfish, and seafood delivered under this contract, or contained in foods delivered under this contract—

(i) Shall be taken from the sea by U.S.-flag vessels; or

(ii) If not taken from the sea, shall be obtained from fishing within the United States; and

(2) Any processing or manufacturing of the fish, shellfish, or seafood shall be performed on a U.S.-flag vessel or in the United States.

**252.225-7014 PREFERENCE FOR DOMESTIC SPECIALTY METALS (JUNE 2005)**

(a) *Definitions.* As used in this clause-

(1) "Qualifying country" means any country listed in subsection 225.872-1 of the Defense Federal Acquisition Regulation Supplement.

(2) "Specialty metals" means-

(i) Steel-

(A) With a maximum alloy content exceeding one or more of the following limits: manganese, 1.65 percent; silicon, 0.60 percent; or copper, 0.60 percent; or

(B) Containing more than 0.25 percent of any of the following elements: aluminum, chromium, cobalt, columbium, molybdenum, nickel, titanium, tungsten, or vanadium;

(ii) Metal alloys consisting of nickel, iron-nickel, and cobalt base alloys containing a total of other alloying metals (except iron) in excess of 10 percent;

(iii) Titanium and titanium alloys; or

(iv) Zirconium and zirconium base alloys.

(b) Any specialty metals incorporated in articles delivered under this contract shall be melted in the United States, its possessions, or Puerto Rico.

(c) This clause does not apply to specialty metals-

(1) Melted in a qualifying country or incorporated in an article manufactured in a qualifying country; or

(2) Purchased by a subcontractor at any tier.

## SECTION C - DESCRIPTION/SPECIFICATION

**ITEM DESCRIPTION:**

**ARMY COMBAT BOOT HOT WEATHER SHALL BE MANUFACTURED IN ACCORDANCE WITH PURCHASE DESCRIPTION CRFD/PD 06-10, DATED 19 JUNE 2006. CERTIFICATE OF COMPIANCES ARE ACCEPTABLE FOR ALL COMPONENT TESTS.**

## SECTION D - PACKAGING, PACKING AND MARKING

**PREPARATION FOR DELIVERY:**

**THE ARMY HOT WEATHER BOOT SHALL BE UNIT PACKAGED IN A ONE-PIECE STYLE SET UP BOX (FANCY NOT PLAIN) IN ACCORDANCE WITH STANDARD COMMERCIAL PRACTICES. TISSUE OR KRAFT PAPER SHALL BE USED TO COMPLETLY SEPARATE THE PAIR. A COMPANY NAME OR LOGO MAY BE ADDED TO ENHANCE THE BOX APPEARANCE.**

**PACKING INSTRUCTIONS:**

**SIX (6) PAIR OF BOOTS, COMPOSED OF ONE SIZE AND WIDTH SHALL BE PACKED IN A FIBERBOARD SHIPPING CONTAINER CONFORMING TO TYPE CF (VARIETY SW) OR CF, CLASS DOMESTIC, GRADE 275 OF ASTM D5118/D5118M. CLOSURE SHALL BE IN ACCORDANCE WITH ASTM D1974. THE SELECTION OF THE CLOSURE MATERIAL SHALL BE AT THE DISCRETION OF THE CONTRACTOR. THE BOOT UNIT PACKS WILL BE PLACED ON END, SUCH THAT THE UNIT PACK LABEL IS CLEARLY VISIBLE FROM THE TOP OF AN OPENED SHIPPING CONTAINER. EACH SHIPPING CONTAINER SHALL CONTAIN ONLY ONE NSN.**

**ALL PALLETIZED LOADS SHALL CONTAIN ONLY ONE NSN TO THE MAXIMUM EXTENT POSSIBLE. PALLETS MAY HAVE EXTERIOR CONTAINERS NOT OF THE SAME NSN, BUT THE PALLET SHALL BE CLEARLY MARKED "MIXED" AND EACH APPLICABLE NSN SHALL BE LISTED WITH ITS TOTAL QUANTITY. THE OUTER DIMENSIONS AND STACKING PATTERN OF THE PALLET SHALL BE SUCH THAT IT FORMS A COMPACT, SQUARED LOAD CENTERED ON THE BASE AND SQUARED ON ALL CORNERS.**

**MARKING:**

**FOR NON-DEPOT SHIPMENTS, EACH UNIT PACK AND EXTERIOR CONTAINER SHALL BE MARKED FOLLOWING STANDARD COMMERCIAL PRACTICES. UNIT PACK IDENTIFICATION SHALL INCLUDE THE ITEM NAME, NSN AND UPC WITH BAR CODE, CONTRACT NUMBER, AMERICAN AND MONDOPOINT SIZES AND WIDTHS AND AS AN OPTION, THE CONTRACTOR'S**

NAME AND/OR LOGO. THE INITIALS ''UPC''MUST APPEAR UNDER THE UPC BAR CODE. THE EXTERIOR CONTAINERS SHALL BE MARKED TO IDENTIFY THE NSN WITH BAR CODE, QUANTITY AND UNIT OF ISSUE, DATE OF PACK, CONTRACT NUMBER, SHIPMENT NUMBER, PALLET GROSS WEIGHT AND CUBE AND A VISIBLE MARKING WITH THE WORDS "MADE FOR DSCP".

DEPOT SHIPMENTS FOR BOOTS SHALL BE MARKED IN ACCORDANCE WITH MIL-STD-129P.

## SECTION C - DESCRIPTION/SPECIFICATION

**ITEM DESCRIPTION:**

BOOT, COMBAT, HOT WEATHER BLACK, ARMY SHALL BE MANUFACTURED IN ACCORDANCE WITH PURCHASE DESCRIPTION PD 06-33, DATED 19 JUNE 2006. CERTIFICATE OF COMPIANCES ARE ACCEPTABLE FOR ALL COMPONENT TESTS.

## SECTION D - PACKAGING, PACKING AND MARKING

**PREPARATION FOR DELIVERY:**

THE ARMY HOT WEATHER BOOT SHALL BE UNIT PACKAGED IN A ONE-PIECE STYLE SET UP BOX (FANCY NOT PLAIN) IN ACCORDANCE WITH STANDARD COMMERCIAL PRACTICES. TISSUE OR KRAFT PAPER SHALL BE USED TO COMPLETLY SEPARATE THE PAIR. A COMPANY NAME OR LOGO MAY BE ADDED TO ENHANCE THE BOX APPEARANCE.

**PACKING INSTRUCTIONS:**

SIX (6) PAIR OF BOOTS, COMPOSED OF ONE SIZE AND WIDTH SHALL BE PACKED IN A FIBERBOARD SHIPPING CONTAINER CONFORMING TO TYPE CF (VARIETY SW) OR CF, CLASS DOMESTIC, GRADE 275 OF ASTM D5118/D5118M. CLOSURE SHALL BE IN ACCORDANCE WITH ASTM D1974. THE SELECTION OF THE CLOSURE MATERIAL SHALL BE AT THE DISCRETION OF THE CONTRACTOR. THE BOOT UNIT PACKS WILL BE PLACED ON END, SUCH THAT THE UNIT PACK LABEL IS CLEARLY VISIBLE FROM THE TOP OF AN OPENED SHIPPING CONTAINER. EACH SHIPPING CONTAINER SHALL CONTAIN ONLY ONE NSN.

ALL PALLETIZED LOADS SHALL CONTAIN ONLY ONE NSN TO THE MAXIMUM EXTENT POSSIBLE. PALLETS MAY HAVE EXTERIOR CONTAINERS NOT OF THE SAME NSN, BUT THE PALLET SHALL BE CLEARLY MARKED "MIXED" AND EACH APPLICABLE NSN SHALL BE LISTED WITH ITS TOTAL QUANTITY. THE OUTER DIMENSIONS AND STACKING PATTERN OF THE PALLET SHALL BE SUCH THAT IT FORMS A COMPACT, SQUARED LOAD CENTERED ON THE BASE AND SQUARED ON ALL CORNERS.

**MARKING:**

FOR NON-DEPOT SHIPMENTS, EACH UNIT PACK AND EXTERIOR CONTAINER SHALL BE MARKED FOLLOWING STANDARD COMMERCIAL PRACTICES. UNIT PACK IDENTIFICATION SHALL INCLUDE THE ITEM NAME, NSN AND UPC WITH BAR CODE, CONTRACT NUMBER, AMERICAN AND

MONDOPOINT SIZES AND WIDTHS AND AS AN OPTION, THE CONTRACTOR'S NAME AND/OR LOGO. THE INITIALS ''UPC''MUST APPEAR UNDER THE UPC BAR CODE. THE EXTERIOR CONTAINERS SHALL BE MARKED TO IDENTIFY THE NSN WITH BAR CODE, QUANTITY AND UNIT OF ISSUE, DATE OF PACK, CONTRACT NUMBER, SHIPMENT NUMBER, PALLET GROSS WEIGHT AND CUBE AND A VISIBLE MARKING WITH THE WORDS "MADE FOR DSCP".

DEPOT SHIPMENTS FOR BOOTS SHALL BE MARKED IN ACCORDANCE WITH MIL-STD-129P.

**ARMY COMBAT BOOT HOT WEATHER DELIVERY SCHEDULE**

| NSN | SIZE | DEL_TOT | 90 DAYS | 120 DAYS | 150 DAYS | 180 DAYS | 210 DAYS | 240 DAYS |
|---|---|---|---|---|---|---|---|---|
| 8430-01-514-5006 | 4R | 2442 | 408 | 408 | 408 | 408 | 408 | 402 |
| 8430-01-514-5012 | 3.5XW | 684 | 114 | 114 | 114 | 114 | 114 | 114 |
| 8430-01-514-5016 | 4W | 3540 | 588 | 588 | 588 | 588 | 594 | 594 |
| 8430-01-514-5032 | 5W | 3978 | 666 | 666 | 666 | 660 | 660 | 660 |
| 8430-01-514-5033 | 5XW | 30 | 24 | 6 | | | | |
| 8430-01-514-5037 | 5.5W | 3516 | 582 | 582 | 588 | 588 | 588 | 588 |
| 8430-01-514-5043 | 6W | 6468 | 1080 | 1080 | 1080 | 1080 | 1074 | 1074 |
| 8430-01-514-5049 | 6.5W | 4632 | 768 | 768 | 774 | 774 | 774 | 774 |
| 8430-01-514-5064 | 7W | 15822 | 2640 | 2640 | 2640 | 2634 | 2634 | 2634 |
| 8430-01-514-5065 | 7R | 3570 | 594 | 594 | 594 | 594 | 594 | 600 |
| 8430-01-514-5068 | 7.5W | 16770 | 2796 | 2796 | 2796 | 2796 | 2796 | 2790 |
| 8430-01-514-5083 | 8R | 3042 | 504 | 504 | 504 | 510 | 510 | 510 |
| 8430-01-514-5084 | 8W | 23238 | 3876 | 3876 | 3876 | 3870 | 3870 | 3870 |
| 8430-01-514-5134 | 8.5R | 606 | 96 | 102 | 102 | 102 | 102 | 102 |
| 8430-01-514-5136 | 8.5W | 32010 | 5340 | 5334 | 5334 | 5334 | 5334 | 5334 |
| 8430-01-514-5137 | 9R | 19314 | 3216 | 3216 | 3216 | 3222 | 3222 | 3222 |
| 8430-01-514-5138 | 9W | 30426 | 5076 | 5070 | 5070 | 5070 | 5070 | 5070 |
| 8430-01-514-5143 | 9.5R | 7098 | 1182 | 1182 | 1182 | 1182 | 1182 | 1188 |
| 8430-01-514-5144 | 9.5W | 22686 | 3786 | 3780 | 3780 | 3780 | 3780 | 3780 |
| 8430-01-514-5148 | 10R | 28170 | 4692 | 4692 | 4692 | 4698 | 4698 | 4698 |
| 8430-01-514-5149 | 10W | 15240 | 2544 | 2544 | 2538 | 2538 | 2538 | 2538 |
| 8430-01-514-5152 | 10.5R | 24912 | 4152 | 4152 | 4152 | 4152 | 4152 | 4152 |
| 8430-01-514-5155 | 10.5W | 17130 | 2850 | 2856 | 2856 | 2856 | 2856 | 2856 |
| 8430-01-514-5157 | 11R | 17664 | 2946 | 2946 | 2946 | 2946 | 2940 | 2940 |
| 8430-01-514-5158 | 11W | 11052 | 1842 | 1842 | 1842 | 1842 | 1842 | 1842 |
| 8430-01-514-5162 | 11.5R | 8250 | 1374 | 1374 | 1374 | 1374 | 1374 | 1380 |
| 8430-01-514-5164 | 11.5W | 11502 | 1920 | 1920 | 1920 | 1914 | 1914 | 1914 |
| 8430-01-514-5168 | 12R | 7344 | 1224 | 1224 | 1224 | 1224 | 1224 | 1224 |
| 8430-01-514-5171 | 12W | 4416 | 732 | 732 | 738 | 738 | 738 | 738 |
| 8430-01-514-5172 | 12.5N | 168 | 30 | 30 | 30 | 30 | 24 | 24 |
| 8430-01-514-5173 | 12.5R | 1434 | 234 | 240 | 240 | 240 | 240 | 240 |
| 8430-01-514-5174 | 12.5W | 978 | 168 | 162 | 162 | 162 | 162 | 162 |
| 8430-01-514-5175 | 13N | 126 | 24 | 24 | 24 | 24 | 24 | 6 |
| 8430-01-514-5177 | 13R | 4644 | 774 | 774 | 774 | 774 | 774 | 774 |
| 8430-01-514-5180 | 13W | 1104 | 180 | 180 | 186 | 186 | 186 | 186 |
| | | **354006** | **59022** | **58998** | **59010** | **59004** | **58992** | **58980** |

THIS DELIVERY SCHEDULE REPRESENTS THE TOTAL INITIAL REQUIREMENT FOR THIS BOOT. THIS TOTAL WILL BE DIVIDED AMONG THE AWARDEES. THE DELIVERY SCHEDULE SHOWN ABOVE REPRESENTS THE QUANTITIES TO BE ORDERED AT TIME OF AWARD. THE GOVERNMENT RESERVES THE RIGHT TO CHANGE QUANTITIES ORDERED PER SIZE.

**BOOTS, HOT WEATHER, BLACK DELIVERY SCHEDULE**

| NSN | SIZE | DEL_TOT | 90 DAYS | 120 DAYS | 150 DAYS | 180 DAYS | 210 DAYS | 240 DAYS |
|---|---|---|---|---|---|---|---|---|
| 8430-01-515-1477 | 8.5R | 204 | 36 | 36 | 36 | 36 | 30 | 30 |
| 8430-01-515-1483 | 9R | 570 | 90 | 96 | 96 | 96 | 96 | 96 |
| 8430-01-515-1492 | 9.5R | 522 | 90 | 90 | 90 | 84 | 84 | 84 |
| 8430-01-515-1495 | 10R | 102 | 12 | 18 | 18 | 18 | 18 | 18 |
| 8430-01-515-1497 | 9.5W | 174 | 30 | 30 | 30 | 30 | 30 | 24 |
| 8430-01-515-1510 | 10.5R | 504 | 84 | 84 | 84 | 84 | 84 | 84 |
| 8430-01-515-1515 | 11R | 516 | 84 | 84 | 84 | 84 | 90 | 90 |
| 8430-01-515-1823 | 12R | 246 | 42 | 42 | 42 | 42 | 42 | 36 |
| | | **2838** | **468** | **480** | **480** | **474** | **474** | **462** |

**THIS DELIVERY SCHEDULE REPRESENTS THE TOTAL INITIAL REQUIREMENT FOR THIS BOOT. THE DELIVERY SCHEDULE SHOWN ABOVE REPRESENTS THE ESTIMATED QUANTITIES TO BE ORDERED AT TIME OF AWARD FROM THE AWARDEE OF LINE ITEM 0001. THE GOVERNMENT RESERVES THE RIGHT TO CHANGE QUANTITIES ORDERED PER SIZE AND PER ITEM FOR LINE ITEM 0001.**

**52.212-1 INSTRUCTIONS TO OFFERORS – COMMERCIAL ITEMS (JAN 2005)**

***This clause is now incorporated by reference. The full text can be accessed electronically at <u>www.dla.mil/j-3/j-336/icps.htm</u>. Once you arrive at this website, click on the Hill AFB FAR link, then click on 52.000 (located on the left-hand side of the page). Scroll down until you reach 52.212-1.***

**ADDENDUM TO 52.212-1**

**1. Addenda to 52.212-1(b) *<u>Submission of offers</u>*.**
See Addendum to Standard Form 1449 for any specific instructions on how to submit your offer if mailed, hand carried or faxed (when authorized).

[X] Faxed offers are NOT authorized for this solicitation.
[ ] Faxed offers are authorized for this solicitation.

Facsimile offers that fail to furnish required representations, or information, or that reject any of the terms, conditions and provisions of the solicitations, may be excluded from consideration. Facsimile offers must contain the required signatures. The Government reserves the right to make award solely on the facsimile offer. However, if requested to do so by the Contracting Officer, the apparently successful offeror agrees to promptly submit the complete original signed proposal. The Government will not be responsible for any failure attributable to the transmission or receipt of the facsimile offer.

**2. Addenda to 52.212-1(c) *<u>Period for acceptance of offers</u>*.**
[X] Period of acceptance is __180__ days.

**3. Addenda to 52.212-1(e) *<u>Multiple offers</u>*.**
[X] Alternate offers of commercial items will not be considered for award. Although such offers will not be considered for award, alternate offers of commercial items may, however, be submitted by offerors for consideration by the Government for market research purposes on future acquisitions.

**4. Addenda to 52.212-1(g) Contract Award,** add the following notice at the end of the paragraph.

<u>REFERENCE TO UCF IN COMMERCIAL ACQUISITIONS</u>

Acquisitions for commercial items under FAR Part 12 procedures do not follow the Uniform Contract Format (UCF). Therefore, whenever a clause in this solicitation references a UCF section, it will be construed to mean the following:

| | |
|---|---|
| Sections B, C | The schedule |
| Sections F, G, I, L | FAR clauses 52.212-1 or –4 |
| Section K | FAR clause 52.212-3 |
| Section M | FAR clause 52.212-2 |

**ADDENDUM TO 52.212-1 (continued)**

**5. Addenda to 52.212-1 (h) *Multiple awards*.**
[ ] The Government intends to make one award.
[ ] Offers may be submitted for quantities less than those specified.

**6. Addenda to 52.212-1(j) *Data Universal Numbering System (DUNS) Number.***

The requirement to provide a DUNS number with the offer applies at all dollar values if the offeror is required to register in the Central Contractor Registration (CCR) Database in accordance with DFARS clause 252.204-7004.

**7. Solicitation Provisions Incorporated by Reference :**

**This solicitation incorporates one or more provisions by reference with the same force and effect as if they were given in full text. The full text of any FAR, DFARS, DLAD and DSCP solicitation provision may be accessed electronically at www.dla.mil/j-3/j-336/icps.htm or obtained from the contracting officer.**

**8. The following provisions are incorporated by reference:**

| PROVISION NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| 252.209-7001 | Disclosure of Ownership or Control by the Government of a Terrorist Country | SEP 2004 | DFARS |
| 52.233-9000 | Agency Protests | SEP 1999 | DLAD |

**9. When checked, the following provisions are incorporated by reference:**

| PROVISION NUMBER | TITLE | DATE | SOURCE |
|---|---|---|---|
| [X] 52.216-27 | Single or Multiple Awards<br>Note: The Government intends to make __5__ awards. | OCT 1995 | FAR |
| [ ] 52.219-9001 | Set-Asides of Acquisitions of Items Listed in the Schedule of Products Made in Federal Penal and Correctional Institutions | JUN 2002 | DLAD |

**ADDENDUM TO 52.212-1 (continued)**

**10. <u>The following additional provisions are incorporated in full text:</u>**

**52.233-9001 DISPUTES: AGREEMENT TO USE ALTERNATIVE DISPUTE RESOLUTION (JUN 2001) - DLAD**

(a) The parties agree to negotiate with each other to try to resolve any disputes that may arise. If unassisted negotiations are unsuccessful, the parties will use alternative dispute resolution (ADR) techniques to try to resolve the dispute. Litigation will only be considered as a last resort when ADR ia unsuccessful or has been documented by the party rejecting ADR to be inappropriate for resolving the dispute.

(b) Before either party determines ADR inappropriate, that party must discuss the use of ADR with the other party. The documentation rejecting ADR must be signed by an official authorized to bind the contractor (see FAR 52.233-1, or, for the agency, by the contracting officer, and approved at a level above the contracting officer after consultation with the ADR Specialist and with legal counsel (see DLA Directive 5145.1). Contractor personnel are also encouraged to include the ADR Specialist in their discussions with the contracting officer before determining ADR to be inappropriate.

(c) If you wish to opt out of this clause, check here ☐. Alternate wording may be negotiated with the contracting officer.

**ADDENDUM TO 52.212-1 (continued)**

**11. Special Instructions for the Submission of Source Selection Proposal Information:**

(a) Proposal Organization

(1) Your proposal shall be prepared in two separate volumes and provided in the quantities shown below. Proposals which do not provide the required information in the prescribed format may be excluded from further consideration.

| Volume | Volume Title | No of Copies | Suggested Page Limit |
|---|---|---|---|
| I | Technical | 2 | NONE |
| II | Business | 0 (Not Required With Initial Offer.) | NONE |

**(2) During proposal evaluation, each volume will be reviewed separately. All cost/price information, if required, must be in Volume II. No reference to cost/price shall be included in the technical proposal. Each volume shall be separately bound (stapled is acceptable) to facilitate evaluation.**

(b) Volume I, Technical Proposal (see Attachment I to this Addendum)

(1) The technical proposal must demonstrate the offeror's ability to meet the Government's requirements as set forth in this solicitation. Failure to provide the information requested by any of the technical evaluation factors identified in Attachment I may be considered a "no response" and a rating of "unsatisfactory" given to the applicable factor, sub-factor, element or sub-element.

(2) Proposals that are unrealistic in terms of technical or schedule commitments, or unrealistically low in price, will be considered indicative of a lack of understanding of the solicitation requirements.

(3) You are required to prepare and submit your proposal aligned with the technical evaluation factors specified in FAR 52.212-2 of this solicitation to facilitate government review and evaluation of proposals. Technical proposals shall therefore be presented in accordance with this Addendum and Attachment I. Continuation sheets shall clearly identify the solicitation number and your firm's name on each page.

(4) To be considered acceptable, the offeror's technical proposal must provide, as a minimum, the information requested in this Addendum.

**Offeror submission of a Business Proposal (Volume II) is not required with initial offer.**

**ADDENDUM TO 52.212-1 (continued)**

## ATTACHMENT 1 – TECHNICAL PROPOSAL EVALUATION FACTORS (To be addressed in Volume I of the offeror's proposal in accordance with Special Instructions for the Submission of Source Selection Proposal Information on Addendum to provision 52.212-1, *Instructions to Offerors – Commercial Items*)

### (1) PRODUCT DEMONSTRATION MODEL(S) (First Evaluation Factor)

52.215-9P14 INSTRUCTIONS FOR SUBMITING PRODUCT DEMONSTRATION MODELS (PDM) (DEC 2000) DSCP

(a) The offeror shall submit Product Demonstration Models (PDM), as specified below, as part of its proposal. Models will be submitted at no expense to the Government and must be received prior to the time and date set forth for closing of offers. If not destroyed by testing or retained by the Government as a manufacturing standard, models will be returned at the offeror's request and expense, unless otherwise specified by the solicitation. PDMs will become Government property unless return is requested within 30 days after date of award.

| Item Number | No. of Units Required | Size (if applicable) |
|---|---|---|
| ACB HW | Six (6) Pr if Welt/Stitchdown | 10R |
| | Seven (7) Pr if DMS | 10R |
| Boot HW Blk* | Five (5) Pr if Welt/Stitchdown | 10R |
| | Six (6) Pr if DMS | 10R |

***Offerors of Line Item 0001 ONLY**

(b) Models will be tested or evaluated to determine compliance with all characteristics specified for such test or evaluation in provision 52.212-2 of this solicitation. Failure of models to conform to all such characteristics may require rejection of the offer. Failure to furnish models by the time and date specified in the solicitation may be cause for rejection if not otherwise acceptable under the provisions for considering late offers.

[ ] 52.215-9P14 INSTRUCTIONS FOR SUBMITING PRODUCT DEMONSTRATION MODELS (PDM) (DEC 2000) ALTERNATE I (DEC 2000) DSCP
Add the following paragraph (c) to 52.215-9P14:

(c) For the successful offeror(s), the Government will return one approved Product Demonstration Model (PDM) which will serve as a manufacturing standard. Products delivered under any resulting contract shall conform to the approved model as to the characteristics listed for test or evaluation and shall conform to the specification/commercial product description characteristics.

[X] 52.215-9P14 INSTRUCTIONS FOR SUBMITTING PRODUCT DEMONSTRATION MODELS (PDM) (DEC 2000) ALTERNATE II (DEC 2000) DSCP
Add the following paragraph (c) to 52.215-9P14:

(c) It is preferred that the materials used to manufacture the PDM(s) be in accordance with the specifications. (See Section C of this solicitation.) If the offeror uses alternate materials, however, a letter must be supplied with the PDM(s) stating (i) which materials depart from the end item specification and (ii) that, although the materials used in producing the PDM(s) differ from those specified, the materials required by the specification will be utilized under any resultant contract.

**ADDENDUM TO 52.212-1 (continued)**

## ATTACHMENT 1 – TECHNICAL PROPOSAL EVALUATION FACTORS (continued)

*NOTE: Generally, the use of alternate materials will not affect the rating of the PDM, either favorably or negatively. Accordingly, to preclude a negative assessment of a PDM that is comprised of materials that are not in accordance with the specification(s), it is in the offeror's best interest to identify any and all alternate materials that have been used.*

---

[X] NOTE: PDM(s) MAY ONLY BE FURNISHED WITH THE OFFEROR'S PROPOSAL AT THE TIME AND DATE OF THE INITIAL CLOSING OF THE SOLICITATION. SUBSEQUENT SUBMISSIONS WILL NOT BE PERMITTED, EVEN IF DEFICIENCIES EXIST IN THE PDM(s) SUBMITTED; THEREFORE, THE OFFEROR MUST FURNISH ITS BEST EFFORT AT THIS TIME. CORRECTIONS OF THE PDM WILL NOT BE ACCEPTED BY THE GOVERNMENT.

[X] NOTE: THE OFFEROR IS *NOT* PERMITTED TO UTILIZE ALTERNATE MANUFACTURING OPERATIONS OR CHANGE THE CONSTRUCTION/DESIGN OF THE PDM. THE PDM MUST BE MANUFACTURED (i) AT THE SAME FACILITY AS THE PRODUCTION QUANTITY AND (ii) MUST BE IN ACCORDANCE WITH APPLICABLE SPECIFICATIONS, INCLUDING THE PLACEMENT OF THE LABELS, UNLESS OTHERWISE IDENTIFIED. LABELS, HOWEVER, NEED NOT BE PRINTED FOR THE PURPOSE OF THE PDM BUT THERE MUST BE AN INDICATION AS TO THE SIZE OF THE PDM, WHEN APPLICABLE.

**ADDENDUM TO 52.212-1 (continued)**

## ATTACHMENT 1 – TECHNICAL PROPOSAL EVALUATION FACTORS (continued)

(2) **PAST PERFORMANCE / EXPERIENCE** (Second Evaluation Factor)

(a) **Experience** (First Evaluation Subfactor)

The offeror shall describe the extent of experience producing the same or similar item(s) for a commercial or Government entity within two years preceding the solicitation closing date. For each contract, the offeror shall provide:

(1) The contract/order number.
(2) Date of the contract/order.
(3) The commercial or Government entity point of contact (name, address and telephone number).
(4) Average dollar amount of the contract per annum.
(5) Total contract/order quantity.
(6) Quantity shipped per month.
(7) Period of performance.
(8) Brief description of the item(s), including the National Stock Number (NSN) and specification number, if applicable.

(b) **Quality of Items / Delivery Performance** (Second Evaluation Subfactor)

For each contract identified in response to paragraph (a) above, the offeror shall:

(1) describe the quality of items delivered. For substandard quality, the offeror shall specifically address any warranty actions taken, quality deficiency reports issued, or returned merchandise (including one-for-one exchanges). The description of the problem shall also include an explanation for its occurrence, a clear plan or evidence of measures taken to preclude a recurrence and whether or not it was the offeror's fault or subject to mitigating circumstances and

(2) specifically indicate whether the items were delivered on time, ahead of or behind schedule. If the items were not delivered on time, the offeror shall also provide the number of days delivered ahead of or behind schedule, whether revised delivery schedules were granted and an explanation for any delivery extensions. For delinquent delivery, the description shall also include an explanation for its occurrence, a clear plan or evidence of measures taken to preclude a recurrence and whether or not the problem was the offeror's fault, otherwise excusable or subject to mitigating circumstances.

(c) **Compliance with Contractual Socioeconomic Subcontracting Goals** (Third Evaluation Subfactor) **(LINE ITEMS 0001, 0002, 0006, 0007 & 0008)**

The offeror shall provide a description of its subcontracting with Small Business (SB) Concerns, Small Disadvantaged Business (SDB) Concerns, Women-Owned Small Business (WOSB) Concerns, Historically Black Colleges and Universities (HBCU) and Minority Institutions (MI), HUBZone Small Business (HUBZone SB) Concerns, Veteran-Owned Small Business Concerns, Service-Disabled Veteran-Owned Small Business Concerns, and Javits-Wagner-O'Day Act (JWOD) entities. (Reference DLAD provision 52.215-9003, *Socioeconomic Evaluation*; 52.215-9005 and *Javits-Wagner-O'Day Act Entity Support Evaluation,* as contained in a contract in effect during the period two years prior to this solicitation's closing date.) The offeror may submit Standard Form (SF) 294, Subcontracting Report for Individual Contracts; SF 295, Summary Subcontract Report; and/or a similar report with narrative comparing planned performance with actual performance by business category.

**ADDENDUM TO 52.212-1 (continued)**

## ATTACHMENT 1 – TECHNICAL PROPOSAL EVALUATION FACTORS (continued)

**(3) SURGE AND SUSTAINMENT CAPABILITY** (Third Evaluation Factor)

(a) Surge and Sustainment Capability is defined as the ability to augment the peacetime production rate with additional monthly quantities. For this acquisition, the offeror shall demonstrate in a surge and sustainment production plan that it can increase the required production quantity per month by at least 25% starting with the first delivery, or 90 days after notification if the surge is invoked less than 90 days before the first delivery, or any time after the first delivery. Offeror may offer to increase monthly production of the surge by a higher percentage than indicated above, and/or to provide it sooner than 90 days after notification; however, offeror must clearly demonstrate the ability to do so in their proposal. Offeror shall clearly demonstrate that it can schedule production to accommodate and sustain the surge quantity in addition to the peacetime production quantity, and that it has (or can obtain) sufficient equipment, facilities, materials, and personnel to accommodate and sustain both surge and peacetime production quantities. Offeror shall include any in-house work that might impact the production of any added or accelerated quantities. Offeror shall describe management's role in implementing any scheduling revisions and include procedures for monitoring the changed production.

Offeror shall include in their technical proposal the percentage of production of the surge quantity to be available in D1 through D6 where D1= within 30 days of notification, D2 = within 60 days of notification, D3 = within 90 days of notification, etc.

(b) Reference is made to clause 252.217-7001, Surge Option, contained in this solicitation. It is the Government's intention to incorporate the surge quantity (as presented in paragraph (a) above) into the surge option clause 252.217-7001 which will be expressed in terms of a percentage of monthly production under paragraph (a)(1) of clause 252.217-7001.

**(4) SOCIOECONOMIC SUPPORT** (Fourth Evaluation Factor)**(LINE ITEMS 0001, 0002, 0006, 0007 & 0008)**

52.215-9002 SOCIOECONOMIC PROPOSAL (MAR 1996) - DLAD

In addition to any subcontracting plan required by the clause 52.219-9:

(i) Provide a description of the efforts your company will make to assure that small, small disadvantaged, and women-owned small business concerns will have equal opportunity to compete for subcontracts under any resulting contract. Describe your current and planned proposed range of services, supplies, and any other support that will be provided to you by small, small disadvantaged, and women-owned small business concerns. Include specific names of subcontractors to the extent they are known.

**ADDENDUM TO 52.212-1 (continued)**

## ATTACHMENT 1 – TECHNICAL PROPOSAL EVALUATION FACTORS (continued)

(ii) Describe any future plans your company has for developing additional subcontracting opportunities for small, small disadvantaged and women-owned small business concerns during the contract period.

(iii) Specify what proportion of your proposal, as a percentage of dollars, will be subcontracted to small, small disadvantaged and women-owned small businesses.

(iv) Specify what type of performance data you will accumulate and provide to the Contracting Officer regarding your support of small, small disadvantaged and women-owned small businesses during the period of contract performance. Provide the name and title of the individual principally responsible for ensuring company support to such firms.

---

In accordance with DLAD provision 52.215-9002, Socioeconomic Proposal (above), both large and small business offerors shall indicate what portions of their proposal will be subcontracted to Small Business (SB), Small Disadvantaged Business (SDB) and Women-Owned Small Business (WOSB) concerns. An offeror's failure to address this factor may result in rejection of its offer.

The offeror shall describe the proposed extent of socioeconomic participation in the performance of the contract at the contractor/subcontractor/product supplier levels. A sample format, based on an estimated requirement of $10 million, follows:

***NOTE: DO NOT INCLUDE, IN YOUR TECHNICAL PROPOSAL, THE TOTAL DOLLAR VALUE OF YOUR OFFER NOR THE DOLLAR FIGURES LISTED IN THE LAST COLUMN OF THE SAMPLE. THEY APPEAR IN THE SAMPLE FOR ILLUSTRATIVE PURPOSES ONLY.***

| | Percent | ~~Dollars~~ |
|---|---|---|
| ~~Total Dollar Value of Offer~~ | | ~~10M~~ |
| Total to be Subcontracted(1) | 100% | ~~6M~~ |
| a. To Large Business (LB) Concerns(2) | 50% | ~~3M~~ |
| b. To SBs(3) | 50% | ~~3M~~ |
| (i) To SDBs(4) | 25% | ~~1.5M~~ |
| (ii) To Non-SDBs(5) | 25% | ~~1.5M~~ |
| (iii) To WOSBs(6) | 8.33% | ~~.5M~~ |

**ADDENDUM TO 52.212-1 (continued)**

**ATTACHMENT 1 – TECHNICAL PROPOSAL EVALUATION FACTORS (continued)**

(1) Cite the total portion of your offer that will be subcontracted.
(2) Cite the portion to be subcontracted to LBs.
(3) Cite the portion to be subcontracted to SBs.
(4) Cite the portion to be subcontracted to SDBs.
(5) Cite the portion to be subcontracted to Non-SDBs.
(6) Cite the portion to be subcontracted to WOSBs. ***(Note: As the example indicates, This category will overlap either one or both of the preceding small business concern categories,* that is, SDBs and/or non-SDBs.)**

***For those acquisitions involving options, socioeconomic goals must be separately identified for the base year and each option year.***

***If the offeror, itself, is a SB, SDB or WOSB concern, the offeror may receive credit towards its socioeconomic program support for that portion of the work it will perform under the proposed contract the same as if this work was actually subcontracted to a SB concern. To receive this credit, the offeror must clearly identify its own performance in an addendum to the above sample format.***

**(5) JAVITS-WAGNER-O'DAY ACT ENTITY PROPOSAL** (Fifth Evaluation Factor)**(LINE ITEMS 0001, 0002, 0006, 0007 & 0008)**

52.215-9004 JAVITS-WAGNER-O'DAY ACT ENTITY PROPOSAL (DEC 1997) - DLAD

(a) Provide a description of the efforts your company will make to assure that Javits-Wagner-O'Day Act (JWOD) qualified nonprofit agencies for the blind or other severely disabled will have equal opportunity to compete for subcontracts under any resulting contract. Describe your current and proposed range of services, supplies, and any other support that will be provided to you by JWOD concerns. Include specific names of such subcontractors, to the extent they are known.

(b) Describe any future plans your company has for developing additional subcontracting possibilities for JWOD entities, or ways in which these entities could be partnered with other businesses and agencies in opportunities to diversify revenue production, during the contract period.

(c) Specify what proportion of your proposal, as a percentage of dollars, will be subcontracted to JWOD entities.

**ADDENDUM TO 52.212-1 (continued)**

## ATTACHMENT 1 – TECHNICAL PROPOSAL EVALUATION FACTORS (continued)

(d) You shall be required to submit periodic progress reports (no less frequently than annually) to the contracting officer regarding your subcontracting efforts relative to JWOD entities. Specify what type of performance data you will accumulate and provide to the contracting officer regarding your support of JWOD entities during the period of contract performance. Provide the name and title of the individual principally responsible for ensuring company support to such entities (generally, this is the individual responsible for subcontracting with small, small disadvantaged, and women-owned small businesses).

**52.212-2 EVALUATION--COMMERCIAL ITEMS (JAN 1999) TAILORED**

(a) The Government will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following non-cost/price factors, in descending order of importance, shall be used to evaluate offers:

(1) Product Demonstration Model(s)
--Subfactors*:
(a) Manufacturing Operations
(b) Visual Requirements
(c) Dimensional Requirements
(d) Testing Requirements
(*NOTE: The Product Demonstration Model subfactors above are of equal importance.)
(2) Past Performance / Experience
--Subfactors*:
(a) Experience
(b) Quality of Items / Delivery Performance
(c) Compliance with Contractual Socioeconomic Subcontracting Goals (LINE ITEMS 0001, 0002, 0006, 0007 & 0008)
(*NOTE: The Past Performance / Experience subfactors above are also listed in descending order of importance with the exception of the first two, "(a) Experience" and "(b) Quality of Items / Delivery Performance", which are of equal importance. In other words, the first two subfactors are equally important and more important than the last subfactor.)
(3) Surge and Sustainment Capability
(4) Socioeconomic Support (LINE ITEMS 0001, 0002, 0006, 0007 & 0008)
(5) Javits-Wagner-O'Day (JWOD) Entity Support (LINE ITEMS 0001, 0002, 0006, 0007 & 0008)

**The Non-Cost/Price Evaluation Factors listed above will be evaluated and rated in accordance with the criteria listed on the pages which immediately follow.**

Technical and past performance, when combined are:
[X] Significantly more important than cost or price. As technical and past performance factors become more equal, the evaluated cost or price becomes more important.
[ ] Approximately equal to cost or price
[ ] Significantly less important than cost or price. As the evaluated cost/price becomes more equal, relative importance of technical and performance evaluation factors becomes more significant.

(b) *Options.* The Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. The Government may determine that an offer is unacceptable if the option prices are significantly unbalanced. Evaluation of options will not obligate the Government to exercise the options.

(c) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the

**ADDENDUM TO 52.212-2**

Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

**(1) Evaluation of Product Demonstration Model(s) (PDMs)**

The characteristics that will be tested or evaluated are conformance to:

(a) the manufacturing operations,
(b) visual requirements, and
(c) dimensional requirements

of the specification/commercial item description.

(d) testing requirements

Army Combat Boot HW

| TESTS | TEST METHOD |
|---|---|
| WEIGHT DETERMINATION | STD. METHOD & PARA. 3.5.2 |
| BOND STRENGTH | ASTM D-816 & PARA. 4.5.1 |
| TOE ADHESION (DMS) | SATRA STD & PARA. 4.5.2 |

Boot, Hot Weather, Black

| TESTS | TEST METHOD |
|---|---|
| WEIGHT DETERMINATION | STD. METHOD & PARA. 3.5.3 |
| BOND STRENGTH | ASTM D-816 & PARA. 4.5.1 |
| TOE ADHESION (DMS) | SATRA STD & PARA. 4.5.2 |

**Note Well:**

(1) An "UNACCEPTABLE" rating in Subfactor 1 OR Subfactor 2 will be cause for an Overall Unacceptable rating of the PDM.

(2) The offeror shall produce both the PDM and the production quantity at the same facility and certify to this effect by submission of the PDM.

(3) Approval of the PDM as part of this technical proposal does not relieve the potential awardee from the requirements of the RFP.

(4) Manufacturing operations for the placement of labels must be completed to indicate compliance with the specification/commercial item description. The labels need not be printed for the purpose of the PDM; however, the end item size must be indicated.

**(2) Evaluation of Past Performance / Offeror Experience**

For the period two years prior to the solicitation closing date, the Government will assess offeror-submitted past performance information, as well as relevant information from any other sources, for use as an indicator to successful contract performance. Specific subfactors to be evaluated are as follows:

(a) Experience
(b) Quality of Items / Delivery Performance.
(c) Compliance with Contractual Socioeconomic Subcontracting Goals (LINE ITEMS 0001, 0002, 0006, 0007 & 0008)

**ADDENDUM TO 52.212-2**

The currency and relevance of the information, source of the information, context of the data, volume of business and general trends in performance will be considered. Offerors may be given an opportunity to address especially unfavorable reports of past performance and the offeror's response or lack thereof will be taken into consideration.

**(3) Evaluation of Surge and Sustainment Capability**

The Government will evaluate the offeror's ability to augment the peacetime production rate of its own or subcontracted manufacturing facilities with additional quantities for certain mobilization items. The Government will evaluate manufacturing plans to be submitted for the items identified in the solicitation.

**(4) Evaluation of Socioeconomic Support (LINE ITEMS 0001, 0002, 0006-0008)**

52.215-9003 SOCIOECONOMIC EVALUATION (OCT 1996) - DLAD

The Socioeconomic Proposal provided by the offeror under 52.215-9002 will be evaluated on a comparative basis among all offerors. An offeror that proposes a higher percentage, complexity level, and variety of participation by small, small disadvantaged and women-owned small businesses combined, generally will receive a higher rating on this factor. An offeror's efforts to develop additional opportunities for small, small disadvantaged and women-owned small businesses will also be comparatively evaluated with the proposals of other offerors. Offerors' proposals for socioeconomic support will be made a part of any resulting contract for use in determining how well the contractor has adhered to its socioeconomic plan. This plan will be monitored by the cognizant Defense Contract Management Agency's small business office as a means of assisting the contracting officer in determining how well the contractor has in fact performed. This determination will then be used as a consideration prior to option exercise and future source selection decisions. Performance on prior contracts in subcontracting with and assisting small, small disadvantaged, and women-owned small businesses will be part of past performance evaluation.

**(5) Evaluation of Javits-Wagner-O'Day (JWOD) Act Entity Support (LINE ITEMS 0001, 0002, 0006-0008)**

52.215-9005 JAVITS-WAGNER-O'DAY ACT ENTITY SUPPORT EVALUATION (DEC 1997) - DLAD

The Javits-Wagner-O'Day Act (JWOD) Entity Proposal provided by the offeror under 52.215-9004 will be evaluated on a comparative basis among all offerors. An offeror that proposes or demonstrates a higher percentage, complexity level, and variety of participation by JWOD qualified nonprofit agencies for the blind or other severely disabled as subcontractors beyond those items for which JWOD entities are the mandatory source generally will receive a higher rating on this factor during the source selection process. Offerors' proposals for such support will be made a part of any resulting contract for use in determining how well the contractor has adhered to its plan. This plan will be monitored by the cognizant Defense Contract Management Agency activity as a means of assisting the contracting officer in determining how well the

**ADDENDUM TO 52.212-2**

contractor has in fact performed. This determination will be one factor used in the placement of orders against multiple-award contracts and/or the exercise of options in the contract's follow-on years (as applicable). Performance on prior contracts in subcontracting with and assisting JWOD entities will be used as an element of past performance evaluation in subsequent source selection decisions.

## ADJECTIVE RATING SYMBOLOGY

- **Exceptional.**
  - PDM: The PDM meets the stated requirements of the acquisition documentation (i.e., specification, commercial item description, purchase description, etc.,) and has no deficiencies.
  - Past Performance: The offeror's record of past performance (experience, quality of items / delivery performance, and, if an unrestricted acquisition, compliance with contractual socioeconomic subcontracting / mentoring goals) demonstrates that the offeror meets contractual requirements and exceeds many requirements to the Government's benefit. Contractual performance is accomplished with few minor problems for which corrective actions taken by the offeror were highly effective. The offeror has extensive experience with items/services of the similar kind and complexity as the solicited items/services. Experience is on commercial or government contracts.
  - Surge and Sustainment Capability: Firm demonstrates ability to react superbly to surge requirements and escalate tempo of service to ensure the Government's ability to meet any type of emergency that necessitates immediate deployment. Offeror provides details of how a firm would gear up service in such a situation, including liaison to work closely with DSCP personnel in such a situation. Almost no risk of disruption of service in such a time exists. Offeror's surge and sustainment production plan demonstrates that they have or can obtain the facilities, equipment, materials, and personnel to produce and sustain the surge quantity. The offeror has provided a plan that demonstrates a substantial effort exceeding the Government's monthly requirements to augment its peacetime production rate.

An overall rating of this magnitude indicates a comprehensive understanding of the technical requirements and an ability to provide an acceptable quality product/service with the highest probability of successful contract performance.

- **Very Good.**
  - PDM: The PDM meets the stated requirements of the acquisition documentation (i.e., specification, commercial item description, purchase description, etc.,), but contains a deficiency or deficiencies that are not significant and are very easily correctable during production."
  - Past Performance: Past performance meets contractual requirements and exceeds some to the Government's benefit. Contractual performance is accomplished with some minor problems for which corrective actions taken by the offeror were effective. The offeror's experience is with items/services of the similar kind and complexity as the solicited items/services and is on commercial or government contracts.
  - Surge and Sustainment Capability: Firm demonstrates a substantial ability to react in a timely manner to surge requirements and to escalate the tempo of service to ensure the Government's ability to meet emergencies that require immediate deployment. Offeror provides details of how a firm would gear up service in such a situation, including liaison to work closely with DSCP personnel in such a situation. There is low risk of disruption of service based on the offer submitted. Offeror's surge and sustainment production plan demonstrates that they have or can obtain the facilities, equipment, materials, and personnel to produce and sustain the surge quantity. The offeror's plan demonstrates a more than adequate effort to augment its peacetime production.

An overall rating of this magnitude indicates an understanding of the technical requirements and an ability to provide an acceptable quality product/service with a very good probability of successful contract performance.

- **Satisfactory.**
  - PDM: The PDM meets the stated requirements of the acquisition documentation (i.e., specification, commercial item description, purchase description, etc.,), but contains a deficiency or deficiencies that require preventative corrective action in production.
  - Past Performance: Past performance meets contractual requirements. Contractual performance includes some minor problems for which corrective actions taken by the offeror appear or were satisfactory.

**ADDENDUM TO 52.212-2**

## ADJECTIVE RATING SYMBOLOGY (continued)

- Surge and Sustainment Capability: Firm demonstrates significant ability to react to surge requirements and to escalate the tempo of service to ensure the Government's ability to meet the requirements of any type of emergency that necessitates immediate deployment. Firm clearly states a plan to minimize the risk of any disruption of service in the event of such time. The offeror's surge and sustainment production plan demonstrates that they can produce the surge quantity within 90 days after notification, and have or can obtain the facilities, equipment, materials, and personnel to produce and sustain the surge quantity.

An overall rating of this magnitude indicates an understanding of the technical requirements and an ability to provide an acceptable quality product/service with a reasonable probability of successful contract performance.

- **Marginal.**
  - PDM: The PDM does not meet all the stated requirements of the acquisition documentation (i.e., specification, commercial item description, purchase description, etc.,), but has the potential to become acceptable through significant corrective action. The PDM exhibits a significant deficiency or deficiencies that indicate that the offeror did not completely understand the technical requirements and an inability to produce an acceptable item.
  - Past Performance: Past performance does not meet some contractual requirements. Contractual performance contains serious problem(s) for which the offeror's corrective actions appear only marginally effective or were not fully implemented.
  - Surge and Sustainment Capability: Firm demonstrates moderate ability to react to surge requirements and to escalate the tempo of service to ensure the Government's ability to meet the requirements of any type of emergency that necessitates immediate deployment. Firm states a plan that limits the risks of any disruption of service in the event of such time to a substantial degree.

An overall rating of this magnitude indicates a marginal quality product/service and a questionable probability of successful contract performance.

- **Unsatisfactory.**
  - PDM: The PDM substantially fails to meet many significant design related and/or other requirements. of the acquisition documentation (i.e., specification, commercial item description, purchase description, etc.,), and is indicative of a lack of understanding the technical requirements. The PDM exhibits a very significant deficiency or deficiencies determined by the evaluation team to render the PDM completely unacceptable for its intended function. The PDM cannot become acceptable without extensive preventative correction action or remedy that would be tantamount to a new PDM.
  - Past Performance: Past performance does not meet most contractual requirements and recovery did not occur in a timely manner. Contractual performance contains serious problem(s) and corrective actions appear or were ineffective.
  - Surge and Sustainment Capability: Firm demonstrates no or virtually no ability to react to surge requirements and to escalate the tempo of service to ensure the Government's ability to meet the requirements of any type of emergency that necessitates immediate deployment.

An overall rating of this magnitude indicates a product/service of unacceptable quality with a low probability or no probability of successful contract performance.

**In the case of an offeror without a record of relevant past performance or for whom information on past performance is not available, the offeror may not be evaluated favorably or unfavorably on past performance.**

**ADDENDUM TO 52.212-2**

## ADJECTIVE RATING SYMBOLOGY (continued)

**NOTE:** No adjective ratings exist for Socioeconomic Support, and Javits-Wagner-O'Day Entity factors. Proposals received in response to each of these solicitation evaluation factors shall be ranked on a comparative basis; that is, proposals that demonstrate a strong commitment to the applicable program shall be rated more favorably than those that demonstrate little or no commitment. Those proposals demonstrating no commitment or not responding to the applicable solicitation evaluation factor shall be ranked last and identified as **"No Submission"** for that factor. An overall comparative assessment will then be made taking into account all technical evaluation factors and price to determine the source that represents the best value to the Government.

**ADDENDUM TO 52.212-2 (continued)**

## Additional Source Selection Evaluation Procedures:

(a) Overview

Subsequent to the date specified in the solicitation for receipt of proposals, all timely proposals will undergo a technical and a business evaluation as described in paragraph (b) below. The contracting officer will make a competitive range determination based on these evaluations and submit it to the Source Selection Authority (SSA) for approval. Unless award is made on the basis of initial proposals, written and/or oral discussions will be conducted with all offerors in the competitive range. Final proposal revisions resulting from discussions will undergo further technical and business evaluations. Finally, a proposal will be selected for award by the SSA, as described in Para (c), below.

(b) Evaluation Process

(1) Technical Evaluation

Offerors are required to submit technical proposals and/or Product Demonstration Models as prescribed in the Special Instructions for the Submission of Source Selection Proposal Information in the Addendum to FAR provision 52.212-1 of this solicitation. Each technical proposal and/or model will be evaluated against the technical factors specified in FAR provision 52.212-2. Proposals so technically deficient as to make them technically unacceptable will be rejected as unacceptable, regardless of the cost or price offered. No discussions will be held with rejected offerors, nor will any rejected offeror be given an opportunity to revise his offer to correct those deficiencies in order to become satisfactory after date and time set for receipt of initial offers.

(2) Business Evaluation

Each proposal will be evaluated against the requirements of the solicitation. The Government will evaluate cost or pricing data or limited pricing information, if requested, with initial proposals or during discussions, in accordance with FAR Subpart 15.4. The Government will evaluate the successful offeror's proposals to determine cost/price realism. Cost/price realism relates to an offeror's demonstrating that the proposed cost or price provides an adequate reflection of its understanding of the requirements of this solicitation.

(c) Selection

The final technical and business evaluation reports will be furnished to the contracting officer. The contracting officer will prepare a written source evaluation report and present the analysis to the SSA. Based on this report and analysis, the SSA will make the decision as to which offeror(s) is(are) selected for award. The responsible offeror(s) whose proposal(s) is/are most advantageous to the Government, as determined by the evaluation of proposals according to the evaluation factors established in FAR provision 52.212-2, will be selected for award.

**ADDENDUM TO 52.212-2 (continued)**

**WHEN CHECKED, THE FOLLOWING PROVISIONS ARE INCORPORATED INTO THIS SOLICITATION IN FULL TEXT.**

**[X] 52.217-9P13 EVALUATION OF OPTIONS -- SOURCE SELECTION FOR AN INDEFINITE-DELIVERY, INDEFINITE-QUANTITY CONTRACT (JAN 1992) DSCP**

(a) For award purposes, in addition to an offeror's response to the base ordering period, the Government will evaluate its response to all options, both technical and price. To evaluate price, the Government will add the total price for all options to the total price for the base ordering period. Further, where a contract line or subline item number in section B specifies a minimum and maximum quantity, the maximum quantity will be used to determine the total price. Evaluation of options will not obligate the Government to exercise the options. For this solicitation, the options are as specified in clause 52.217-9P12.

(b) Should offerors propose option prices which vary (for example, with quantities actually ordered and dates when ordered), these offers will be evaluated using the highest option price offered for each item.