## 52.212-3 OFFEROR REPRESENTATIONS AND CERTIFICATIONS COMMERCIAL ITEMS (MAR 2005) ALTERNATE I (APR 2002) [DSCP MODIFIED]

An offeror shall complete only paragraph (j) of this provision if the offeror has completed the annual representations and certificates electronically at http://orca.bpn.gov . If an offeror has not completed the annual representations and certifications electronically at the ORCA website, the offeror shall complete only paragraphs (b) through (i) of this provision.

[Please note that the representations and certifications submitted via the On-Line Representations and Certifications Application (ORCA) website only address representations and certifications required by the FAR; however, there may be additional representations and certifications required by the DFARS, DLAD, and local regulations. Therefore, notwithstanding the instruction in the paragraph above to "complete only paragraph (j)" if representations and certifications have been provided electronically via the ORCA website, the certification requirements contained in paragraphs (f) and (g) of this provision may still apply (i.e., completion of the DFARS Buy American Act/Balance of Payments Program Certificate, the DFARS Trade Agreements Certificate, or the DFARS Buy American Act/Free Trade Agreements/Balance of Payments Program Certificate). If applicable, these certificates will be included in the solicitation and must be completed by the offeror even if the offeror has completed the representations and certifications at the ORCA website.]

(a) ***Definitions***. As used in this provision:

*"Emerging small business"* means a small business concern whose size is no greater than 50 percent of the numerical size standard for the NAICS code designated.

*"Forced or indentured child labor"* means all work or service –

(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

*"Service-disabled veteran-owned small business concern"*-

(1) Means a small business concern-

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

*"Small business concern"* means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and size standards in this solicitation.

*"Veteran-owned small business concern"* means a small business concern-

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

**52.212.3 (continued)**

*"Women-owned business concern"* means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

*"Women-owned small business concern"* means a small business concern --

(1) That is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(b) *Taxpayer identification number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701).* (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)

(1) All offerors must submit the information required in paragraphs (b)(3) through (b)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3) *Taxpayer Identification Number (TIN).*

[ ] TIN:____________________.

[ ] TIN has been applied for.

[ ] TIN is not required because:

[ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

[ ] Offeror is an agency or instrumentality of a foreign government;

[ ] Offeror is an agency or instrumentality of the Federal Government;

(4) *Type of organization.*

[ ] Sole proprietorship;

[ ] Partnership;

[ ] Corporate entity (not tax-exempt);

[ ] Corporate entity (tax-exempt);

[ ] Government entity (Federal, State, or local);

[ ] Foreign government;

[ ] International organization per 26 CFR 1.6049-4;

[ ] Other ____________________.

**52.212.3 (continued)**

(5) *Common parent.*
[ ] Offeror is not owned or controlled by a common parent:
[ ] Name and TIN of common parent:
Name ________________________________
TIN ________________________________

(c) Offerors must complete the following representations when the resulting contract will be performed in the United States or its outlying areas. Check all that apply.

(1) *Small business concern.* The offeror represents as part of its offer that it [ ] is, [ ] is not a small business concern.

(2) *Veteran-owned small business concern.* **[Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.]** The offeror represents as part of its offer that it [ ] is, [ ] is not a veteran-owned small business concern.

(3) *Service-disabled veteran-owned small business concern.* **[Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.]** The offeror represents as part of its offer that it [ ] is, [ ] is not a service-disabled veteran-owned small business concern.

(4) *Small disadvantaged business concern.* **[Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.]** The offeror represents, for general statistical purposes, that it [ ] is, [ ] is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

(5) *Women-owned small business concern.* **[Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.]** The offeror represents that it [ ] is, [ ] is not a women-owned small business concern.

***NOTE: Complete paragraphs (c)(6) and (c)(7) only if this solicitation is expected to exceed the simplified acquisition threshold).***

(6) *Women-owned business concern (other than small business concern)*. **[Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.]** The offeror represents that it [ ] is, a women-owned business concern.

(7) *Tie bid priority for labor surplus area concerns.* If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:

________________________________________________________________

(8) Small Business Size for the Small Business Competitiveness Demonstration Program and for the Targeted Industry Categories under the Small Business Competitiveness Demonstration Program. ***[Complete only if the offeror has represented itself to be a small business concern under the size standards for this solicitation.]***

(i) (Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the four designated industry groups (DIGs).) The offeror represents as part of its offer that it [ ] is, [ ] is not an emerging small business.

**52.212-3 (continued)**

(ii) (Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or four designated industry groups (DIGs).) Offeror represents as follows:

(A) Offeror's number of employees for the past 12 months (check the Employees column if size standard stated in the solicitation is expressed in terms of number of employees); or

(B) Offeror's average annual gross revenue for the last 3 fiscal years (check the Average Annual Gross Number of Revenues column if size standard stated in the solicitation is expressed in terms of annual receipts).

(Check one of the following):

| Number of Employees | Average Annual Gross Revenues |
|---|---|
| 50 or fewer | $1 million or less |
| 51-100 | $1,000,001-$2 million |
| 101-250 | $2,000,001-$3.5 million |
| 251-500 | $3,500,001-$5 million |
| 501-750 | $5,000,001-$10 million |
| 751-1,000 | $10,000,001-$17 million |
| Over 1,000 | Over $17 million |

(9) **(Complete only if the solicitation contains the clause at FAR 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns, or FAR 52.219-25, Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting, and the offeror desires a benefit based on its disadvantaged status.)**

(i) General. The offeror represents that either-

(A) It [ ] is, [ ] is not certified by the Small Business Administration as a small disadvantaged business concern and is identified,on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net), and that no material change in disadvantaged ownership and control has occurred since its certification, and, where the concern is owned by one or more individuals claiming disadvantaged status, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); or

(B) It [ ] has, [ ] has not submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

**52.212-3 (continued)**

(ii) Joint Ventures under the Price Evaluation Adjustment for Small Disadvantaged Business Concerns. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements in 13 CFR 124.1002(f) and that the representation in paragraph (c)(9)(i) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. **[The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture: ________________.]**

(10) *HUBZone small business concern.* [***Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.***] The offeror represents as part of its offer that -

(i) It [ ] is, [ ] is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It [ ] is, [ ] is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(10)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. [*The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture*: ______________________.] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(11) (Complete if the offeror has represented itself as disadvantaged in paragraph (c)(4) or (c)(9) of this provision.) [***The offeror shall check the category in which its ownership falls***]:

___ Black American

___ Hispanic American

___ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians)

___ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory or the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

___ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal)

___ Individual/concern, other than one of the preceding.

**52.212-3 (continued)**

(d) Representations required to implement provisions of Executive Order 11246 --

(1) *Previous contracts and compliance*. The offeror represents that --

(i) It [ ] has, [ ] has not, participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation; and

(ii) It [ ] has, [ ] has not, filed all required compliance reports.

(2) *Affirmative Action Compliance*. The offeror represents that --

(i) It [ ] has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR parts 60-1 and 60-2), or

(ii)It [ ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) Certification Regarding Payments to Influence Federal Transactions (31 U.S.C.1352). **[Applies only if the contract is expected to exceed $100,000.]** By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract.

(f) *Buy American Act Certificate.* **[Applies only if the clause at Federal Acquisition Regulation (FAR) 52.225-1, Buy American Act - Supplies, is included in this solicitation. The certificate in DFARS 252.225-7000 shall be completed if it is provided in the Addendum to FAR provision 52.212-3.]**

(1) The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products. The terms "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American Act – Supplies."

(2) Foreign End Products:

| LINE ITEM NO. | COUNTRY OF ORIGIN |
|---|---|
| ____________ | ________________________ |
| ____________ | ________________________ |
| ____________ | ________________________ |
| ____________ | ________________________ |

[List as necessary]

**52.212-3 (continued)**

(3) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(g)(1) *Buy American Act--Free Trade Agreements—Israeli Trade Act Certificate* **[Applies only if the clause at FAR 52.225-3, Buy American Act -- Free Trade Agreements - Israeli Trade Act, is included in this solicitation.**
**The certificate in DFARS 252.225-7035 or 7020 shall be completed if it is provided in the Addendum to FAR provision 52.212-3.]**

(i) The offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (g)(1)(iii) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The terms "component," "domestic end product," "end product," foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American Act – Free Trade Agreements – Israeli Trade Act."

(ii) The offeror certifies that the following supplies are end products of Australia, Canada, Chile, Mexico or Singapore, or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act- Free Trade Agreements-Israeli Trade Act ":

End Products of Australia, Canada, Chile, Mexico or Singapore or Israeli End Products:

| LINE ITEM NO. | COUNTRY OF ORIGIN |
|---|---|
| ____________ | ____________________ |
| ____________ | ____________________ |
| ____________ | ____________________ |
| ____________ | ____________________ |

[List as necessary]

(iii) The offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) or this provision) as defined in the clause of this solicitation entitled "Buy American Act- Free Trade Agreements-Israeli Trade Act." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products.

Other Foreign End Products:

| LINE ITEM NO. | COUNTRY OF ORIGIN |
|---|---|
| ____________ | ____________________ |
| ____________ | ____________________ |
| ____________ | ____________________ |
| ____________ | ____________________ |

[List as necessary]

**52.212-3 (continued)**

(iv) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(2) *Buy American Act- Free Trade Agreements-Israeli Trade Act Certificate, Alternate I* (MAY 2002). **If Alternate I to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:**

(g)(1) (ii) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American Act- Free Trade Agreements-Israeli Trade Act":

Canadian End Products

Line Item No.:____________________________________

[List as necessary]

Canadian or Israeli End Products

| LINE ITEM NO. | COUNTRY OF ORIGIN |
|---|---|
| __________ | __________ |
| __________ | __________ |
| __________ | __________ |
| __________ | __________ |

[List as necessary]

(3) *Buy American Act- Free Trade Agreements-Israeli Trade Act- Certificate*, Alternate II (JAN 2004). **If Alternate II to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:**

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled ``Buy American Act--Free Trade Agreements--Israeli Trade Act":

Canadian or Israeli End Products

| LINE ITEM NO. | COUNTRY OF ORIGIN |
|---|---|
| __________ | __________ |
| __________ | __________ |
| __________ | __________ |
| __________ | __________ |

[List as necessary]

**52.212-3 (continued)**

(4) *Trade Agreements Certificate*. **[Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation. The certificate in DFARS 252.225-7020 shall be completed if it is provided in the Addendum to FAR provision 52.212-3]**

(i) The offeror certifies that each end product, except those listed in paragraph (g)(4)(ii) of this provision, is a U.S.-made or designated country end product, as defined in the clause of this solicitation entitled ``Trade Agreements."

(ii) The offeror shall list as other end products those end products that are not U.S.-made or designated country end products.

Other End Products

| LINE ITEM NO. | COUNTRY OF ORIGIN |
|---|---|
| ____________ | ________________ |
| ____________ | ________________ |
| ____________ | ________________ |
| ____________ | ________________ |

(iii) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25. For line items covered by the WTO GPA, the Government will evaluate offers of U.S.-made or designated country end products without regard to the restrictions of the Buy American Act. The Government will consider for award only offers of U.S.-made, or designated country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.

(h) *Certification Regarding Debarment, Suspension or Ineligibility for Award (Executive Order 12549)* **[Applies only if the contract value is expected to exceed the simplified acquisition threshold.]** The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals–

(1) [ ] Are, [ ] are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; and

(2) [ ] Have, [ ] have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state, or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(3) [ ] Are, [ ] are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commissions of any of these offenses.

**52.212-3 (continued)**

(i) Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). *[The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).] [List available at* www.dol.gov/ilab/ ]

(1) Listed end products.

Listed End Product

Listed Countries of Origin

(2) Certification. *[If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.]*

[ ] (i) The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.

[ ] (ii) The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

(j) (1) *Annual Representations and Certifications.* Any changes provided by the offeror in paragraph (j) of this provision do not automatically change the representations and certifications posted on the Online Representations and Certifications Application (ORCA) website.

(2) The offeror has completed the annual representations and certification electronically via the ORCA website at http://orca.bpn.gov .After reviewing the ORCA database information, the offeror verifies by submission of this offer that the representation and certifications currently posted electronically at FAR 52.212-3, Offeror Representations and certifications—Commercial Items, have been entered or updated in the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by

**52.212-3 (continued)**

reference (see FAR 4.1201), except for paragraphs ____________. *[Offeror to identify the applicable paragraphs at (b) through (i) of this provision that the offeror has completed for the purposes of this solicitation only, if any. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer. Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on ORCA.]*

**ADDENDUM TO 52.212-3**

*Addendum to paragraph (j)(2) of 52.212-3. Offeror may use the following format to identify amended representation(s) and/or certification(s) that apply to this solicitation only.*

| FAR CLAUSE # | TITLE | DATE | CHANGE |
|---|---|---|---|
| __________ | ________ | ____ | ______ |
| __________ | ________ | ____ | ______ |
| __________ | ________ | ____ | ______ |
| __________ | ________ | ____ | ______ |
| __________ | ________ | ____ | ______ |

**ADDENDUM TO 52.212-3**

**252.212-7000 OFFEROR REPRESENTATIONS AND CERTIFICATIONS— COMMERCIAL ITEMS (JUN 2005) DFARS**

(a) *Definitions*. As used in this clause—

(1) "Foreign person" means any person other than a United States person as defined in Section 16(2) of the Export Administration Act of 1979 (50 U.S.C. App. Sec. 2415).

(2) "United States" means the 50 States, the District of Columbia, outlying areas, and the outer Continental Shelf as defined in 43 U.S.C. 1331.

(3) "United States person" is defined in Section 16(2) of the Export Administration Act of 1979 and means any United States resident or national (other than an individual resident outside the United States and employed by other than a United States person), any domestic concern (including any permanent domestic establishment of any foreign concern), and any foreign subsidiary or affiliate (including any permanent foreign establishment) of any domestic concern which is controlled in fact by such domestic concern, as determined under regulations of the President.

(b) *Certification*. By submitting this offer, the Offeror, if a foreign person, company or entity, certifies that it—

(1) Does not comply with the Secondary Arab Boycott of Israel; and

(2) Is not taking or knowingly agreeing to take any action, with respect to the Secondary Boycott of Israel by Arab countries, which 50 U.S.C. App. Sec. 2407(a) prohibits a United States person from taking.

(c) *Representation of Extent of Transportation by Sea*. (This representation does not apply to solicitations for the direct purchase of ocean transportation services).

(1) The Offeror shall indicate by checking the appropriate blank in paragraph (c)(2) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term "supplies" is defined in the Transportation of Supplies by Sea clause of this solicitation.

(2) Representation. The Offeror represents that it—

___________Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

___________Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(3) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense Federal Acquisition Regulation Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

**[X] 52.215-6 PLACE OF PERFORMANCE (OCT 1997)**

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation, [ ] intends, [ ] does not intend (check applicable block) to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b) If the offeror or respondent checks "intends" in paragraph (a) of this provision, it shall insert in the following spaces the required information:

| Place of performance (street address, city, state, county, zip code) | Name and address of owner and operator of the plant or facility if other than offeror or respondent |
|---|---|

**NOTE: If using one or more plants or facilities as indicated, offeror/respondent shall provide the following additional information for each plant location to be used in the performance of a contract resulting from this solicitation:**

| Operation (cutting, shipping etc.) | Quantity by Plant |
|---|---|

REF. NO. DOC. BEING CONT'D

[X] 52.209-9P05 IDENTIFICATION OF SOURCES FOR CLOTH/TEXTILE COMPONENTS (JAN 1992) DPSC

(a) The offeror shall indicate below the names and addresses of those suppliers from whom each cloth or textile component item will be obtained for use in the performance of any resultant contract. In addition, for each such cloth or textile component item, the offeror shall also identify the name of the item's manufacturer and the address of the manufacturing location. Failure to furnish this information with the offer may result in rejection of the offer.

(b) No change in the supplier(s) or manufacturer(s) listed below shall be permitted between the opening/closing date of the offer and the award, except where time permits and then only upon receipt of the contracting officer's written approval.

(c) Any change in the supplier(s) or manufacturer(s) listed below, and in any resultant contract, is prohibited unless it is specifically approved in advance by the contracting officer.

| Cloth/Textile Component and Quantity | Name & Address of Cloth/Textile Supplier | Name Address of Cloth/Textile Manufacturer |
| --- | --- | --- |

DIRECT VENDOR DELIVERY STATEMENT OF WORK

## BACKGROUND

**Direct Vendor Delivery is the direct shipment of products from the Contractor to DSCP Clothing and Textile customers using Electronic Data Interchange (EDI), item demand history, accurate production planning, efficient production and fast delivery.**

**The Contractor will be required to provide direct vendor delivery to Army Recruit Centers. As a minimum, shipments to customers must occur within 60 days after receipt of the customer request for shipment. The contractor is responsible for meeting the needs of the customer with regard to sizes and quantity.**

## PROCESS

The DVD process begins with the DVD customer submitting a normal requisition that DSCP edits to create a Purchase Request (PR). PRs for items on one contract are consolidated and issued to the contractor in the form of an electronic delivery order. Each requisition (NSN item by location) is assigned a separate PR number and given a separate CLIN. Therefore, each CLIN will be unique for each location and NSN ordered.

Typically, Purchase Requests will be consolidated and a delivery order will be generated twice a week. An 850 Transaction Set is prepared and sent to the Contractor using EDI. Upon receipt of the 850, the Contractor shall respond within 24 hours with a 997 Functional Acknowledgement.

In addition to EDI, these delivery orders are posted on the Procurement Gateway web site and can be saved. This is a free service. Contractors can also sign up for the VIM-ASAP system that receives the delivery order information and is very valuable as it prepares DD250 documents, electronic invoices and shipping labels. This is also a free service.

The contractor will produce and deliver the item based upon the delivery order received. The prior demand, accession and size tariff data shall be provided to the contractor to be used in production planning only. The contractor, however, will produce based on internal objectives developed by the contractor in order to insure the capability to deliver in accordance with the delivery terms of this contract.

Delivery times shall be measured in calendar days from receipt of electronic delivery order by the Contractor (within 24 hours after DSCP transmission) to receipt of supplies at the DVD customer. Therefore, all delivery times are inclusive of shipping times.

## DIRECT VENDOR DELIVERY STATEMENT OF WORK (cont)

DVD customers can only receive goods during business hours on normal government business days.

The customer receives the stock along with a DD Form 250 which accompanies each shipment. The contractor must identify on the form each CLIN with the specific customer's requisition number (e.g. N6626540569883). The customer is responsible for signing the DD250 as received and returning a signed copy to the contractor. Upon shipment of each delivery order, the contractor shall invoice DFAS, DFAS pays the contractor and bills the DSCP customer.

### DEFECTIVE ITEMS

In accordance with Clause H005, Commercial Warranty Provisions, the contractor is responsible for providing a one-for-one replacement for damaged or defective supplies. (See clause for detailed information)

**VARIATION IN QUANTITY IS NOT ALLOWED IN DVD SHIPMENT.**

### Electronic Data Interchange (EDI) Capability

All EDI transactions must be ANSI X12 compliant. The format for the transaction sets is provided as part of a Trading Partner Agreement. All transactions will be tested with the contractor prior to going "live" under the contract.

DSCP intends to use the GEIS (Global Exchange Services) VAN primarily, with ORDERNET (Sterling Commerce), and HARBINGER (Inovis) to be used when advantageous. However, these are not the only VANs in existence and inter-connectivity is possible with other VANs. Finally, DSCP is not responsible for the performance of any VAN, nor are we recommending our trading partners use a particular VAN.

The following is a list of transaction sets to be used on this contract:

a. 850 – Purchase Order (used for transmitting Delivery Order Information)
b. 810 - Invoice
c. 997 – Functional Acknowledgement (Standard)

**DIRECT VENDOR DELIVERY STATEMENT OF WORK (cont)**

**If the contractor does not have a Trading Partner Agreement (TPA) on file, the contractor shall execute a TPA with the Government, which will be incorporated in the contract by reference and made a part thereof. The TPA shall govern the implementation of EDI and shall be considered binding on all parties.**

Fast Pay procedures will apply to the contract. Invoices to DFAS will cite the contract unit price. The contractor is required to invoice for **each** shipment on **each** delivery order (e.g. an order with five destinations that requires one shipment to 4 locations and two shipments to 1 location will result in six invoices/DD 250s).

REPORTS

Upon request, the Contractor will be required to furnish information regarding the following to the Contracting Officer:

Delivery Order Fulfillment
Quality Deficiency or warranty problems
Out-of-Stock positions that resulted in late shipment to the customer