# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE 1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO. 0003

3. EFFECTIVE DATE 7/18/06

4. REQUISITION/PURCHASE REQ. NO. VARIOUS

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE SP0100

DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVE, BLDG 6D
PHILADELPHIA, PA 19111
BUYER: TOM DARCY/215-737-3068

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

WOLVERINE WORLD WIDE, INC.
9341 COURTLAND DRIVE
ROCKFORD, MICHIGAN 49351

KENT COUNTY

CODE 9U907

FACILITY CODE

(X) ✓ 9A. AMENDMENT OF SOLICITATION NO. SP0100-06-R-0007

9B. DATED *(SEE ITEM 11)* 5/18/06

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☑ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☑ is extended, ☐ is not extended.
Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ONE copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
ITEM: ARMY COMBAT BOOT HW & BOOT, HW BLACK

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (*such as changes in paying office, appropriation date, etc.*) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☐ is not, ☑ is required to sign this document and return ONE copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

SEE PAGE 2

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
**Ron Woznick**
**Vice President & General Manager**

16A. NAME AND TITLE OF SIGNER (Type or print)
THOMAS DARCY

15B. CONTRACTOR/OFFEROR
Ron Woznick
(Signature of person authorized to sign)

15C. DATE SIGNED 7/20/06

16B. UNITED STATES OF AMERICA
BY
(Signature of Contracting Officer)

16C. DATE SIGNED

**STANDARD FORM 30** (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

A. Subject solicitation is hereby extended until August 2, 2006 3:00 PM.

B. The following changes are hereby made to solicitation SP0100-06-R-0007:

Interim change to PD 06-10 (Tan)

Page 8, para. 3.4.10, speed lace assembly, After title insert "The number of pairs of speedlace loops shall be 5 or 6.".

Page 21, para. 4.4.3, End Item Visual Examination, delete last sentence in its entirety.

Interim change to PD 06-33 (Black)

Page 2 to 32, please delete the header "PD 06-10" and replace with "PD 06-33".

Page 8, para. 3.4.10, speed lace assembly, After title insert "The number of pairs of speedlace loops shall be 5 or 6.".

Page 12, para. 3.7.1.1, Cutting Leather Uppers, delete "flesh" and insert "grain".

Page 21, Table XII. End Item Visual Examination,(Nylon Quarter and Gusset), under the **Defect** column please change the third line in that section to read "Quarter not cut on the bias".

Page 25, Add the following paragraph:

4.4.3.1 Examination of break pattern. To examine the vamp, the boot shall be held in an upright position with both hands. The toe of the boot shall face away from the examiner. Position thumbs on top of vamp approximately halfway between box toe line and blucher noses and 1 inch to 1-1/2 inches apart. Press downward with thumbs in order to form grain surface into a concave surface and observe the break pattern. Any vamp exhibiting a break pattern of 5 or higher on the SATRA scale (see 6.4) shall be scored as a defect. The defect shall be scored regardless of the direction in which the break pattern appears.

Page 29, Attachment #1, Care and Use Instruction Tag, the following statement shall be added in red lettering at the top of the page "THIS BOOT IS SPIKE PROTECTIVE ".