INCH-POUND
PD 06-10
DATED 19 June 2006
SUPERSEDING
CR/PD 04-18
13 January 2005

# PURCHASE DESCRIPTION

## BOOT, COMBAT, HOT WEATHER, ARMY

This specification is approved for use by all Departments and Agencies of the Department of Defense.

1. SCOPE

1.1 Scope. This specification covers the requirements for a Desert Sand-colored Hot Weather Combat Boot for use in both hot weather wet and dry environments.

1.2 Classification. The boot shall be of the following sizes and widths (see 6.4) as specified see 6.2.

| | | |
|---|---|---|
| Size: | 2 through 15 (whole and half sizes), 16 (whole size only) | |
| Widths: | Narrow | (B) |
| | Regular | (D) |
| | Wide | (EE) |
| | X-Wide | (EEEE) |

Comments, suggestions, or questions on this document should be addressed to: Defense Supply Center Philadelphia, Clothing and Textiles Directorate, Attn: DSCP Standardization Team, 700 Robbins Ave., Philadelphia, PA 1911-5096. Since contact information can change, you may want to verify the currency of the address information using Acquisition Streamlining and Standardization Information System (ASSIST) online database www.assist.daps.dla.mil.

AMSC/NA FSC 8430

## 2. APPLICABLE DOCUMENTS

2.1 General. The documents listed in this section are specified in sections 3, 4, or 5 of this specification. This section does not include documents cited in other sections of this specification or recommended for additional information or as examples. While every effort has been made to ensure the completeness of this list, document users are cautioned that they must meet all specified requirements of documents cited in sections 3, 4, or 5 of this specification, whether or not they are listed.

2.2 Government documents.

2.2.1 Specifications, standards, and handbooks. The following specifications, standards, and handbooks form a part of this document to the extent specified herein. Unless otherwise specified, the issues of these documents are those cited in the solicitation or contract (see 6.2).

FEDERAL SPECIFICATIONS

V-T-295 - Thread, Nylon

COMMERCIAL ITEM DESCRIPTIONS

A-A-52071 - Tape, Textile, Cotton, General Purpose
A-A-55093 - Laces, Nylon
A-A-55296 - Cloth, Twill, Cotton, 10.0 Ounces (339g)

DEPARTMENT OF DEFENSE SPECIFICATIONS

MIL-C-41814 - Counter, Footwear
MIL-C-43734 - Cloth, Duck, Textured Nylon
MIL-DTL-32075 - Label: For Clothing, Equipage, and Tentage, (General Use)
MIL-PRF-3122J - Leather, Cattlehide, for Footwear Uppers, Gusset, Chrome Tanned, Fatliquored
MIL-PRF-5038 - Tape, Textile and Webbing, Textile, Reinforcing, Nylon
MIL-W-17337 - Webbing, Textile, Woven Nylon

2.2.2 Other Government documents, drawings and publications. The following other Government documents drawings and publications form a part of this document to the extent specified herein. Unless otherwise specified, the issues shall be those cited in the solicitation or contract.

DRAWINGS

U.S. ARMY RESEARCH, DEVELOPMENT, AND ENGINEERING COMMAND

2-1-1635 - Speed Lace Assembly

(Copies of drawings are available through http://warfighter.dla.mil under tab "Vendor Info" then "Specifications/Pattern Request".)

FEDERAL TRADE COMMISSION

Rules and Regulations Under the Textile Fiber Products Identification Act

(Copies are available online at www.ftc.gov or from the Federal Trade Commission, 600 Pennsylvania Avenue, N.W., Washington, DC 20580-0001.)

2.3 Non-Government publications. The following documents form a part of this document to the extent specified herein. Unless otherwise specified, the issues of the documents are those cited in the solicitation or contract (see 6.2).

AMERICAN ASSOCIATION OF TEXTILE CHEMISTS AND COLORISTS (AATCC)

AATCC Evaluation Procedure 9, Visual Assessment of Color Difference of Textiles

(Copies are available on line at www.aatcc.org or from the American Association of Textile Chemists and Colorists, P.O. Box 12215, Research Triangle Park, NC 27709-2215.)

AMERICAN SOCIETY FOR QUALITY

ANSI/ASQ Z1.4 - Sampling Procedures and Tables for Inspection of Attributes

(Copies are available online at http://www.asq.org or from the American Society for Quality, 600 Plankinton Avenue, Milwaukee, WI 53203.)

ASTM INTERNATIONAL

| | |
|---|---|
| ASTM D 297 | - Rubber Products-Chemical Analysis |
| ASTM D 412 | - Vulcanized Rubber and Thermoplastic Elastomers (Tension Elongation) |
| ASTM D 471 | - Rubber Property-Effect of Liquids |
| ASTM D 624 | - Tear Strength of Conventional Vulcanized Rubber and Thermoplastic Elastomers |
| ASTM D 751 | - Coated Fabrics (Hydrostatic Resistance or Breaking Strength) |
| ASTM D 792 | - Density and Specific Gravity (Relative Density) of Plastics by Displacement |
| ASTM D 816 | - Rubber Cements |

| | |
|---|---|
| ASTM D 1052 | - Measuring Rubber Deterioration-Cut Growth Using Ross Flexing Apparatus |
| ASTM D 1055 | - Specifications for Flexible Cellular Materials-Latex Foam |
| ASTM D 1630 | - Rubber Property-Abrasion Resistance (Footwear Abrader) |
| ASTM D 1777 | - Thickness of Textile Materials |
| ASTM D 2208 | - Breaking Force and Elongation, Grab Method |
| ASTM D 2240 | - Rubber Property-Durometer Hardness |
| ASTM D 3273 | - Resistance to Growth of Mold |
| ASTM D 3574 | - Flexible Cellular Materials- Slab, Bonded, and Molded Urethane Foams |
| ASTM D 3575 | - Compression Set of Cushion Materials |
| ASTM D 3787 | - Bursting Strength of Textiles Constant-Rate-of-Traverse (CRT) Ball Burst Test |
| ASTM D 3886 | - Abrasion Resistance for Textile Fabrics (Inflated Diaphragm Apparatus) |
| ASTM D 4786 | - Stitch Tear Strength, Single Hole |
| ASTM D 4966 | - Abrasion Resistance of Textile Fabrics (Martindale Abrasion Tester Method) |
| ASTM E 18 | - Rockwell Hardness and Rockwell Superficial Hardness of Metallic Materials |
| ASTM F 392 | - Flex Durability of Flexible Barrier Materials |

(Copies of documents are available on line at www.astm.org or from the ASTM International, 100 Barr Harbor Drive, West Conshohocken, PA 19426-2959.)

INTERNATIONAL ORGANIZATION FOR STANDARDIZATION (ISO)

ISO 4914 or 4915- Textiles – Stitch Types – Classification and Terminology

(Application for copies should be addressed to International Organization for Standardization, Casa Postale 58, CH-1211 Geneve 20, Switzerland.)

SATRA FOOTWEAR TECHNOLOGY TEST METHODS

| | |
|---|---|
| MTM-405 | - Determination of Sheer and Peel of Insole Ribs |
| MTM-2 | - Tensile Strength of Fiberboards and Sheet Insoling Materials |
| MTM-3 | - Flexing Endurance Test for Fiberboards |
| MTM-14 | - Scuff Resistance of Fiberboards |
| MTM-31 | - Abrasion Resistance |
| MTM-33 | - Seam Fray |
| MTM-64 | - Compression Set |
| MTM-80 | - Transverse or Z Direction Strength of Fiberboards |
| MTM-83 | - Measurement of the Area Shape Retention and Collapsing Load of Formed Toe Puff and Stiffener Materials |
| MTM-98 | - Determination of Dimensional Change of Insole Boards Due to Change in Relative Humidity |
| MTM-101 | - Peel Strength of Fiberboards |

MTM-233 - Non marking (rubber outsole)
STD-185/S or 185 - Sole Adhesion Tester

(Application for copies should be addressed to SATRA Technology Center, SATRA House; Rockingham Road, Kettering, Northamptonshire; NN 16 9 JH, England.)

(Copies of documents required by contractors in connection with specific acquisition functions should be obtained from the contracting activity or as directed by the contracting activity.)

2.4 Order of precedence. In the event of a conflict between the text of this document and the references cited herein, the text of this document takes precedence. Nothing in this document, however, supersedes applicable laws and regulations unless a specific exemption has been obtained.

3.0 REQUIREMENTS

3.1 First article. When specified (see 6.2), a sample shall be subjected to first article inspection in accordance with 4.2.

3.2 Recycled, recovered, or environmentally preferable materials. Recycled recovered or environmentally preferable materials should be used to the maximum extent possible provided that the material meets or exceeds the requirements of this document and promotes economically advantageous life cycle costs.

3.3 Standard sample. The standard sample for color shade and suede flesh appearance shall be a swatch of cattlehide leather.

3.3.1 Visual shade matching (components). Any component referencing matching the standard shade and appearance in 3.3 shall be viewed using AATCC Evaluation Procedure 9, Option A, with sources simulating artificial daylight D75 illuminant with a color temperature of 7500 $\pm$ 200 K, illumination of 100 $\pm$ 20 foot candles and shall be a good match to the standard sample under incandescent lamplight at 2856 $\pm$ 200 K.

3.4 Materials.

3.4.1 Upper Leather. The leather shall be flesh out drum dyed Desert Sand with color penetrating throughout the thickness of the hide so that the chrome tannage is not visible. The leather for the vamps, inside counter pockets, outside counter pockets and eyelet stays shall conform to MIL-PRF-3122J, Type I, Treatments A and B. The leather for the front edge eyelet stays shall conform to MIL-PRF-3122J, Type II, Treatment A. The following exceptions to MIL-PRF-3122J shall be applicable for the upper leathers:

a. The flesh surface shall be suede as to produce a fine uniform nap.
b. The grain surface shall be lightly buffed to remove the surface of the grain only
c. The finish requirements for the leather shall not apply.
d. The tear strength requirements for the front edge stays, inside counter pockets and eyelet stays shall not apply.

e. The thickness shall be as specified for the cut parts in Table VIII.
f. As an option, the eyelet stays may conform to MIL-PRF-3122J, Type I, Treatment A and Treatment B.

3.4.2 Insoles The insole shall meet the requirements specified in Table I when tested as specified in 4.4.2.

**TABLE I. Insole Performance Requirements**

| Characteristics | Physical Requirements |
|---|---|
| Thickness (all constructions) | 0.090 in (min.) 1/ |
| Fungal resistance | Level 10 |
| Wet Tensile | 70 kgf/cm$^2$ min. |
| Flexing Index | 3.7 (5000 cycles) min. |
| Abrasion Resistance | |
| Cellulose board | 50 mm$^3$ max. |
| Non-Woven board | 25,600 revs dry/6400 wet (min.) |
| Transverse Tensile-Dry | 8 kgf/cm$^2$ min. |
| Dimensional Stability | 0.7% max. |
| Peel Strength | 5 kgf/cm$^2$ min. |

1/ A thickness gauge of the dead-weight type equipped with a dial graduated to read directly to 0.001 inches shall be used. The presser foot shall be circular, with a diameter of 1.129 (+/- 0.001) inches and with moving parts weighted to apply a total load of 0.60 (+/- 0.03) pounds per square inch (psi) to the specimen. The anvil shall be not less than 1.129 inches in diameter. The presser foot and anvil surface shall be paned to within 0.001 inches and shall be parallel to each other to within 0.001 inches.

3.4.3 Counters. Counters shall conform to the requirements of MIL-C-41814. The counter shall conform to fit the last used and fill the counter pocket area. The physical requirement for single hole tear strength shall not apply.

The physical requirement for single hole tear strength of MIL-C-41814 is eliminated.

3.4.3.1 Counters (alternate). As an alternate, counters manufactured from leather board need not meet the chemical requirements of MIL-C-41814 but must meet the fungicide requirements of MIL-PRF-3122J. An extruded thermoplastic film sandwiched between fusion bonded non-woven fabric made from a blend of synthetic fibers and impregnated with a styrene copalmer and coated on each side with a thermoplastic adhesive may be used. A Thermoplastic counter may be used and shall conform to the performance requirements of Table II.

**Table II. Thermoplastic Performance Requirements**

| Characteristics | Physical Requirements |
|---|---|
| Initial Collapsing Load (N) | >130 N |
| Resilience (%) 1/ | 25% min |
| Moisture Resistance (%) 2/ | 80% min |
| Area Shape Retention (%) | |
| Initial | 85% min |
| 10th collapse | 60% min |

1/ Resilience is percentage retention of initial collapsing load after ten collapses.
2/ Moisture resistance is percentage retention of initial dry collapsing load after 1 hour immersion.

3.4.4 Fabrics and Other Materials.

3.4.4.1 Upper fabric.

3.4.4.1.1 Nylon duck. The cloth for the quarters and gussets shall be nylon duck conforming to class 1 of MIL-C-43734, except that the color shall be Desert Sand matching that of the standard sample (see 3.3), and the air permeability requirement shall not apply. The nylon duck cloth for the quarters and gussets may be treated with a non-fray finish to facilitate cutting and handling. The nylon duck cloth for the collar cover may be flame-combined to a 0.05 ± 0.008-inch thick layer of polyester foam having a density of 1.70 ± 0.05 pounds per cubic foot. Testing shall be as specified in 4.4.2.

3.4.4.1.2 Fabric liner for cushioned insert. The cloth for the fabric top cover on the cushioned inserts shall conform to the requirements in Table III. Testing shall be as specified in 4.4.2.

**TABLE III. Laminated Cloth Performance Requirements**

| Characteristics | Requirement |
|---|---|
| Martindale Abrasion 1/ | |
| Fabric Only, Dry | 153,600 revs/9,600 cycles (min) |
| Bursting Strength | |
| Fabric Only | 125 (min) |

1/ As described in the test method; Martindale Tester; Pressure applied: 12 kPa; Visually examine specimens after each 3200 cycles; Abradant changed after each 3200 cycle.

3.4.4.1.3 Back seam tape. The tape shall conform to A-A-52071, type I, class 3, 1/2 or 17/32 inch wide. As an alternate, the tape shall conform to MIL-PRF-5038, type III, class 1, 1/2 inch wide. The color shall be Desert Sand matching that of the standard sample (see 3.3). Testing shall be as specified in 4.4.2

3.4.4.1.4 Vamp lining. The cloth for the vamp lining shall be cotton twill conforming to class 2 of A-A-55296. Testing shall be as specified in 4.4.2.

3.4.5 Box toe. The material for the box toe shall be a laminate of 0.020 ± 0.002-inch virgin ionomer resin (surlyn) sandwiched between two layers of non-woven polyester saturated with polystyrene. The total thickness shall be 0.056 ± 0.005 inches. The box toes shall be skived 3/8 ± 1/8 inch wide at the breast. Testing shall be as specified in 4.4.2. A Thermoplastic box toe may be used and shall conform to the performance requirements of Table II.

3.4.6 Binding tape The tape for binding the top edge of the gusset shall be nylon conforming to MIL-PRF-5038 type III, class 1 or 2, 3/4 inch. The color shall be Desert Sand matching that of the standard sample (see 3.3). Testing shall be as specified in 4.4.2.

3.4.7 Backstay and ankle reinforcement tape. The backstay tape shall be cut from 1-inch wide nylon webbing and the ankle reinforcing tape shall be cut from 3-inch wide nylon webbing. The webbing shall conform to MIL-W-17337, class 1 or 2. The color shall be Desert Sand matching that of the standard sample (see 3.3). Testing shall be as specified in 4.4.2.

3.4.8 Collar foam. The foam rubber for the padded collar shall be 1/4-inch thick latex foam having a density of 6.7 ± 2 pounds per cubic foot. One side only shall be covered with a cotton scrim cloth. Testing shall be as specified in 4.4.2.

3.4.9 Shanks. The steel or fiberglass shanks shall be bonded to the insole and shall conform to the shape of the last. The fiberglass shank (glass and resin area), when cured, shall be 5/8 ± 1/16 inch in width. The steel shank shall be constructed from 19 gauge, cold rolled carbon steel with a hardness ranging from 47 to 54 Rockwell C scale. The width of the steel shank shall be 5/8 ± 1/32 inch for boot sizes 2 through 6-1/2 (all widths), 7 through 8-1/2 N, and R widths. For all other sizes and widths, the steel shank width shall be 1 ± 1/32 inch. The shank shall be made with two ribs for the 5/8 inch width and three ribs for the 1 inch width. Testing shall be as specified in 4.4.2.

3.4.10 Speed lace assembly. The color of the speed lace assembly shall be Desert Sand matching that of the standard sample (see 3.3). The speed lace assembly shall be in accordance with drawing 2-1-1635. Testing shall be as specified in 4.4.2.

3.4.11 Eyelets. The two bottom eyelets shall be brass, Size AA, with a coated Desert Sand finish. Testing shall be as specified in 4.4.2.

3.4.12 Drainage eyelets and washers

3.4.12.1 Drainage eyelets. The eyelets and boot construction must allow water out, but not allow sand to get into the boot. Eyelets shall be permanently fixed to the boots for the life of the item, and shall have a subdued finish to blend with the color of the Desert Sand shade flesh-out leather. Placement of the eyelets shall be in the inner arch of the boot, at a location that allows the greatest possible drainage of water from the boot. Internal components of the boot must not interfere with the proper drainage from the eyelets. Drainage eyelets shall be placed at the same location relative to the solid midsole on all boots (with variation according to boot size). Testing shall be as specified in 4.4.2.

3.4.12.2 Washers. The washers shall be brass. The washers shall have an outside diameter of 0.463 ± 0.005 inch, and an inside diameter of 0.220 ± 0.005 inch, and a thickness of 0.009 ± 0.003 inch. Testing shall be as specified in 4.4.2.

3.4.13 Rubber compounds.

3.4.13.1 Solid midsole. The rubber midsole for use with welt, stitchdown and littleway constructions shall be 4 ± 1/2 iron, and oil resistant. The DMS construction rubber midsole (base sole) shall be 1/4 ± 1/16 inch, measured from the top of welt line to the bottom of the solid midsole. The midsole shall be Desert Sand in color matching the standard sample (see 3.3). Testing shall be as specified in 4.4.2

3.4.13.2 Rocker heel cushion midsole. The rocker heel cushion midsole shall be pure polyether polyurethane and shall meet the dimensions specified in Table IV. The cushion midsole shall be Desert Sand in color matching the standard sample (see 3.3). Testing shall be as specified in 4.4.2.

**TABLE IV. Rocker Heel Cushion Midsole.**

| Characteristics | Inches |
|---|---|
| Overall thickness at back of heel | 0.4968 |
| Overall thickness at one inch forward from back of heel | 0.8093 |
| Overall thickness at toe | 0.2180 |
| Overall thickness at ball | 0.2180 |
| Overall thickness at heel breast transition | 0.6956 |
| Bottom length of heel from back of heel to beginning of radius 0.1877 on size 13 | 4.1479 |
| Radius of transition from bottom of heel to radius of heel breast | 0.1870 |
| Radius of heel breast | 3.1063 |

1/ Tolerance for all measurements is ± 0.0312 inches.

3.4.13.2.1 Polyether polyurethane requirements. The requirements for the pure polyether polyurethane are based on testing done on slabs (according to ASTM procedures) and are not actual soles. The requirements shall be as specified in Table V when tested as specified in 4.4.2.

TABLE V Polyether Polyurethane Requirements.

| Characteristics | Minimum | Maximum |
|---|---|---|
| Density (gm/cc) | 0.40 | 0.60 |
| Hardness (shore A) 5/ | 50 | 75 |
| Tensile strength (kgf/cm sq) 3/ | 25 | - |
| Elongation (%) 3/ | 250 | - |
| Tear strength | | |
| Die T (kg/cm) 3/ | 3.7 | - |
| Volume swell (%) | | |
| w/ ASTM Oil #3 (at 24 hrs) 1/ 3/ | - | 10 |
| Compression Set % 4/ | - | 20 |
| Ross flex (1x6 inch) at -5°C 2/ 6/ | | 900% @ 150,000 cycles |

1/ Test conducted after 24 hours at Room Temperature with ASTM test slabs.
2/ Test method modified to include 2mm Texon board glued onto the specimen and conducted at -5 degrees C.
3/ Thickness of test sample used shall equal 12.7mm (0.5 in) from test slabs or 6.0mm from actual cushioned midsoles. Actual cushioned midsoles shall be used for verification testing only. However, all test reports used for conformance purposes and submitted to the Government shall use test slabs.
4/ Thickness of test sample used shall equal 12.7mm (0.5 in) from test slabs or 19.0mm from actual cushioned midsoles. Actual cushioned midsoles shall be used for verification testing only. However, all test reports used for conformance purposes and submitted to the Government shall use test slabs.
5/ Thickness of test slab shall be as stated in the respective ASTM method.
6/ Thickness of test sample used shall equal 10.0mm (0.39 in) from test slabs or 6.0mm from actual cushioned midsoles. Actual cushioned midsoles shall be used for verification testing only. However, all test reports used for conformance purposes and submitted to the Government shall use test slabs.

3.4.13.3 Outersole. The outersole design shall be the Quabaug Vibram Sierra 1276 design. The outsole shall be a minimum of 18-iron (9.5mm) in thickness of solid rubber at each of the lugs. The color of the outer sole including any corporate/company name identification plug shall be Desert Sand and match the standard (see 3.3).

3.4.13.3.1 Rubber compound requirements. The requirements for the rubber outersoles are based on the testing performed on 0.250 or 0.070 gauge inch test slabs (in accordance with ASTM procedures) and are not actual soles. There may be some deviation on actual outersoles or midsoles based on style thickness and curing parameters. The requirements shall be as specified in Table VI, when tested in accordance with 4.4.2.

TABLE VI. Rubber Compound Requirements.

| Characteristics | Outsole | 4-iron midsole |
|---|---|---|

| | | |
|---|---|---|
| NBS abrasion | 150 min. | 1/ |
| Hardness (shore A) | 70-80 A | 1/ |
| Stitch Tear (dry) | 180 lb. min | 180 lb. min. |
| Stitch Tear (Fuel B) 2/ | 50 lb min | 50 lb. min. |
| Die C tear strength | 300 lb. min. | 1/ |
| Ross flex, Oil #3 | 250% max. @ 50,000 flexes | 1/ |
| Volume swell, Fuel B(@ 46 hrs) 3/ | 30% max. | 30% max. |
| Non-marking | Pass | 1/ |
| Tensile | 2,100 lb. Min | 1/ |
| Elongation | 400% min. | 1/ |

1/ indicates that requirement as not applicable
2/ Test conducted after 46 hours in Fuel B at Room Temperature.
3/ Test conducted at Room Temperature with ASTM test slabs.

3.4.13.4 Bond strength. The components of the three-layer soling system shall be layered in such a manner that the Bond Strengths specified in 3.4.13.4.1 through 3.4.13.4.1.2 are achieved.

3.4.13.4.1 Entire sole to upper (DMS only). The bond strength shall not be less than 130 pounds. Testing shall be as specified in 4.4.4.

3. 4.13.4.1.1 Solid midsole to cushion midsole bond strength. The solid rubber midsole or base sole to cushion midsole bond strength shall not be less than 100 pounds. Testing shall be as specified in 4.4.4.

3.4.13.4.1.2 Outersole to cushion midsole bond strength. The outersole to cushion midsole strength shall not be less than 100 pounds. Testing shall be as specified in 4.4.4.

3.4.13.4.2 Adhesion at toe (DMS only). The bond strength at the toe area of the sole shall not be less than 50 pounds, with the exception that one specimen out of the five tested may be below 50 pounds, but not less than 40 pounds. Testing shall be as specified in 4.4.4.

3.4.14 Thread, nylon. The thread shall be nylon, conforming to type I, II or III, class A or B, size E of V-T-295. The color of the thread shall be Desert Sand in color. Colorfastness requirements shall not apply. The maximum thread elongation for all thread shall be 32 percent. Testing shall be as specified in 4.4.2.

3.4.15 Removable cushion insert. The removable cushion insert shall be a low-density heel cup support made of a polyether polyurethane system, medium black in color, and molded to a fabric top cover meeting the requirements listed in Table VII. The fabric shall be black in color and conform to the requirements of the liner for cushioned insert in 3.4.4.1.2. The total thickness of the insert shall be a minimum of 0.100 inch forward of the instep, and a minimum of 0.220 inch elsewhere. Testing shall be as specified in 4.4.2.

TABLE VII. Removable Cushion Insert Requirements

| Characteristics | Requirement |
|---|---|
| **Polyether Polyurethane** | |
| Density | 17 (+2, -1) lb/cu. ft. |
| Tensile strength | 82 lb./sq. in. (min) |
| Compression set | 25% @ 10.6 psi |
| @ 77 degrees F | 50% @ 21.6 psi |
| **Fabric Top Cover:** | |
| Martindale Abrasion | |
| Fabric Only; Dry | 153,600 revs/9,600 cycles (min) |
| Bursting Strength | |
| Fabric Only | 125 min. |

3.4.16 Laces. The laces shall conform to Type III, class 1 of A-A-55093. The color of the laces shall be Desert Sand matching that of the standard sample (see 3.3). The length of the laces shall be 66 inches for all sizes. Testing shall be as specified in 4.4.2.

3.5 Design. The color of the boot shall be Desert Sand in color and have a padded collar covered with a nylon cloth. The boot shall contain a partial speedlace closure system consisting of two eyelets with the remainder of the closures being speed loops. The boot shall contain a removable cushion inserts. The outside leather areas shall be flesh-side out with two drainage eyelets located in the inner arch area of each boot. The quarter shall be nylon duck, the backstay, and ankle reinforcements shall be nylon webbing. The boot shall have a three-layer soling system consisting of a rubber midsole, polyether polyurethane cushioned midsole and rubber outsole. (See Figure 1)

3.5.1 Vamp Design. The vamp design shall be such as to allow for the leather Vamp to extend up the gusset to approximately the second eyelet of the boot. (See Figures 2a and 2b)

3.5.1 Boot height. The height of the finished boot, measured upward on the outside from tread area at the breast of heel to the top of the boot, shall be 10 ± 1/4 inch on size 10R and shall graduate up and down between sizes and widths as indicated by the patterns. Testing shall be as specified in 4.4.4.

3.5.2 Boot weight. The weight of a finished boot (size 10R) shall be less than or equal to 2 pounds per boot when tested as specified in 4.4.4.

3.6 Lasts. The boots shall be made on last JV 50592 (sizes 3-14 only), M6933 (all sizes), M6933-3 (sizes 2-2.5, 15-16 only), or RS-100 (all sizes), or equal based on government approval. The numerical size of the boot shall correspond with the numerical size of the last used to produce the boot (i.e. a size 10R boot shall be produced on a size 10R last).

3.7 Construction.

00107

3.7.1 Uppers.

3.7.1.1 Cutting leather uppers. The leather parts shall conform to the thickness requirements specified in Table VIII. All leather for boot components, with the exception of the eyelet stays and inside counterpocket, shall be cut so as to be used flesh side out. Vamps shall be examined as specified in 4.4.2. Front edge stays shall not be split

**TABLE VIII. Thickness of leather uppers (ounces).**

| Characteristics | If not split Min | Max | For split parts Min | Max |
|---|---|---|---|---|
| Vamp | 5 | 6 | - | - |
| Outside counterpocket | 4 | 6 | 4 | 6 |
| Inside counterpocket | 3 | 4 | 3-1/2 | 4 |
| Front edge stays | 3 | 4 | - | - |
| Eyelet stays | 3 | 4 | 3-1/2 | 4 |

3.7.1.2 Cutting fabric upper parts. The quarters shall be cut in the bias direction on a 15 ± 1-degree bias from the warp direction. The collar cover shall be cut in the bias direction.

3.7.1.3 Marking, permanent identification. With the exception of PDMs (Product Demonstration Models), the gusset of each boot shall be marked on the inside, 1 inch from the top center of the gusset, with the correct American and Mondopoint size and width, the contractor's identification symbol in block form, and the month and year (expressed numerically) of the date of contract. Marking of case number is mandatory. The marking shall conform to type IV, class 9 of MIL-DTL-32075. Fastness of the class 9 marking shall be as specified for the class 5 marking. Figures shall be Arabic and the letters shall be Gothic. The figures and letters shall be a minimum of 9/32 inch and a maximum of 3/8 inch in height. The stamping shall be expressed as shown in the following example; alternate formats may be used provided all the data elements are included and requirements are met:

10 W AB 6----06

3.7.2 Skiving. The vamp shall be skived at the throat and wings. The outside counterpocket shall be skived at the stitch edge and top. Additional upper leather skiving is permitted.

3.7.3 Finishing leather parts. The leather shall be flesh out drum dyed Desert Sand matching that of the standard sample (see 3.3) with the color penetrating throughout the thickness of the hide so that the chrome tannage is not visible.

3.7.4.3 Backstay seam strength. The seam strength of the backstay shall be not less than 250 pounds per inch. Testing shall be as specified in 4.5.3.

3.8 Assembly.

3.8.1 Insole. The insole shall be as specified in 3.4.2 of the appropriate thickness (see Table I).

3.8.2 Three-piece combination outsole. The three-piece combination outsole shall consist of a solid midsole as specified in 3.4.13.1 attached to the boot upper, a cushion midsole as specified in 3.4.13.2, and a one-piece rubber outsole/heel as specified in 3.4.13.3.

3.8.3 Toe reinforcing stitching. The three-piece outsole and welt shall be stitched together, and they shall extend around the toe area for welt and stitchdown constructions only.

3.8.4 Boot finishing. No top finish or treatment shall be applied.

3.8.5 Pairing, lacing, and instruction tag. The boots shall be paired. A lace shall be inserted through the top speed lace loop of the outside quarter of each boot, and the two laces for each pair shall be tied firmly together. One instruction tag (see 3.9) shall be attached to each pair of boots by inserting a lace through the hole in the instruction tag.

3.9 Instruction and Hangtags.

3.9.1 Instruction tags. Instruction tags, to be tied to the finished boots, shall have a bar code located on the instruction tag of each pair of boots. The bar coding element shall be a 13 digit national stock number (NSN), and shall be a medium to high code density. The bar code shall be located so that it is completely visible on the item when it is folded and/or packaged as specified and so that it causes no damage to the item. The tags shall be printed on tag stock that is 5-1/4 by 6-1/2 inches and folded in the middle to form four printed pages in book form that are 5-1/4 by 3-1/4 inches. A punch hole shall be made in the top near the folded edge for insertion of the lace. The Use and Care Information (see Attachment 1) must be included on the instruction tags.

3.9.2 Labels. The contractor shall attach a small circular tag with the words: "This Item Is Not Authorized For Flight or Combat Vehicle Use". Component and boot feature hangtags may be attached to the boots.

3.10 Workmanship. The finished boots shall conform to the quality of product established by this document. The occurrence of defects shall not exceed the contractor's own quality assurance standards and the quality assurance standards defined by the technical data in the bid package.

4. VERIFICATION

4.1 Classification of inspections. The inspection requirements specified herein are classified as follows:

a. First article inspection (see paragraph 4.2).
b. Conformance inspection (see paragraph 4. 3).

4.2 First article inspection. First article inspection when required (see 3.1) shall be examined for the defects specified in 4.4.3 and tested for the characteristics in 4.4.4.

4.3 Conformance inspection. Conformance inspection shall include the examinations of 4.4.1 through 4.4.1.3 and 4.4.3 and the testing in 4.4.2 and 4.4.4. Unless otherwise specified sampling for inspection shall be performed in accordance with ANSI/ASQC Z1.4.

4.4 Component and material inspection.

4.4.1 In-process inspection. Inspection shall be made at any point or during any phase of manufacturing to determine whether the components are as specified or operations and/or assemblies are accomplished as specified. The Government reserves the right to exclude from consideration for acceptance any material or service for which in-process inspection has indicated nonconformance.

4.4.1.2 In-process examination. Examination shall be made for the component defects listed in 4.4.1.1 through 4.4.1.3 and classified as specified. The lot size shall be expressed in units of upper assemblies prepared for lasting. The sample unit shall be one completely fabricated upper assembly prepared for lasting.

4.4.1.3 Examination uppers after all fitting. The upper assemblies shall be examined for the defects listed in Table IX. The lot size shall be expressed in units of upper assemblies prepared for lasting. The sample unit shall be one completely fabricated upper assembly prepared for lasting.

**TABLE IX. <u>Examination of Upper After All Fitting Defects</u>**

| Examine | Defect | Classification Major | Minor |
|---|---|---|---|
| Construction and workmanship (general) affixed | Any component missing or not specified type | 101 | |
| | Any component misplaced or not as specified | 1/ | |
| | Vamp stitched more than 5/32 inch from edge at throat | 102 | |
| | Vamp stitched more than 3/32 inch from edge at throat, but not more than 5/32 inch | | 201 |
| | Vamp throat or wings not skived | 103 | |
| | Counterpocket not skived as specified | | 202 |
| Quality of leather | Thickness more than 1/2 ounce less than minimum specified | 104 | |
| | Thickness less than specified minimum, but not exceeding 1/2 ounce less | | 203 |
| | Thickness more than maximum specified | | 204 |
| | Off-stretch cut | 1/ | |
| | Slaughter cut | 1/ | |

1/ This defect shall be scored as major when seriously affecting serviceability, and as a minor when not seriously affecting serviceability.

4.4.1.4 <u>Examination of boot before last pulling</u>. The partially fabricated boots shall be examined for the defects listed in Table X. The lot size shall be expressed in units of partially fabricated boots. The sample unit shall be one partially constructed boot assembled to the point just prior to pulling off the last.

**TABLE X. <u>Examination of Boot Before Last Pulling Defects</u>**

| **Examine** | **Defect** | **Classification Major** | **Minor** |
|---|---|---|---|
| Bottom of boot | Any component missing, sized wrong, malformed or not specified type | 105 | |
| | Upper damaged | 1/ | |
| | Poor heel seat, side, or toe lasting | 1 | |
| | Insole tack not removed | 106 | |
| Upper part of boot | Uppers not firmly pulled down to last | 1/ | |
| | Lace openings less than 5/8 inch or more than 7/8 inch | 107 | |

1/ This defect shall be scored as major when seriously affecting serviceability, and as a minor when not seriously affecting serviceability.

00111

4.4.2 Component testing. The components shall be tested for the characteristics listed in Table IX. The methods of testing specified where applicable shall be used. The sampling plan shall be as follows:

| Lot size (yards or units) | Sample size |
|---|---|
| Under 800 | 2 |
| 801 – 22,000 | 5 |
| 22,001 and above | 8 |

**TABLE XI. Component tests.**

| Component | Characteristic | Requirement Paragraph | Test Method |
|---|---|---|---|
| **Upper leather** | | 3.4.1 | MIL-PRF-3122J |
| **Insole** | Thickness | | |
| | Welt/Stitch down | 3.4.2 | ASTM D 1777 1/ |
| | DMS Construction | 3.4.2 | ASTM D 1777 1/ |
| | Fungal resistance | 3.4.2 | ASTM D 3273 |
| | Wet Tensile | 3.4.2 | SATRA MTM-2 |
| | Flexing Index | 3.4.2 | SATRA MTM-3 |
| | Abrasion Resistance | | |
| | Cellulose board | 3.4.2 | SATRA MTM-14 |
| | Non-Woven board | 3.4.2 | SATRA MTM-31 |
| | Transverse Tensile-Dry | 3.4.2 | SATRA MTM-80 |
| | Dimensional Stability | 3.4.2 | SATRA MTM-98 |
| | Peel Strength | 3.4.2 | SATRA MTM-101 |
| **Counters** | Initial Collapsing Load (N) | 3.4.3 | SATRA MTM-83 |
| | Resilience (%) | 3.4.3 | SATRA MTM-83 5/ |
| | Moisture Resistance (%) | 3.4.3 | SATRA MTM-83 6/ |
| | Area Shape Retention (%) | 3.4.3 | SATRA MTM-83 |
| **Fabrics:** Nylon duck fabric | | 3.4.4.1.1 | |

| | | | |
|---|---|---|---|
| Laminated cloth | Martindale Abrasion<br>Fabric Only, Dry<br>Bursting Strength<br>Fabric Only | 3.4.4.1.2<br><br>3.4.4.1.2 | ASTM D 4966 3/<br><br>ASTM D 3787 |
| Back seam tape | | 3.4.4.1.3 | A-A-52071/MIL-PRF-5038 (see 3.4.4.1.3) |
| Vamp lining<br>Binding tape<br>Backstay and ankle reinforcement tape | | 3.4.4.1.4<br>3.4.6<br>3.4.7 | A-A-55296<br>MIL-PRF-5038<br>MIL-W-17337 |
| **Box Toe** | | 3.4.5 | |
| **Collar foam** | | 3.4.8 | |
| **Shanks** | | 3.4.9 | |
| **Speed lace** | | 3.4.10 | |
| Eyelets | | 3.4.11 | |
| **Drainage eyelets** | | 3.4.12.1 | |
| **Washers** | | 3.4.12.2 | |
| **Solid midsole** | | 3.4.13.1 | |

00113

TABLE XI. Component tests (Cont'd).

| Component | Characteristic | Requirement Paragraph | Test Method |
|---|---|---|---|
| **Rocker Heel** | | | |
| Cushion Midsole | Overall thickness at back of heel | 3.4.13.2 | Visual |
| | Overall thickness at one inch forward from back of heel | 3.4.13.2 | Visual |
| | Overall thickness at toe | 3.4.13.2 | Visual |
| | Overall thickness at ball | 3.4.13.2 | Visual |
| | Overall thickness at heel breast transition | 3.4.13.2 | Visual |
| | Bottom length of heel from back of heel to beginning of radius 0.1877 on size 13 | 3.4.13.2 | Visual |
| | Radius of transition from bottom of heel to radius of heel breast | 3.4.13.2 | Visual |
| | Radius of heel breast | 3.4.13.2 | Visual |
| **Polyether Polyurethane** | Density (gm/cc) | 3.4.13.2.1 | ASTM D 297 |
| | Hardness (shore A) | 3.4.13.2.1 | ASTM D 2240 10/ |
| | Tensile strength (kgf/cm sq) | 3.4.13.2.1 | ASTM D 3574 8/ |
| | Elongation (%) | 3.4.13.2.1 | ASTM D 3574 8/ |
| | Tear strength Die T (kg/cm) | 3.4.13.2.1 | ASTM D 3574 8/ |
| | Volume swell (%) w/ ASTM Oil #3 (at 24 hrs) | 3.4.13.2.1 | ASTM D 471 1/ 8/ |
| | Compression Set % | 3.4.13.2.1 | SATRA MTM-64 9/ |
| | Ross flex (1x6 inch) at 5°C | 3.4.13.2.1 | ASTM D 1052 4/ 11/ |
| **Outersole** | | 3.4.13.3 | 1/ |
| **Rubber Compound** | NBS abrasion | 3.4.13.3.1 | ASTM D 1630 |
| | Hardness (shore A) | 3.4.13.3.1 | ASTM D 2240 |
| | Stitch Tear (dry) | 3.4.13.3.1 | ASTM D 4786 |
| | Stitch Tear (Fuel B) | 3.4.13.3.1 | ASTM D 4786 7/ |
| | Die C tear strength | 3.4.13.3.1 | ASTM D 624 |
| | Ross flex, Oil #3 | 3.4.13.3.1 | ASTM D 1052 |
| | Volume swell, Fuel B (@ 46 hrs) | 3.4.13.3.1 | ASTM D 471 |
| | Non-marking | 3.4.13.3.1 | SATRA MTM-223 |
| | Tensile | 3.4.13.3.1 | ASTM D 412 |
| | Elongation | 3.4.13.3.1 | ASTM D 412 |
| **Thread, nylon** | | 3.4.14 | 1/ |

00114

**TABLE XI. Component tests (Cont'd).**

| Component | Characteristic | Requirement Paragraph | Test Method |
|---|---|---|---|
| **Removable cushion Inserts** | | | |
| | Density | 3.4.15 | ASTM D 3574 |
| | Foam hardness | 3.4.15 | ASTM D 2240 |
| | Tensile strength | 3.4.15 | ASTM D 3574 |
| | Compression set @ 25% | 3.4.15 | ASTM D 3574 |
| | Compression set @ 50% | 3.4.15 | ASTM D 3574 |
| **Fabric Top Cover** | Martindale Abrasion | | |
| | Fabric Only; Dry | 3.4.4.1.2 | ASTM D 4966 2/ |
| | Bursting Strength | | |
| | Fabric Only | 3.4.4.1.2 | ASTM D 3787 |

1/ A thickness gauge of the dead-weight type equipped with a dial graduated to read directly to 0.001 inches shall be used. The presser foot shall be circular, with a diameter of 1.129 (± 0.001) inches and with moving parts weighted to apply a total load of 0.60 (+/- 0.03) pounds per square inch (psi) to the specimen. The anvil shall be not less than 1.129 inches in diameter. The presser foot and anvil surface shall be paned to within 0.001 inches and shall be parallel to each other to within 0.001 inches.

2/ Testing shall be in accordance with the applicable methods specified in MIL-C-41814 and MIL-PRF-3122J.

3/ Martindale Tester; Pressure applied: 12 kPa; visually examine specimens after each 3200 cycles; abradant changed after each 3200 cycles.

4/ Method modified to include 2mm Texon board glued onto the specimens and conducted at -5 degrees C.

5/ Resilience is percentage retention of initial collapsing load after ten collapses.

6/ Moisture resistance is percentage retention of initial dry collapsing load after 1 hour immersion.

7/ Test conducted after 46 hours in Fuel B at Room Temperature.

8/ Thickness of test sample used shall equal 12.7mm (0.5 in) from test slabs or 6.0mm from actual cushioned midsoles. Actual cushioned midsoles shall be used for verification testing only. However, all test reports used for conformance purposes and submitted to the Government shall use test slabs.

9/ Thickness of test sample used shall equal 12.7mm (0.5 in) from test slabs or 19.0mm from actual cushioned midsoles. Actual cushioned midsoles shall be used for verification testing only.

However, all test reports used for conformance purposes and submitted to the Government shall use test slabs.

10/ Thickness of test slab shall be as stated in the respective ASTM method.

11/ Thickness of test sample used shall equal 10.0mm (0.39 in) from test slabs or 6.0mm from actual cushioned midsoles. Actual cushioned midsoles shall be used for verification testing only. However, all test reports used for conformance purposes and submitted to the Government shall use test slabs.

4.4.3 End item visual examination. The end items shall be examined for the defects listed in Table XI below. The lot size shall be expressed in units of boots. The inspector shall check to see that insoles are inserted in the boots. For the pairing examination, and when determining possible differences in outersole thickness, the pair shall be examined together. During the inspection for the defects listed within the "End item visual examination." Defect Table, the minor defects or departures from specification requirements listed in the table shall be observed and recorded. Presence of these departures shall not result in the rejection of the lot, but the plant quality assurance and the Government personnel reserve the right to establish and impose lot rejection criteria when either the frequency or severity of the presence of these departures warrant. These additional rejection criteria may be invoked at any time during the life of the contract when the Government judges this action to be in their best interest. Defects of pairing shall be classified as a single defect. The vamp of each boot shall be examined for break of leather in accordance with the procedures outlined below:

**Table XI. End item visual examination.**

| Examine | Defect | Classification Major | Minor |
|---|---|---|---|
| Pairing | Not properly mated; i.e, not right and left of same Size | 109 | |
| | Variation in color, or appearance | * | |
| | Variation of more than 1/4 inch in height of pair | 110 | |
| | Difference in Outersole thickness between left/right boot | * | |
| | - more than 3/32inch | 111 | |
| | - more than 1/16 inch but less than 3/32 | | 205 |
| Nylon quarter and Gusset | Mend or week spot | 112 | |
| | Two or more yarns missing | 113 | |
| | Quarter cut on the bias | 114 | |
| | Abrasion, spot, stain or discoloration | 1/ | |
| Construction & Workmanship (general) | Cut, tear, hole, repair, or factory damage | 1/ | |
| | Wrinkled or bunched area at the back seam | 1/ | |
| | Component or assembly omitted or misplaced, operation omitted or not properly performed | | |

| | | | |
|---|---|---|---|
| | (unless otherwise classified herein | 1/ | |
| Webbing | Not firmly and tightly woven, edges frayed or scalloped | 115 | |
| Seams & stitching (upper) | Open seam not repaired 2/ | 116 | |
| | Quarter panel and gusset fabric not caught in second row of inside eyelet stay stitching | | 206 |
| | One or more run-off stitches | 117 | |
| | Loose tension resulting in a loosely secured seam | 1/ | |
| | Tight tension resulting in puckering or cutting of leather | 1/ | |
| | Wrong stitch type | 118 | |
| | Row of stitching with less than 8 stitches per inch, but not less than 6 stitches per inch 3/ | | 207 |
| | Any row of stitching with less than 6 stitches per inch 3/ | 119 | |
| | More than the specified maximum number of stitches 3/ | 1/ | |

**Table XI. End item visual examination cont'd.**

| Examine | Defect | Classification Major | Minor |
|---|---|---|---|
| Seams & stitching (upper) cont'd | Gage of stitching not as specified or irregular | 1/ | 208a |
| | Stitching omitted where required | 1/ | |
| | Thread ends not trimmed throughout boot 4/ | | 208b |
| | Needle holes or needle chew | 1/ | |
| | Sand hole (i.e., tongue not properly caught in at throat ) | | 209 |
| Vamp or counter pocket stitching at outersole junction | One or more rows of defective stitching not repaired | 120 | |
| | Repaired, but first stitch more than 1/4 inch from outersole junction | 121 | |
| | Repaired with one stitch in lieu of two or more stitches | | 210 |
| Outersole & Soling System | Thickness not as specified | 122 | |
| | Flash edges not removed by scouring affecting appearance | | 211 |
| | Edge scouring irregular affecting appearance | | 212 |
| | Other defects in tread or edge area | 1/ | |
| | Incomplete or incorrect bonding of outersole to cushion midsole (i.e., not securely attached) 5/ | 1/ | |
| | Incomplete or incorrect bonding of rubber midsole to cushion midsole (i.e., not securely attached) 5/ | 1/ | |
| | Incomplete or incorrect bonding of rubber midsole to upper (i.e., rubber not securely attached) 5/ | 1/ | |
| Counters | Rolled or curled counter | 1/ | |
| | Soft counter | | 213 |
| Speed laces | Number of speed lace loops not as specified, but each row has the same number | | 214 |
| | Not the same number of loops in each row | 123 | |
| | Loops not properly spaced within the row or misaligned between the rows to an extent interfering with proper lacing | 1/ | |
| | Loops not perpendicular to edge of quarters or parallel to each other | | 215 |
| | Loops not securely riveted | 124 | |
| | Distance from center of rivet to edge of quarter less than 7/32 or more than 9/32 inch | 1/ | |
| Gusset | Binding omitted | 125 | |

00118

**Table XI. End item visual examination cont'd.**

| Examine | Defect | Classification Major | Classification Minor |
|---|---|---|---|
| Marking, instruction tag and bar code | Missing, incomplete, incorrect, not applied in the specified manner, misplaced, illegible, or not specified size or not readable by scanner not visible | | 216 |
| | Causes damage to end item | 126 | |
| Insole | Short or long | 1/ | |
| | Any protruding lasting staple or prong | 127 | |
| | Any protruding shank prong on insole | 128 | |
| | Any protruding point of lasting staple or point of tack forward of heel breast line found in the sample, shall cause rejection of the lot represented | 129 | |
| Removable cushion inserts | Missing, wrong size | | 217 |
| Heel finishing | Heel not finished square and smooth, affecting Appearance | | 218 |
| Eyelets, quarter | Number of eyelets, not as specified; but each row has the same number | | 219 |
| | Not the same number of eyelets in each row | 130 | |
| | Eyelets not properly spaced within the row or misalignment between the rows to an extent interfering with proper lacing | 1/ | |
| | Edge of any eyelet more than 5/16 inch from the edge of the quarter | | 220 |
| | Eyelet not securely clinched | | 221 |
| Drainage eyelets and washers | Components omitted | 131 | |
| | Not securely clinched, or not inserted as specified | 1/ | |

1/ This defect shall be scored as major when seriously affecting serviceability or appearance, and as minor when not seriously affecting serviceability.
2/ A seam shall be classified as open when one or more stitches joining a seam are broken or when two or more consecutive skipped or run-off stitches occur. On multiple stitched seams, a seam is considered open when either one or both sides of the seam are open. When the above conditions occur on the inside of the boot, it shall be scored as a footnote (1/) defect
3/ A plus tolerance of 3 stitches per inch will be allowed when stitching over heavy places or turning sharp corners.
4/ Upon occasion when some insignificant thread ends are noted during inspection (audit) they will not be cause for lot/shipment rejection. In-plant corrective action shall be made on current and future production.

00119

5/ The term "bonding" in the "Outersole & Soling System" section of Table XI shall be interpreted as the respective attachment method used for the component (i.e. either DMS/vulcanization or stitched construction).

4.4.4 End item testing. The finished boot shall be tested for the characteristics listed in Table XII. The sample unit for all tests shall be one boot. All test results shall contain the individual values utilized in expressing the final result. For all tests, the sample size shall be five boots regardless of lot size and the lot shall be unacceptable if one or more sample units fail to meet any requirement specified.

**Table XII. End item tests.**

| Characteristic | Requirement Paragraph | Test Method |
|---|---|---|
| Bond strength | | |
| Entire sole to upper DMS only | 3.4.13.4. | ASTM D 816 and 4.5.1 |
| Solid midsole to cushion midsole | 3.4.13.4.1.1 | ASTM D 816 and 4.5.1 |
| Outersole to cushion midsole | 3.4.13.4.1.2 | ASTM D 816 and 4.5.1 |
| Toe adhesion (DMS) only | 3.4.13.4.2 | ASTM D 816 and 4.5.2 |
| Height | 3.5.2 | visual |
| Weight | 3.5.3 | visual |
| Backstay Seam Strength | 3.7.4.3 | ASTM D 2208 1/ and 4.5.3 |

1/ Except that the face jaw shall be 1 by 1 inch and the back jaw shall be 1 by 3 inches.

4.5 Methods of test.

4.5.1 Bond strength test. The test shall be used to measure the bond strength of: entire sole to boot upper, solid midsole to cushion midsole, and outersole to cushion midsole.

(Note: The components of the three-layer soling system shall be layered in such a manner that the specified Bond Strengths will be achieved. If test results find values to be less than specified due to material failure in regard to the bond between the layers, the test will be classified as a failure.)

4.5.1.1 Specimen. The specimen shall be one boot (size 10R) on which the sole has aged at least 2 days after bonding. The two layers of the surface being tested shall be separated for a distance of approximately 2.5 inches from the toe end of the specimen.

4.5.1.2 Apparatus. A power-driven portable adhesion machine, or an approved portable testing device of equal performance, shall be used. For the Bond strength test of solid midsole to

cushion midsole, and of outersole to cushion midsole, the rate of travel of the power-actuated grip shall be 2 inches per minute. For the Bond strength test of the entire sole to the boot upper (DMS only), the rate of travel of the power-actuated grip shall be 10 inches per minute. The machine shall be operated with a device for maintaining maximum load indication.

4.5.1.3 Procedure. The separate toe ends of the specimen shall be clamped in the jaws of the machine. The specimen shall extend outward at right angles to the direction of the application load. The machine shall be started, and the surface being tested (i.e. upper to base, base to midsole, or midsole to outsole) shall be pulled apart to a distance not more than 4.5 inches from the toe. Upon attaining that degree of separation, the maximum load indicated on the machine shall be read and recorded. If the required load is achieved (at any time during the pull test), the test is deemed as passing. The procedure shall be repeated for each surface tested.

4.5.2 Toe adhesion (DMS only).

4.5.2.1 Specimen. The test specimen shall be a single finished boot of any size.

4.5.2.2 Procedure. The apparatus shall be the SATRA Sole Adhesion tester STD 185/S or 185 equipped with toe piece 185/5 having a arc length of 22 mm, a radius of 1-1/4 inch and a toe piece length of 12.7 mm. A description of such apparatus may be found in SATRA Test Method AM4. Adjust the height of the anvil to suit the sole thickness using the packing pieces provided. The forepart of the sole should be approximately horizontal or sloping slightly downward towards the toe. Check the zero of the load gauge and correct if necessary. Place the test boot without a last on the anvil of the adhesion tester so that the toe piece of the instrument is inserted in the featherline groove between the sole and upper. Grasp the boot firmly and press down on the back so that the load increases steadily. If possible, apply the load at such a rate that the test is completed in about 3 seconds. Push the boot against the pressure block when applying the load to prevent the toe of the boot from slipping out of engagement with the toe piece of the instrument. However, avoid digging the toe piece into the upper material excessively as this may affect the result obtained. Slipping is less likely to occur if boots are tested before edge trimming. When the sole begins to separate from the upper (for a distance of approximately 1/8 inch Q mm] in from the feather edge) read the load on the instrument. This is usually a maximum value; the load dropping as further separation takes place.

4.5.3 Backstay seam strength test.

4.5.3.1 Specimen. The same boot used for the bond strength test may be used for this test. The test specimen shall be a single finished boot of any size prepared as follows: The fabric quarters shall be cut from the leather upper and edge stay and cut down the specimen to the seam, 1-1/2 to 2 inches above the bottom of the backseam.

4.5.3.2 Procedure. The apparatus for measuring backstay seam strength shall be as described in ASTM-D-2208, except that the face jaw shall be 1 by 1 inch and the back jaw shall be 1 by 3 inches. Insert the specimen marked as described in Section 4.5.3.1 in the clamps so that the seam is centered between the jaws with the line in the center of the jaw faces and set the machine in

operation. The maximum value attained during separation shall be taken as the backstay seam strength.

5. PACKAGING.

5.1 Packaging. For acquisition purposes, the packaging requirements shall be as specified in the contract or order (see 6.2). When actual packaging of material is to be performed by DoD or in-house contractor personnel, these personnel need to contact the responsible packaging activity to ascertain requisite packaging requirements. Packaging requirements are maintained by the Inventory Control Point's packaging activities within the Military Department or Defense Agency, or within the military service's system commands. Packaging data retrieval is available from the managing Military Department's or Defense Agency's automated packaging files, CD-ROM products, or by contacting the responsible packaging activity.

6.0 NOTES

6.1 Intended use. The boots are intended for wear by military personnel of the Department of Defense in Hot Weather Wet Environments, Hot Weather Dry Environments, Garrison Environment and during combat. As the combat environment is more severe than that seen during commercial wear and use, it is expected that the items procured by the US Government will be superior to those found commercially. Any item not meeting the performance(s) specified herein, or which does not meet commercial standards for retail production and purchasing will not be accepted by the US Government for use by its Military personnel.

6.2 Acquisition requirements. Acquisition documents must specify the following:

a. Title, number and date of this specification.
b. Sizes and widths required (see 1.2).
c. ASSIST will be cited in the solicitation, and if required, the specific issue of individual documents referenced (see 2.2)
d. When first article is required, (see 3.1 and 4.2).
e. Inclusion of specific instructions regarding arrangement for examinations, quantity, testing and approval (see4.3).
f. Packaging requirements (see 5.1)

6.3 First article. When a first article is required, it shall be inspected and approved under the appropriate provisions of Federal Acquisition Regulation (FAR) 52.209-4. The first article should be a pre-production sample. The contracting officer should specify the appropriate type of first article and the number of units to be furnished. The contracting officer should also include specific instructions in acquisition documents regarding arrangements for selection, inspection, and approval of the first article (see 3.1 and 4.2).

6.4 Certificate of compliance. When certificates of compliance are submitted for a stated requirement the Government reserves the right to inspect and test such items to determine the validity of the certification.

6.5 Subject term (key word) listing.

Footwear
Jungle
Desert
Leather
Inserts
Outsoles

6.6 Changes from previous issue. Marginal notations are not used in this revision to identify changes with respect to previous issues, due to extensiveness of changes.

Custodians:

Army – GL

Preparing Activity

DLA - CT

Project No. 8430-2006-002

**Use and Care Instructions**
**Army Combat Boot (Hot Weather)**

1. Wear with: 1 pair of socks, cushion sole, acrylic, polyester olefin or nylon/lycra blend or other depending on safety/uniform requirements; 1 pair of insole inserts if desired.

2. Sizes. These boots are supplied in whole and half sizes 2 through 16 and widths N (B), R (D), W (EE), and XW (EEEE). In some instances, it may be necessary to select a slightly larger size than normally worn in order to allow for normal swelling of the feet and the use of insole inserts or cushioned socks.

3. Pull on boot seating heel firmly into place, then lace. Boots should fit snugly but not tightly. There should be at least a 3/4-inch minimum additional length at toe.

4. Trousers should be bloused over the outside and below the comfort collar of the boot.

5. Break-in: DO NOT soak boots in water or bake in an oven to break-in. Boots should be worn-in gradually at first with ever-increasing walking or marching distances while remaining comfortable. If blistering occurs, check to make sure that boots are fitted properly and that you are wearing recommended socks.

6. Your Combat Boots are made of water resistant materials. Boots may become damp or wet due to excessive perspiration or water coming over the top of the boot or in through the drainage eyelets. If boots become wet, empty excess water, change socks, and continue to wear while changing socks regularly. Boots will dry much faster when worn than if left to stand and dry. DO NOT expose boots to excessive heat to dry, including hair dryers, heating vents, stoves etc.

7. Your Combat Boot is designed for maximum performance in a field environment. Do not apply polish to your Combat Boots.

8. Your Combat Boots are designed to be easy to care for. The nylon quarter side panels of your boots are as strong as leather and will last if cared for properly. To clean your Combat Boots, brush with stiff nylon bristle brush to clean and then use warm water. Do not use soap to clean your boots. If additional, more stringent cleaning is necessary, only water-soluble cleaning products should be used as oil- or alcohol-based cleaning products may damage your boots.

9. Your Combat Boots come with a replaceable rubber outsole. Do not wear sole past rubber outsole into the softer midsole material or permanent damage to your boots will occur. The midsole is the soft cushioned material between the rubber lug outsole and the boot upper.

10. (Must include information on how/where the boots can get resoled or who to contact to receive information on resoling.)

**Attachment 1. <u>Care and Use Instruction Tag</u>**



**<u>Figure 1a</u>. Army Combat Boot (Hot Weather)**



**Figure 2a**. Close up view of Vamp/Gusset seam (front view).



**Figure 2b. Close up view of Vamp/Gusset seam (lateral view).**