Exhibit 6

Wolverine Technical Proposal, Product Demonstration Models, Solicitation SP0100-06-R-0007 (8/2/2006)

**(REDACTED)**