Exhibit 8

Letter from Thomas Darcy to Ron Woznick (2/5/2007)

**(REDACTED)**