Exhibit 9

Wolverine Technical Proposal, Past Performance/Experience, Solicitation SP0100-06-R-0044 (8/31/2006)

**(REDACTED)**