**ADDENDUM TO 52.212-1 (continued)**

**ATTACHMENT 1 – TECHNICAL PROPOSAL EVALUATION FACTORS (To be addressed in Volume I of the offeror's proposal in accordance with Special Instructions for the Submission of Source Selection Proposal Information on Addendum to provision 52.212-1, *Instructions to Offerors – Commercial Items*)**

**(1) PAST PERFORMANCE / EXPERIENCE** (First Evaluation Factor)

(a) **Experience** (First Evaluation Subfactor)

The offeror shall describe the extent of experience producing the same or similar item(s) for a commercial or Government entity within two years preceding the solicitation closing date. For each contract, the offeror shall provide:

(1) The contract/order number.
(2) Date of the contract/order.
(3) The commercial or Government entity point of contact (name, address and telephone number).
(4) Average dollar amount of the contract per annum.
(5) Total contract/order quantity.
(6) Quantity shipped per month.
(7) Period of performance.
(8) Brief description of the item(s), including the National Stock Number (NSN) and specification number, if applicable.

(b) **Quality of Items / Delivery Performance** (Second Evaluation Subfactor)

For each contract identified in response to paragraph (a) above, the offeror shall:

(1) describe the quality of items delivered. For substandard quality, the offeror shall specifically address any warranty actions taken, quality deficiency reports issued, or returned merchandise (including one-for-one exchanges). The description of the problem shall also include an explanation for its occurrence, a clear plan or evidence of measures taken to preclude a recurrence and whether or not it was the offeror's fault or subject to mitigating circumstances and

(2) specifically indicate whether the items were delivered on time, ahead of or behind schedule. If the items were not delivered on time, the offeror shall also provide the number of days delivered ahead of or behind schedule, whether revised delivery schedules were granted and an explanation for any delivery extensions. For delinquent delivery, the description shall also include an explanation for its occurrence, a clear plan or evidence of measures taken to preclude a recurrence and whether or not the problem was the offeror's fault, otherwise excusable or subject to mitigating circumstances.

c) **Compliance with Contractual Socioeconomic Subcontracting Goals** (Third Evaluation Subfactor)

The offeror shall provide a description of its subcontracting with Small Business (SB) Concerns, Small Disadvantaged Business (SDB) Concerns, Women-Owned Small Business (WOSB) Concerns, Historically Black Colleges and Universities (HBCU) and Minority Institutions (MI), HUBZone Small Business (HUBZone SB) Concerns, Veteran-Owned Small Business Concerns, Service-Disabled Veteran-Owned Small Business Concerns, and Javits-Wagner-O'Day Act (JWOD) entities. (Reference DLAD provision 52.215-9003, *Socioeconomic Evaluation*; 52.215-9005 and *Javits-Wagner-O'Day Act Entity Support Evaluation*, as contained in a contract in effect during the period two years prior to this solicitation's closing date.) The offeror may submit Standard Form (SF) 294, Subcontracting Report for Individual Contracts; SF 295, Summary Subcontract Report; and/or a similar report with narrative comparing planned performance with actual performance by business category.

**52.212-2 EVALUATION--COMMERCIAL ITEMS (JAN 1999) TAILORED**

(a) The Government will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following non-cost/price factors, in descending order of importance, shall be used to evaluate offers:

(1) Past Performance / Experience
--Subfactors*:
(a) Experience
(b) Quality of Items / Delivery Performance
(c) Compliance with Contractual Socioeconomic Subcontracting Goals
(*NOTE: The Past Performance / Experience subfactors above are also listed in descending order of importance with the exception of the first two, "(a) Experience" and "(b) Quality of Items / Delivery Performance", which are of equal importance. In other words, the first two subfactors are equally important and more important than the last subfactor.)

(2) Bill & Hold
(a) Warehouse functions
(b) Inventory Accounting System
(c) Distribution Plan
(d) Managerial Reporting
(*NOTE: The Bill & Hold subfactors above are of equal importance)

(3) Socioeconomic Support

(4) Javits-Wagner-O'Day (JWOD) Entity Support

**The Non-Cost/Price Evaluation Factors listed above will be evaluated and rated in accordance with the criteria listed on the pages which immediately follow.**

Technical and past performance, when combined are:

[X] Significantly more important than cost or price. As technical and past performance factors become more equal, the evaluated cost or price becomes more important.

[ ] Approximately equal to cost or price

[ ] Significantly less important than cost or price. As the evaluated cost/price becomes more equal, relative importance of technical and performance evaluation factors becomes more significant.

(b) *Options*. The Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. The Government may determine that an offer is unacceptable if the option prices are significantly unbalanced. Evaluation of options will not obligate the Government to exercise the options.

(c) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the

Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

**(1) Evaluation of Past Performance / Offeror Experience**

For the period two years prior to the solicitation closing date, the Government will assess offeror-submitted past performance information, as well as relevant information from any other sources, for use as an indicator to successful contract performance. Specific subfactors to be evaluated are as follows:

(a) Experience
(b) Quality of Items / Delivery Performance.
(c) Compliance with Contractual Socioeconomic Subcontracting Goals

The currency and relevance of the information, source of the information, context of the data, volume of business and general trends in performance will be considered. Offerors may be given an opportunity to address especially unfavorable reports of past performance and the offeror's response or lack thereof will be taken into consideration.

**(2) Bill & Hold** – The Government will evaluate the offeror's demonstration of capabilities to perform within the terms of Bill & Hold functions in accordance with the Bill and Hold Statement of Work and Addendum to 52.212-1 – Attachment 1 of this solicitation.

**(3) Evaluation of Socioeconomic Support**

52.215-9003 SOCIOECONOMIC EVALUATION (OCT 1996) - DLAD

The Socioeconomic Proposal provided by the offeror under 52.215-9002 will be evaluated on a comparative basis among all offerors. An offeror that proposes a higher percentage, complexity level, and variety of participation by small, small disadvantaged and women-owned small businesses combined, generally will receive a higher rating on this factor. An offeror's efforts to develop additional opportunities for small, small disadvantaged and women-owned small businesses will also be comparatively evaluated with the proposals of other offerors. Offerors' proposals for socioeconomic support will be made a part of any resulting contract for use in determining how well the contractor has adhered to its socioeconomic plan. This plan will be monitored by the cognizant Defense Contract Management Agency's small business office as a means of assisting the contracting officer in determining how well the contractor has in fact performed. This determination will then be used as a consideration prior to option exercise and future source selection decisions. Performance on prior contracts in subcontracting with and assisting small, small disadvantaged, and women-owned small businesses will be part of past performance evaluation.

**(4) Evaluation of Javits-Wagner-O'Day (JWOD) Act Entity Support**

52.215-9005 JAVITS-WAGNER-O'DAY ACT ENTITY SUPPORT EVALUATION (DEC 1997) - DLAD

ADDENDUM TO 52.212-2

## ADJECTIVE RATING SYMBOLOGY

- **Exceptional.**
  - Past Performance: The offeror's record of past performance (experience, quality of items / delivery performance, and, if an unrestricted acquisition, compliance with contractual socioeconomic subcontracting / mentoring goals) demonstrates that the offeror meets contractual requirements and exceeds many requirements to the Government's benefit. Contractual performance is accomplished with few minor problems for which corrective actions taken by the offeror were highly effective. The offeror has extensive experience with items/services of the similar kind and complexity as the solicited items/services. Experience is on commercial or government contracts.
  - Bill and Hold Plan: The offeror's Bill and Hold Plan demonstrates that the offeror is currently performing the warehousing, inventory accounting, distribution, and managerial reporting functions that meet the requirements cited in the Bill and Hold Statement of Work. The offeror must have an existing computer system in place that has successfully transmitted and received Bill and Hold transactions. An overall rating of this magnitude indicates a comprehensive understanding of the technical requirements and an ability to provide an acceptable quality product/service with the highest probability of successful contract performance.

An overall rating of this magnitude indicates a comprehensive understanding of the technical requirements and an ability to provide an acceptable quality product/service with the highest probability of successful contract performance.

- **Very Good.**
  - Past Performance: Past performance meets contractual requirements and exceeds some to the Government's benefit. Contractual performance is accomplished with some minor problems for which corrective actions taken by the offeror were effective. The offeror's experience is with items/services of the similar kind and complexity as the solicited items/services and is on commercial or government contracts.
  - Bill & Hold: The offeror's Bill and Hold Plan demonstrates that the offeror has experience with warehousing, inventory accounting, distribution, and managerial reporting functions similar to the requirements cited in the Bill and Hold Statement of Work (SOW), but does not have a computer system in place that has successfully transmitted and received Bill and Hold transactions. The Bill and Hold Plan contains adequate features that indicate a good probability of successfully meeting the requirements of the SOW.

An overall rating of this magnitude indicates an understanding of the technical requirements and an ability to provide an acceptable quality product/service with a very good probability of successful contract performance.

- **Satisfactory.**
  - Past Performance: Past performance meets contractual requirements. Contractual performance includes some minor problems for which corrective actions taken by the offeror appear or were satisfactory.
  - Bill & Hold: The offeror's Bill and Hold Plan indicates that the offeror has no little or no experience, but submitted a plan that contains adequate features in the areas of warehousing, inventory accounting, distribution, and managerial reporting functions and indicates the potential of successfully meeting the requirements of the Statement of Work.

An overall rating of this magnitude indicates an understanding of the technical requirements and an ability to provide an acceptable quality product/service with a reasonable probability of successful contract performance.

ADDENDUM TO 52.212-2

## ADJECTIVE RATING SYMBOLOGY (continued)

- **Marginal.**
  - Past Performance: Past performance does not meet some contractual requirements. Contractual performance contains serious problem(s) for which the offeror's corrective actions appear only marginally effective or were not fully implemented.
  - Bill & Hold: The offeror's Bill and Hold Plan indicates that the offeror has had no experience with Bill and Hold. The submitted plan contains deficiencies and omissions sufficient enough to indicate that the requirements of the Statement of Work may not be met.

An overall rating of this magnitude indicates a marginal quality product/service and a questionable probability of successful contract performance.

- **Unsatisfactory.**
  - Past Performance: Past performance does not meet most contractual requirements and recovery did not occur in a timely manner. Contractual performance contains serious problem(s) and corrective actions appear or were ineffective.
  - Bill & Hold: The offeror's Bill and Hold Plan indicates that the offeror has had no experience with Bill and Hold and that the submitted plan is so deficient that it has little to no chance of success.

An overall rating of this magnitude indicates a product/service of unacceptable quality with a low probability or no probability of successful contract performance.

**In the case of an offeror without a record of relevant past performance or for whom information on past performance is not available, the offeror may not be evaluated favorably or unfavorably on past performance.**

**NOTE:** No adjective ratings exist for Socioeconomic Support, and Javits-Wagner-O'Day Entity factors. Proposals received in response to each of these solicitation evaluation factors shall be ranked on a comparative basis; that is, proposals that demonstrate a strong commitment to the applicable program shall be rated more favorably than those that demonstrate little or no commitment. Those proposals demonstrating no commitment or not responding to the applicable solicitation evaluation factor shall be ranked last and identified as **"No Submission"** for that factor. An overall comparative assessment will then be made taking into account all technical evaluation factors and price to determine the source that represents the best value to the Government.