Exhibit 11

E-mail authored by Brenda Vugteveen summarizing
debriefing results with respect to SP0100-06-R-0007 (2/8/2007)

**(REDACTED)**