Exhibit 12

E-mail authored by Brenda Vugteveen summarizing
debriefing results with respect to SP0100-06-R-0044 (3/1/2007)

**(REDACTED)**