**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **WOLVERINE WORLD WIDE, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | No. 07-274C (Hewitt, E.) |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**CERTIFICATION CONCERNING CONTRACT AWARD**

In accordance with the Court's directive at the initial status conference on May 1, 2007, defendant, the United States, hereby certifies that contracts pursuant to Solicitation SPO100-06-R-0007 for the Contract Line Items 0001, 0002, 0006, 0007, and 0008 (i.e., those at issue in this litigation) will not be awarded prior to May 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

**s/** David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. 8th Floor
Washington, D.C. 20530
Tel: (202) 307-0309
Fax: (202) 514-7965

May 3, 2007

**CERTIFICATE OF FILING**

I hereby certify that on May 3, 2007, a copy of the foregoing Certification Concerning Contract Award was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ David A. Levitt