# In the United States Court of Federal Claims

No. 07-274 C
(E-Filed: May 3, 2007)

WOLVERINE WORLD WIDE, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant,

ORDER

Further to the telephonic status conference held on May 1, 2007, the court provides the following schedule for proceedings to determine whether a preliminary injunction (PI) or temporary restraining order (TRO) should be issued in this case, and to guide the preparation of the Administrative Record (AR) to be filed with the court.

A. Briefing Schedule

The court orders the following schedule for briefing on plaintiff's motion for a PI or TRO filed on May 2, 2007 under Rule 65 of the Rules of the United States Court of Federal Claims (RCFC):[1]

1. On or before Tuesday, May 8, 2007, defendant shall file its response to plaintiff's motion. Also, on or before Tuesday, May 8, 2007, the parties

[1]The parties shall, in accordance with U.S. Court of Federal Claims General Order No. 42A, Part I, ¶ 5, provide to chambers in paper form a courtesy copy of any document, which, including exhibits or attachments, would exceed 50 pages when printed.

shall cause to be delivered to the court's chambers sample boots that are the subject of the PI or TRO.

2. On or before 10:00 a.m. EDT on Thursday, May 10, 2007, plaintiff shall file its reply to defendant's response to plaintiff's motion for a PI or TRO.

3. A hearing on the motion for a PI or TRO will be held at the National Courts Building, 717 Madison Place NW, Washington, DC 20005, on Thursday, May 10, 2007 at 3:00 p.m. EDT.

4. The foregoing schedule is promulgated based on the representation of counsel for defendant that no award would be made on or before Tuesday, May 15, 2007.

B. Content of AR

On or before Tuesday, May 15, 2007, defendant shall file with the court, and serve upon opposing counsel, a continuous Bates-stamped AR of the procurement by Defense Supply Center Philadelphia (DSCP) known as Solicitation SP0100-06-R-0007 (Solicitation). The AR shall contain, without limitation, the following documents:

1. any and all procurement planning documents;

2. the Solicitation;

3. all offers submitted to the contracting officer in response to the Solicitation;

4. all documents generated in connection with DSCP decisions to amend the Solicitation;

5. any amendments to the Solicitation;

6. all offers submitted in response to the Solicitation and any amendment to the Solicitation;

7. any and all documents pertaining to exclusion of offerors, including plaintiff, Wolverine World Wide, Inc. (Wolverine), from the competitive range;

8. any and all documents evincing the rationale of DSCP for excluding certain offerors from the competitive range;

9. any and all documents pertaining to evaluation of offers at any stage of the procurement;

10. any and all documents pertaining to the February 7, 2007 debriefing to Wolverine regarding DSCP's decision to exclude Wolverine from the competitive range, including, without limitation, any and all documents pertaining to assertions made by DSCP at the February 7, 2007 debriefing;

11. any and all communications between DSCP and any offeror or offerors during any point in the procurement process, including between DSCP and Wolverine, up to and including May 1, 2007, the date of Wolverine's filing of its protest in this court.

In preparing the AR, defendant shall consider the lettered subsections of Appendix C, ¶ VII of the Rules of the Court of Federal Claims (RCFC). If the record contains no material responsive to a lettered subsection, the government shall note that fact and provide a brief explanation in a preface to the AR.

Defendant shall, after consulting with opposing counsel, assemble, and, at the time of filing the AR, file with the court and serve upon opposing counsel a statutory and regulatory addendum (Addendum) providing citations for all sections of the United States Code, the text of all sections of the Code of Federal Regulations, and the text of all agency and other regulations relevant to the Solicitation and the issues raised in plaintiff's complaint and defendant's defenses thereto. The Addendum need not copy regulations set out in full text in the Solicitation, but the Addendum must list all such regulations and indicate where in the Solicitation any such regulation is set out.

C. Pending Motions

Plaintiff's Motion for Leave to File Complaint Under Seal is GRANTED. With regard to Plaintiff's Motion for Entry of a Protective Order (motion), the court expects to issue a protective order on or before Friday, May 4, 2007, at which time the motion will become MOOT.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge