**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **WOLVERINE WORLD WIDE, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | No. 07-274C (Hewitt, E.) |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

Please notice the appearance of the undersigned, David A. Levitt, as counsel of record for the defendant, the United States, in the above captioned action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

**s/** David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W. 8th Floor

Washington, D.C. 20530
Tel: (202) 307-0309
Fax: (202) 514-7965

May 3, 2007