# In the United States Court of Federal Claims

No. 07-274 C
(E-Filed: May 4, 2007)

WOLVERINE WORLD WIDE, INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant,

ORDER

Pursuant to a telephone conversation with the parties held on Thursday, May 3, 2007, and in clarification of section A, paragraph 1 of the court's Order of May 3, 2007, defendant shall bring the eleven pairs of boots that the agency reviewed when conducting its evaluation to the hearing on Thursday, May 10, 2007.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge