# In the United States Court of Federal Claims

No. 07-274 C
(E-Filed: May 10, 2007)

WOLVERINE WORLD WIDE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

## ORDER

In clarification of the second sentence of paragraph B of its Order filed May 3, 2007, the word "documents" shall be defined to include both paper and electronic documents. Electronic documents include documents created, transmitted, and/or stored in electronic form.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge