# In the United States Court of Federal Claims

No. 07-274 C
(E-Filed: May 10, 2007)

| | |
|---|---|
| WOLVERINE WORLD WIDE, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |

ORDER

Further to the hearing held on May 10, 2007, the court orders the following:

1. The Administrative Record (AR), which the court described in its Order of May 3, 2007 (Order), shall now include, in addition to the items listed in the Order, any and all documents[1] related to the procurement that is the subject of this case that have been generated since May 1, 2007. Such documents shall include, among other items, documentation relating to the eligibility of Addison to continue participation in the procurement, documentation regarding the contracting officer's and source selection authority's decision-making processes, and documentation relating to defendant's investigation into whether or not a new purchase description for the tan boot was issued by DSCP subsequent to the determination of the competitive range.

[1]For purposes of this Order, the term "documents" shall include both paper and electronic documents. Electronic documents include documents created, transmitted, and/or stored in electronic form.

2. On or before Wednesday, May 23, 2007, the parties shall file their respective motions for judgement on the AR.

3. On or before noon on Wednesday, May 30, 2007, the parties shall file their respective responses to the opposing party's motion for judgment on the AR.

4. A hearing on the parties' cross motions for judgment on the AR will be held at the National Courts Building, 717 Madison Place NW, Washington, DC 20005, on Thursday, May 31, 2007 at 10:00 a.m. EDT.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge