**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **WOLVERINE WORLD WIDE, INC.,** | ) | **REDACTED VERSION** |
| **Plaintiff,** | ) | |
| v. | ) | No. 07-274C (Hewitt, E.) |
| **UNITED STATES OF AMERICA,** | ) | Protected Material to be Disclosed Only In Accordance With Court of Federal Claims Protective Order |
| **Defendant.** | ) | |

**SUPPLEMENTAL DECLARATION OF RON WOZNICK**

1. I am Vice President and General Manager of Wolverine World Wide, Inc.'s ("Wolverine's") Bates Uniform Footwear Division.

2. On Friday, March 23, 2007, I visited the Army's Natick Soldier Systems Center in Boston along with my colleague, Jim Schiffelbein (Vice President of Military Sales of Wolverine's Bates Uniform Footwear Division), and Mike Holthe, an Army Footwear Project Officer. The purpose of my visit was to receive updates regarding other projects and did not concern the Hot Weather Boot procurement at issue in this litigation.

3. While at the Natick Soldier Systems Center, Jim and I sought some clarification from the Army regarding how it measured the height of boots [redacted] As part of his explanation of the Army's practice for measuring boot height, Mr. Holthe told me that he believed general industry height measurements should be made from the back of the boot. Subsequent to this trip to the

**REDACTED VERSION**

Natick Soldier Systems Center, I was away from the office on vacation during the last week of March and through the first week of April 2007.

4. After receiving this information from Mr. Holthe and while on vacation, I asked Brenda Vugteveen, a Wolverine Contract Administrator, to substantiate Mr. Holthe's interpretation against the specifications in the Hot Weather Boot PD (Solicitation SP0100-06-R-0007) for measurement of boot height, given the "major deficiencies" Wolverine had been assigned with respect to boot height in that procurement. Ms. Vugteveen determined that the PDs for the Hot Weather Boot procurement required measurement of boot height to occur at the breast of the heel rather than the back of the boot as Mr. Holthe had suggested.

5. Upon my return to the office on April 9, 2007, I instructed Ms. Vugteveen to again request the return of Wolverine's Product Demonstration Models (PDMs) for Solicitation SP0100-06-R-0007 based on this apparent discrepancy between the Army's interpretation of boot height measurements and the terms of the PDs. Wolverine sought return of the PDMs to confirm our increasing suspicion – aroused by Mr. Holthe's comments on March 23, 2007 – that DSCP had incorrectly measured our PDMs, resulting in a prejudicial misevaluation of Wolverine's proposal for Solicitation SP0100-06-R-0007. This litigation followed, commencing May 1, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of May, 2007.

____________________________

RON WOZNICK