Exhibit 13

**(REDACTED)**