# EXHIBITS

SUBJECT: Competitive Range Determination January 16, 2007
SP0100-06-R-0007 – Army Combat Boot HW & Boot HW Black

1. Solicitation SP0100-06-R-0007 was issued on 18 May 2006 as a competitive negotiation on an unrestricted basis and Total Set-Aside, using Best Value Procedures for the manufacture and delivery of a base minimum/maximum quantity of total base minimum/maximum quantity of 354,006/1,443,144 pair of ARMY COMBAT BOOT, HW with four one year options of 265,506/1,327,520 pair (Quantities listed to be spilt into percentages listed below) and base minimum/maximum quantity of 6,552/32,760 pair of BOOT, HW, BLACK with four one year options of 7,500/37,500 pair (To be awarded with Line Item 0001). This solicitation provides for an award scheme that will award five portions, based on the best value evaluations of the offerors' proposals. The solicitation contains eight line items; 0001 Unrestricted, 0002 Unrestricted, 0003 Small Business Set Aside, 0004 Small Business Set Aside, 0005 HubZone Set Aside, 0006 Unrestricted to be awarded if 0003 is dissolved, 0007 Unrestricted to be awarded if 0004 is dissolved, and 0008 Unrestricted to be awarded if 0005 is dissolved. Line Items 0001-0005 combined represent the maximum requirement for this solicitation. The Government intends to make five awards. In accordance with the solicitation, technical merit is significantly more important than price. The evaluation factors are as follows (in descending order of importance):

(1) Product Demonstration Model(s)
--Subfactors*:
(a) Manufacturing Operations
(b) Visual Requirements
(c) Dimensional Requirements
(d) Testing Requirements
(*NOTE: The Product Demonstration Model subfactors above are of equal importance.)
(2) Past Performance / Experience
--Subfactors*:
(a) Experience
(b) Quality of Items / Delivery Performance
(c) Compliance with Contractual Socioeconomic Subcontracting Goals (LINE ITEMS 0001, 0002, 0006, 0007 & 0008)
(*NOTE: The Past Performance / Experience subfactors above are also listed in descending order of importance with the exception of the first two, "(a) Experience" and "(b) Quality of Items / Delivery Performance", which are of equal importance. In other words, the first two subfactors are equally important and more important than the last subfactor.)
(3) Surge and Sustainment Capability
(4) Socioeconomic Support (LINE ITEMS 0001, 0002, 0006, 0007 & 0008)
(5) Javits-Wagner-O'Day (JWOD) Entity Support (LINE ITEMS 0001, 0002, 0006, 0007 & 0008)

[redacted]

[redacted]

[redacted]

[redacted]

SP0100-06-R-0007

5

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

1/24/07

THOMAS DARCY
Contracting Officer

LV

THOMAS HUTCHINSON
Product Manager

1-24-07

ROBERT PANICHELLE
Division Chief, Field Clothing
Clothing & Textiles Supplier Operations

PROPOSAL EVALUATION FORM (ADJECTIVAL)

[redacted]

EXHIBIT 2

PROPOSAL EVALUATION FORM

RFP: SP0100-06-R-0007 OFFEROR: 9A

ITEM: ARMY COMBAT BOOT HW & BOOT, HOT WEATHER BLACK

FACTOR #1: PRODUCT DEMONSTRATION MODEL (PDM)

[redacted]

NARRATIVE JUSTIFICATION OF RATING:

[redacted]

EVALUATOR: David Kemeter/Tom Meehan
OFFICE SYMBOL: FQSE
DATE: 9/18/06

DLA Product Testing Center - Analytical
Naval Support Activity
700 Robbins Ave, Bldg-5-D
Philadelphia, PA 19111-5098

[redacted]

| | | | |
|---|---|---|---|
| [redacted] | | | |

[redacted]

PROPOSAL EVALUATION FORM

RFP: SP0100-06-R-0007

OFFEROR: 9BA

ITEM: ARMY COMBAT BOOT HW & BOOT, HOT WEATHER BLACK

FACTOR #1: PRODUCT DEMONSTRATION MODEL (PDM)

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

EVALUATOR: David Kemeter/Tom Meehan

OFFICE SYMBOL: FQSE

DATE: 9/18/06

DLA Product Testing Center - Analytical
Naval Support Activity
700 Robbins Ave. Bldg-5-D
Philadelphia, PA 19111-5098

[redacted]

| | | | |
|---|---|---|---|
| [redacted] | | | |
| | | | |

[redacted]

# PROPOSAL EVALUATION FORM

OFFEROR: WOLVERINE SOLICITATION: SP0100-06-R-0007

FACTOR: Past Performance/Experience SUBFACTOR: Experience

[redacted]

# PROPOSAL EVALUATION FORM

OFFEROR: WOLVERINE SOLICITATION: SP0100-06-R-0007

FACTOR: Past Performance/Experience SUBFACTOR: Quality of Items / Delivery Performance

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# PROPOSAL EVALUATION FORM

OFFEROR: WOLVERINE SOLICITATION: SP0100-06-R-0007

FACTOR: Past Performance/Experience SUBFACTOR: Compliance with Contractual Socioeconomic Subcontracting Goals *applicable to unrestricted acquisitions only)*

[redacted]

# PROPOSAL EVALUATION FORM

OFFEROR: WOLVERINE SOLICITATION: SP0100-06-R-0007

FACTOR: Past Performance/Experience

[redacted]

EVALUATOR: [signature] DATE: 9/14/06

WOLVERINE WORLD WIDE – August 2006

ACTIVE CONTRACTS:

[redacted]

---

[redacted]

---

[redacted]

[redacted]

381 1,188 1/1/07 N/A

[redacted]

[redacted] [redacted]

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted] [redacted] [redacted] [redacted]

[redacted]

[redacted]

PROPOSAL EVALUATION FORM

RFP: SP0100-06-R-0007

OFFEROR:
Wolverine Inc

ITEM: Army Boot HW & Boot HW Black

[redacted]

[redacted] a

E (VG) S M U

[redacted]

EVALUATOR:
OFFICE SYMBOL:
DATE: 09/19/2006

*PROPOSAL EVALUATION FORM*

[redacted]

*Evaluator: Joann Gatica, DSCP-T*
*Date: August 24, 2006*