PROPOSAL EVALUATION FORM

RFP: SP0100-06-R-0007 OFFEROR: 9A

ITEM: Army Combat Hot Weather Boot, Tan

FACTOR #1: PRODUCT DEMONSTRATION MODEL (PDM)

[redacted]

EXHIBIT 3

[redacted]

Tom Meehan

EVALUATOR: Tom Meehan
OFFICE SYMBOL: FQSE
DATE: 07/07/07

PROPOSAL EVALUATION FORM

RFP: SP0100-06-R-0007 OFFEROR: SBA

ITEM: Army Combat Hot Weather Boot, Black

[redacted]

[redacted]

Tom Meehan

EVALUATOR: Tom Meehan
OFFICE SYMBOL: FQSE
DATE: 05/07/07

SUBJECT: Revised Competitive Range Determination May 7, 2007
SP0100-06-R-0007 – Army Combat Boot HW & Boot HW Black

1. Solicitation SP0100-06-R-0007 was issued on 18 May 2006 as a competitive negotiation on an unrestricted basis and Total Set-Aside, using Best Value Procedures for the manufacture and delivery of a base minimum/maximum quantity of total base minimum/maximum quantity of 354,006/1,443,144 pair of ARMY COMBAT BOOT, HW with four one year options of 265,506/1,327,520 pair (Quantities listed to be spilt into percentages listed below) and base minimum/maximum quantity of 6,552/32,760 pair of BOOT, HW, BLACK with four one year options of 7,500/37,500 pair (To be awarded with Line Item 0001). This solicitation provides for an award scheme that will award five portions, based on the best value evaluations of the offerors' proposals. The solicitation contains eight line items; 0001 Unrestricted, 0002 Unrestricted, 0003 Small Business Set Aside, 0004 Small Business Set Aside, 0005 HubZone Set Aside, 0006 Unrestricted to be awarded if 0003 is dissolved, 0007 Unrestricted to be awarded if 0004 is dissolved, and 0008 Unrestricted to be awarded if 0005 is dissolved. Line Items 0001-0005 combined represent the maximum requirement for this solicitation. The Government intends to make five awards. In accordance with the solicitation, technical merit is significantly more important than price. The evaluation factors are as follows (in descending order of importance):

(1) Product Demonstration Model(s)
--Subfactors*:
(a) Manufacturing Operations
(b) Visual Requirements
(c) Dimensional Requirements
(d) Testing Requirements
(*NOTE: The Product Demonstration Model subfactors above are of equal importance.)

(2) Past Performance / Experience
--Subfactors*:
(a) Experience
(b) Quality of Items / Delivery Performance
(c) Compliance with Contractual Socioeconomic Subcontracting Goals (LINE ITEMS 0001, 0002, 0006, 0007 & 0008)
(*NOTE: The Past Performance / Experience subfactors above are also listed in descending order of importance with the exception of the first two, "(a) Experience" and "(b) Quality of Items / Delivery Performance", which are of equal importance. In other words, the first two subfactors are equally important and more important than the last subfactor.)

(3) Surge and Sustainment Capability
(4) Socioeconomic Support (LINE ITEMS 0001, 0002, 0006, 0007 & 0008)
(5) Javits-Wagner-O'Day (JWOD) Entity Support (LINE ITEMS 0001, 0002, 0006, 0007 & 0008)

[redacted]

[redacted]

SP0100-06-R-0007 3

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

THOMAS DARCY
Contracting Officer

Thos. J. Hutch
THOMAS HUTCHINSON
Product Manager

ROBERT PANICHELLE
Division Chief, Field Clothing
Clothing & Textiles Supplier Operations

**PROPOSAL EVALUATION FORM (ADJECTIVAL)**

[redacted]

EXHIBIT 5

# PROPOSAL EVALUATION FORM

OFFEROR: WOLVERINE SOLICITATION: SP0100-06-R-0044.

[redacted]

# PROPOSAL EVALUATION FORM

OFFEROR: WOLVERINE SOLICITATION: SP0100-06-R-0044.

FACTOR: Past Performance/Experience SUBFACTOR: Quality of Items / Delivery Performance

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



MAY-04-2007 17:25 OFFICE OF COUNSEL 2157375913 P.09

[redacted]

## PROPOSAL EVALUATION FORM

OFFEROR: WOLVERINE SOLICITATION: SP0100-06-R-0044.

FACTOR: Past Performance/Experience SUBFACTOR: Compliance with Contractual Socioeconomic Subcontracting Goals *applicable to unrestricted acquisitions only*).

Offeror shall provide a description of its subcontracting / mentoring with Small Business Concerns, Small Disadvantaged Business (SDB) Concerns, Women-Owned Small Business (WOSB) Concerns, Historically Black Colleges and Universities (HBCU) and Minority Institutions (MI), HUBZone Small Business (HUBZone SB) Concerns, Veteran-Owned Small Business Concerns, Service-Disabled Veteran-Owned Small Business Concerns, and Javits-Wagner-O'Day Act (JWOD) entities. (Reference DLAD provision 52.215-9003, *Socioeconomic Evaluation*; 52.215-9005, *Javits-Wagner-O'Day Act Entity Support Evaluation*; and/or 52.219-9002, *DLA Mentoring Business Agreements(MBA) Program*, as contained in a contract in effect during the period two years prior to this solicitation's closing date.) The offeror may submit Standard Form (SF) 294, Subcontracting Report for Individual Contracts; SF 295, Summary Subcontract Report; and/or a similar report with narrative comparing planned performance with actual performance by business category.

[redacted]

[redacted]

# PROPOSAL EVALUATION FORM

OFFEROR: WOLVERINE SOLICITATION: SP0100-06-R-0044.

FACTOR: Past Performance/Experience

[redacted]

EVALUATOR: David C. Gioia. DATE: Nov 2006

# WOLVERINE WORLD WIDE – Nov 2006

[redacted]

---

[redacted]

---

[redacted]



MAY-04-2007 17:26 OFFICE OF COUNSEL 2157375913 P.12

[redacted]

---

[redacted]

---

[redacted]



MAY-04-2007 17:25 OFFICE OF COUNSEL 2157375913 P.13

[redacted]

---

[redacted]

[redacted]

---

[redacted]



MAY-04-2007 17:26 OFFICE OF COUNSEL 2157375913 P.14

[redacted]

[redacted]

[redacted]

[redacted]

TOTAL P.16

***PROPOSAL EVALUATION FORM***

[redacted]

[redacted]

[redacted]

[redacted]

*Evaluator: Joann Galica, DSCP-T*
*Date: September 19, 2006*



MAY-04-2007 17:26 OFFICE OF COUNSEL 2157375913 P.16

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| WOLVERINE WORLD WIDE, INC.<br>Plaintiff;<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant. | ) | FILED UNDER SEAL<br><br>No. 07-274C<br>(Hewitt, E)<br>Protected Material to be Disclosed Only In Accordance With Court of Federal Claims Protective Order |

## DECLARATION OF BRIGADER GENERAL CROSS

1. I am the Commander of the Defense Supply Center Philadelphia (DSCP).

### Boot, Combat, Hot Weather, Army, Desert Sand Color

2. The Boot, Combat, Hot Weather, Army, Desert Sand color is part of the Army Combat Uniform Ensemble. The Chief of Staff for the Army has required all Active Army Component, US Army Reserve and Army National Guard to possess one pair of tan combat hot weather boots on or before May 2007.
3. This boot is a bag item and issued to all new recruits at the inception of basic training. Active duty personnel wear this boot during training and garrison missions. The boot is also issued to combat personnel upon deployment.
4. The performance characteristics of this boot were developed and tested at the U.S. Army-Natick Soldier Center. It was determined that the attributes of the boot afford the solider an item of footwear that will provide support and protection commensurate with training and battle in the desert environment.
5. This boot is available in one hundred and sixteen (116) different sizes.

EXHIBIT 6
1

[redacted]

7. There are three hundred and fifty five thousand, two hundred and fifty four (355,254) pairs of boots on backorder. The inventory in stock is two hundred and seventy three thousand, nine hundred and ninety three (273,993) pairs of the boots. The backorder numbers represent sizes of boots that are the highest [redacted]

**Boot, Combat, Hot Weather, Army, Black Color**

8. The Boot, Combat, Hot Weather, Army, black color is worn by personnel that wear the woodland battle dress uniform.

9. The performance characteristics of this boot were developed and tested at the U.S. Army-Natick Soldier Center. It was determined that the attributes of the boot

afford the solider an item of footwear that will provide support and protection commensurate with training and battle in the desert environment.

10. This boot is available in one hundred and sixteen (116) different sizes.

11. There are no DSCP contracts for this item.

[redacted]

I declare under penalty of perjury that the foregoing is true and correct.

Executed this fourth day of May 2007.

CROSS
Brigadier General, U. S. Army
Commander, Defense Supply Center Philadelphia

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| WOLVERINE WORLD WIDE, INC. ) Plaintiff, ) ) ) v. ) ) UNITED STATES OF AMERICA, ) Defendant. ) ) | FILED UNDER SEAL<br><br>No. 07-274C<br>(Hewitt, F.)<br>Protected Material to be Disclosed Only In Accordance With Court of Federal Claims Protective Order |

**Declaration of Thomas Darcy**

1. I am a Contracting Officer and was the designated Contracting Officer on Solicitation SP0100-06-R-0007 for Hot Weather Boots, Tan & Black.

2. There is an established procedure for handling and labeling of Product Demonstration Models (PDM). The procedure listed below was used for solicitation SP0100-06-R-0007.

3. The Acquisition Specialist receives the PDMs from the bid office. The Acquisition Specialist determines the labeling scheme to be used. For this solicitation, a number was given to represent the offeror followed by a letter to distinguish the sample. For example, the six PDMs required from offeror 1 were labeled 1A through 1F.

4. The Acquisition Specialist opens each PDM and inspects the sample for labels and or hangtags that show the manufacturer's name. In order to maintain anonymity all marking that would identify the offeror are removed or blacked out so that the offeror cannot be identified by the technical evaluator.

**EXHIBIT 7**

5. The Acquisition Specialist attaches a hangtag, in accordance with the labeling scheme identified, to each PDM. The PDMs are randomly picked for labeling. That is, whichever boot is removed from the box first receives the "A", the second receives "B" etc.

6. After all PDMs are labeled the Acquisition Specialist contacts the Technical Specialist to inform him/her that the PDMs are ready for evaluation. The PDMs are then transferred to the care of the Technical Specialist.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the seventh day of May 2007.

THOMAS DARCY
Contracting Officer

**Meehan, Thomas (DSCP)**

---

**From:** Furman, Gale (DSCP)
**Sent:** Tuesday, May 08, 2007 10:20 AM
**To:** Meehan, Thomas (DSCP)
**Subject:** WOLVERINE DECLARATION MEEHAN

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **WOLVERINE WORLD WIDE, INC.** | ) | |
| Plaintiff, | ) | |
| | ) | **FILED UNDER SEAL** |
| | ) | |
| v. | ) | No. 07-274C |
| | ) | (Hewitt, E) |
| **UNITED STATES OF AMERICA,** | ) | Protected Material to be Disclosed |
| Defendant. | ) | Only In Accordance With Court of |
| | ) | Federal Claims Protective Order |

**DECLARATION OF THOMAS MEEHAN**

1. I am a Technical Evaluator at the Defense Supply Center Philadelphia (DSCP) and was the designated Technical Evaluator for the Product Demonstration Models (PDM) on solicitation number SPO100-06-R-0007.

[redacted]

4. However, Purchase Description PD 06-10 and PD 06-33 specifically state that the boot height

**EXHIBIT 8**

measurement shall taken from the tread area, measuring upward on the outside from the tread area at breast of the heel to the top of the boot. The breast of the heel is the front of the heel.

## TAN BOOTS

[redacted]

## BLACK BOOTS

11. In order to conduct the height measurement as specified in the purchase description, I used a metal tape measure, laid the boot flat, the fabric upper of the boot was pulled until all wrinkles in the fabric were smoothed out and then the measurement was taken starting at the breast of the heel and continuing in a straight line to the top of the boot. This procedure was used to measure the height on both black boots. When the measurement was within tolerance on the right or left boot the PDM was rated within tolerance, provided the measurements on the boots were within a tolerance of plus or minus one quarter inch of each other. Offeror nine (9) PDM had a height that was within tolerance for the black boots.

[redacted]

**HEIGHT MEASUREMENT FOR ALL OFFERORS**

[redacted]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the eighth day of May.

THOMAS MEEHAN

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May 2007, I caused to be served by the Court's electronic filing system copies of the foregoing Defendant's Opposition To Plaintiff's Motion For Temporary Restraining Order And/Or Preliminary Injunction on the following counsel:

Philip A. Nacke
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Tel: 202-295-4086
Fax: 202-672-5399

s/ David A. Levitt