# In the United States Court of Federal Claims

No. 07-274 C
(E-Filed: May 14, 2007)

| | |
|---|---|
| WOLVERINE WORLD WIDE, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |

ORDER

Before the court is plaintiff's Consent Motion for a Stay of Proceedings (motion). Based on the representations therein, the motion is GRANTED. The court notes that, if the parties' stipulation for dismissal is not filed by 12:00 noon on Friday, May 18, 2007, the stay will be lifted and all deadlines contained in the schedule established by the Order filed May 10, 2007 (5/10/07 Order) for filing the Administrative Record and further briefing shall be extended by one week and, as so extended, shall continue in full force and effect.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge