# In the United States Court of Federal Claims

No. 07-274 C
(E-Filed: May 17, 2007)

| | |
|---|---|
| WOLVERINE WORLD WIDE, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |

ORDER

On Wednesday, May 16, 2007, the parties left a telephonic message for the court. The message described that, due to a number of circumstances, the Contracting Officer had been delayed and that plaintiff had been given until 3:00 p.m. EDT on Friday, May 18, 2007 to submit its best and final offer. The parties requested that the court delay the deadline for the parties' stipulation for dismissal that the court had set in its Order filed May 14, 2007 from Friday, May 18 to 12:00 noon on Monday, May 21, 2007.

Based on the parties' representations, the parties' request is GRANTED. The court notes that, if the parties' stipulation for dismissal is not filed by 12:00 noon on Monday, May 21, 2007, the stay will be lifted and all deadlines contained in the schedule established by the Order filed May 10, 2007 for filing the Administrative Record and further briefing shall be extended by one week and, as so extended, shall continue in full force and effect.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge