**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **WOLVERINE WORLD WIDE, INC.,** | |
| **Plaintiff,** | |
| **v.** | No. 07-274C (Hewitt, E.) |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**NOTICE OF DISMISSAL**

Plaintiff, Wolverine World Wide, Inc. ("Wolverine"), by its undersigned attorneys, hereby gives notice pursuant to RCFC 41(a)(1) of the voluntary dismissal of the instant action, Court of Federal Claims No. 07-274C (Hewitt, E.), because said action is now moot by reason of the fact that the procuring federal agency has included Woolverine in the competitive range, has engaged in discussions with Wolverine, and has accepted final proposal revisions from Wolverine for consideration prior to award determinations being made.

Respectfully submitted,

s/ Philip A. Nacke
Philip A. Nacke
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.295.4086
Facsimile 202.672.5399

*Counsel of Record for Plaintiff Wolverine World Wide, Inc.*

OF COUNSEL:
David T. Ralston, Jr.
Steven C. Lambert
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone 202.672.5300
Facsimile 202.672.5399

Dated May 21, 2007



WASH_1874688.1